**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:              Commonwealth of Massachusetts et al v. Kennedy, Jr. et al

District Court Number:     25cv10814-WGY

Fee:     Paid?   Yes _____   No _____   Government filer __X__   *In Forma Pauperis* Yes _____   No _____

Motions Pending        Yes __X__ No _____          Sealed documents        Yes _____ No __X__
*If yes, document #*   76,148,153                   *If yes, document #*     _____

*Ex parte* documents   Yes _____ No __X__           Transcripts             Yes __X__ No _____
*If yes, document #*   _____              *If yes, document #*     107,110,121,137

Notice of Appeal filed by: Plaintiff/Petitioner _____   Defendant/Respondent __X__   Other: _____

Appeal from:

# #105 Memorandum and Order, #151 Final Judgment
Other information:

      I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

# #105, #151, and #152
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __152__ filed on __June 23, 2025__.

      In testimony whereof, I hereunto set my hand and affix the seal of this Court on __June 23, 2025__.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:25-cv-10814-WGY

Commonwealth of Massachusetts et al v. Kennedy, Jr. et al
Assigned to: Judge William G. Young
related Case: 1:25-cv-10787-WGY
Cause: 05:702 Administrative Procedure Act

Date Filed: 04/04/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes:
Administrative Procedures Act/Review or
Appeal of Agency Decision
Jurisdiction: Federal Question

**Plaintiff**

**Commonwealth of Massachusetts**

represented by **Gerard J. Cedrone**
Massachusetts Attorney General's Office
One Ashburton Place
20th Floor
Boston, MA 02108
617-963-2282
Email: gerard.cedrone@mass.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson T Slater**
Massachusetts Attorney General's Office
1 Ashburton Place
Boston, MA 02108
617-727-2200
Email: allyson.slater@mass.gov
*ATTORNEY TO BE NOTICED*

**Chris Pappavaselio**
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
213-219-0765
Email: chris.pappavaselio2@mass.gov
*ATTORNEY TO BE NOTICED*

**Katherine B. Dirks**
Massachusetts Attorney General's Office
1 Ashburton Pl.
Ste 20th Floor
Boston, MA 02478
617-963-2277
Email: katherine.dirks@mass.gov
*ATTORNEY TO BE NOTICED*

**Phoebe Lockhart**
Massachusetts Attorney General's Office
One Ashburton Place

Boston, MA 02108
617-963-2663
Email: phoebe.lockhart@mass.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2382
Email: rachel.brown@mass.gov
*ATTORNEY TO BE NOTICED*

**Vanessa Azniv Arslanian**
Office of Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
617-963-2107
Email: vanessa.arslanian@mass.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**                    represented by **Daniel Ambar**
Office of The Attorney General
Healthcare Rights and Access Section
300 S. Spring St.
Suite 1702
Los Angeles, CA 90013
213-453-3598
Email: daniel.ambar@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hilary Ann Burke Chan**
Office of The Attorney General
Public Rights Division
1515 Clay Street
Oakland, CA 94612
510-879-1499
Email: hilary.chan@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia TonNu**
Office of The Attorney General
Healthcare Rights & Access
455 Golden Gate Avenue
Suite #11000
San Francisco, CA 94102
415-510-3529
Email: sophia.tonnu@doj.ca.gov

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emilio Eugene Varanini , IV**
Office of the California Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415-703-5908
Email: emilio.varanini@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Boergers**
Office of The Attorney General
1515 Clay Street
Ste 20th Floor
Oakland, CA 94612
510-879-0011
Email: kathleen.boergers@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Ketakee Rajiv Kane**
Office of The Attorney General
1515 Clay Street
Oakland, CA 94612
510-879-1519
Email: ketakee.kane@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Nimrod Pitsker Elias**
Office of the Attorney General
1515 Clay Street
Ste. 2000
Oakland, CA 94612
510-879-0012
Email: nimrod.elias@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **State of Maryland** | represented by | **James C. Luh** |

Office of the Attorney General- State of
Maryland
200 Saint Paul Place
Baltimore, MD 21202
410-576-6411
Email: jluh@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  | Rachel M. Brown<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Plaintiff**

| **State of Washington** | represented by | **Andrew R.W. Hughes**<br>State of Washington Attorney General's Office<br>Complex Litigation<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104<br>206-464-7744<br>Email: andrew.hughes@atg.wa.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Rachel M. Brown**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Tyler S. Roberts**<br>State of Washington Attorney General's Office<br>800 Fifth Avenue<br>Suite 2000<br>Seattle, WA 98104<br>206-521-3683<br>Fax: 206-587-4229<br>Email: tyler.roberts@atg.wa.gov<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **State of Arizona** | represented by | **Joshua Nomkin**<br>Arizona Attorney General's Office<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>602-542-4288<br>Fax: 602-542-8308<br>Email: joshua.nomkin@azag.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Rachel M. Brown**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **State of Colorado** | represented by | **Shannon Wells Stevenson**<br>Colorado Department of Law<br>Office of the Attorney General<br>1300 Broadway<br>Denver, CO 80203<br>720-508-6749<br>Email: shannon.stevenson@coag.gov<br>*LEAD ATTORNEY* |
|---|---|---|

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Kelsey Peach**
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO 80203
720-508-6156
Fax: 720-508-6041
Email: lauren.peach@coag.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                     represented by **Ian Liston**
Delaware Department of Justice
Fraud and Consumer Protection Division,
White Collar Crime U
820 North French Street
Wilmington, DE 19801
302-683-8875
Email: ian.liston@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vanessa L Kassab**
Delaware Department of Justice
Division of Fraud and Consumer Protection
Carvel State Building
820 N. French St.
Wilmington, DE 19801
302-683-8881
Email: vanessa.kassab@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**                     represented by **David Dana Day**
State of Hawaii - Department of the
Attorney General
Appellate Division
425 Queen Street
Honolulu, HI 96813
808-586-1346
Email: david.d.day@hawaii.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kalikoonalani Diara Fernandes**
Department of the Attorney General, State
of Hawaii
425 Queen Street
Honolulu, HI 96813
808-586-1360
Email: kaliko.d.fernandes@hawaii.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                    represented by  **Peter Farrell**
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 600
St. Paul, MN 55101-2127
651-757-1424
Email: peter.farrell@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                    represented by  **Heidi Parry Stern**
Nevada Attorney General's Office
Solicitor General
1 State of Nevada Way
Ste 100
Las Vegas, NV 89119
702-486-3594
Email: hstern@ag.nv.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Jersey**                    represented by  **Bryce Kelly Hurst**
New Jersey Office of the Attorney General
25 Market Street

P.O. Box 112
Trenton, NJ 08625
609-376-2960
Email: bryce.hurst@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Nancy Trasande**
New Jersey Office of the Attorney General
124 Halsey Street
Ste 5th Floor
Newark, NJ 07102
609-696-5371
Email: nancy.trasande@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New Mexico**                    represented by    **Astrid Carrete**
New Mexico Department of Justice
201 3rd Street
Ste 300
Albuquerque, NM 87102
505-859-6356
Email: acarrete@nmdoj.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of New York**                    represented by    **Molly Thomas-Jensen**
NYS Office of The Attorney General
28 Liberty Street
18th Floor
New York, NY 10005
212-416-8679
Email: molly.thomas-jensen@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rabia Muqaddam**
NYS Office of The Attorney General
28 Liberty St.
New York, NY 10005
917-715-4172
Email: rabia.muqaddam@ag.ny.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

|  |  | Rachel M. Brown |
|  |  | (See above for address) |
|  |  | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**State of Oregon**                     represented by **Christina Beatty-Walters**
                                                         Oregon Department of Justice
                                                         100 SW Market St
                                                         Portland, OR 97201
                                                         971-673-1880
                                                         Email: tina.beattywalters@doj.oregon.gov
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rachel M. Brown**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Rhode Island**               represented by **Jordan Broadbent**
                                                         RI Department of Attorney General
                                                         150 South Main Street
                                                         Providence, RI 02903
                                                         401-274-4400
                                                         Email: jbroadbent@riag.ri.gov
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rachel M. Brown**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Wisconsin**                  represented by **Lynn Kristine Lodahl**
                                                         Wisconsin Department of Justice
                                                         17 West Main Street
                                                         Madison, WI 53703
                                                         608-264-6219
                                                         Email: lodahllk@doj.state.wi.us
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rachel M. Brown**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert F. Kennedy, Jr.**              represented by **Thomas Ports , Jr**
*in his official capacity as Secretary of*               DOJ-Enrd

*Health and Human Services*

P.O. Box 875
Ben Franklin Station
Washington, DC 20044
202-307-1105
Email: thomas.ports@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-823-6325
Email: Anuj.Khetarpal@usdoj.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**United States Department of Health and Human Services**                    represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jayanta Bhattacharya**
*in his official capacity as Director of the National Institutes of Health*                    represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Institutes of Health**                    represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**National Cancer Institute**                    represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Eye Institute                    represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Heart, Lung, and Blood           represented by    **Thomas Ports , Jr**
Institute                                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Human Genome Research            represented by    **Thomas Ports , Jr**
Institute                                                   (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute on Aging               represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute on Alcohol Abuse and   represented by    **Thomas Ports , Jr**
Alcoholism                                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Allergy and Infectious Diseases**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Arthritis and Musculoskeletal and Skin Diseases**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Biomedical Imaging and Bioengineering**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eunice Kennedy Shriver National Institute of Child Health and Human Development**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Deafness and Other Communication Disorders**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Dental and Craniofacial Research**

represented by **Thomas Ports , Jr**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Diabetes and Digestive and Kidney Diseases**

        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Drug Abuse**

        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Environmental Health Sciences**

        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of General Medical Sciences**

        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Mental Health**

        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Minority Health and Health Disparities**  represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Neurological Disorders and Stroke**  represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Nursing Research**  represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Library of Medicine**  represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Center for Advancing Translational Sciences**  represented by  **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John E. Fogarty International Center for**
**Advanced Study in the Health Sciences**

represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Center for Complementary and**
**Integrative Health**

represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NIH Center for Scientific Review**

represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of American Medical**
**Colleges (AAMC)**

represented by   **Amish Aajay Shah**
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
202-508-4791
Email: amish.shah@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006-6807
202-508-4859
Fax: 202-383-9334
Email: stephanie.webster@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**The American Association of State**
**Colleges and Universities (AASCU)**

represented by   **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The American Council on Education
(ACE)**                                   represented by    **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of American Universities
(AAU)**                                   represented by    **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of Governing Boards of
Universities and Colleges (AGB)**         represented by    **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of Public and Land-
Grant Universities (APLU)**               represented by    **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**COGR**                                  represented by    **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

Stephanie A. Webster
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The National Association of Independent
Colleges and Universities (NAICU)**       represented by    **Amish Aajay Shah**
(See above for address)

ATTORNEY TO BE NOTICED

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Email All Attorneys |
| Email All Attorneys and Additional Recipients |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2025 | 1 | COMPLAINT *For Declaratory and Injunctive Relief* against All Defendants Filing fee: $ 405, receipt number AMADC-10933014 (Fee Status: Filing Fee paid), filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Cedrone, Gerard) Modified on 4/4/2025 to correct docket text (SP). (Entered: 04/04/2025) |
| 04/04/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Brian E. Murphy assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (NMC) (Entered: 04/04/2025) |
| 04/04/2025 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SP) (Entered: 04/04/2025) |
| 04/04/2025 | 4 | NOTICE of Appearance by Rachel M. Brown on behalf of Commonwealth of Massachusetts (Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 5 | NOTICE of Appearance by Chris Pappavaselio on behalf of Commonwealth of Massachusetts (Pappavaselio, Chris) (Entered: 04/04/2025) |
| 04/04/2025 | 6 | NOTICE of Appearance by Vanessa Azniv Arslanian on behalf of Commonwealth of Massachusetts (Arslanian, Vanessa) (Entered: 04/04/2025) |
| 04/04/2025 | 7 | NOTICE of Appearance by Allyson T Slater on behalf of Commonwealth of Massachusetts (Slater, Allyson) (Entered: 04/04/2025) |
| 04/04/2025 | 8 | Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Attachments: # 1 Text of Proposed Order)(Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 9 | MEMORANDUM in Support re 8 Emergency MOTION for Temporary Restraining Order filed by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Cedrone, Gerard) (Entered: 04/04/2025) |

| 04/04/2025 | 10 | MOTION for Leave to File Excess Pages *(re ECF No. 9, Memorandum in Support of Motion for Temporay Restraining Order)* by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii.(Cedrone, Gerard) (Entered: 04/04/2025) |
|---|---|---|
| 04/04/2025 | 11 | NOTICE of Appearance by Katherine B. Dirks on behalf of Commonwealth of Massachusetts (Dirks, Katherine) (Entered: 04/04/2025) |
| 04/04/2025 | 12 | DECLARATION re 8 Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Attachments: # 1 Exhibit 1, EO 14151, # 2 Exhibit 2, EO 14168, # 3 Exhibit 3, EO 14173, # 4 Exhibit 4, HHS Directive 2.10.25, # 5 Exhibit 5, Lauer Memo 2.12.25, # 6 Exhibit 6, NIH Guidance 2.13.25, # 7 Exhibit 7, DOGE Tweet 2.28.25, # 8 Exhibit 8, DEI Staff Guidance 3.4.25, # 9 Exhibit 9, Bulls Email 3.13.25, # 10 Exhibit 10, Staff Guidance and Appendices 3.25.25, # 11 Exhibit 11, NIHGPS Excerpts, # 12 Exhibit 12, MA Barton Dec., # 13 Exhibit 13, AZ Wilder Dec., # 14 Exhibit 14, CA Madanat Dec., # 15 Exhibit 15, CA Raman Dec., # 16 Exhibit 16, DE Garcia-Diaz Dec., # 17 Exhibit 17, HI Syrmos Dec., # 18 Exhibit 18, MD Pines Dec., # 19 Exhibit 19, MD Jarrell Dec., # 20 Exhibit 20, NJ Farmer Dec., # 21 Exhibit 21, NV Tracy Dec., # 22 Exhibit 22, NV Hatchett Dec., # 23 Exhibit 23, NY Murphy Dec., # 24 Exhibit 24, NY Shurtleff Dec., # 25 Exhibit 25, NY Hequembourg Dec., # 26 Exhibit 26, RI Jenkins Dec., # 27 Exhibit 27, WA Ostendorf Dec., # 28 Exhibit 28, WA Supp. Ostendorf Dec., # 29 Exhibit 29, WI Grejner-Brzezinska Dec., # 30 Exhibit 30, WI Moreno Dec., # 31 Exhibit 31, WI Nambisan Dec., # 32 Exhibit 32, WI OConnor Dec., # 33 Exhibit 33, WI Shorey Dec., # 34 Exhibit 34, OR Barr-Gillespie Dec., # 35 Exhibit 35, SF Philip Dec., # 36 Exhibit 36, CA Maldonado Dec., # 37 Exhibit 37, Berg Dec., # 38 Exhibit 38, Jaime Dec.)(Pappavaselio, Chris) (Entered: 04/04/2025) |
| 04/04/2025 | 13 | NOTICE of Appearance by Gerard J. Cedrone on behalf of Commonwealth of Massachusetts (Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 14 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 10 Motion for Leave to File Excess Pages. (BIB) (Entered: 04/04/2025) |
| 04/04/2025 | 15 | Judge Brian E. Murphy: SHORT ORDER OF NOTICE...Plaintiffs' Complaint, Motion for Temporary Restraining Order and all supporting documents filed in this case shall be served on the Defendants, with a copy of this Order no later than Monday, April 7, 2025. Defendants shall file a response to the 8 Motion for Temporary Restraining Order no later than Wednesday, April 9, 2025.<br><br>A hearing is SCHEDULED for Tuesday, April 15, 2025 at 2:00 p.m. in Courtroom #12 before Judge Brian E. Murphy. (BIB) (Entered: 04/04/2025) |
| 04/04/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of James C. Luh and Michael Drezner Filing fee: $ 250, receipt number AMADC-10934368 by State of Maryland.(Brown, Rachel) (Additional attachment(s) added on 4/4/2025: # 1 Certificate of James C. Luh, # 2 Certificate of Michael Drezner) (MBM). (Entered: 04/04/2025) |
| 04/04/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane Filing fee: $ 625, receipt number AMADC-10934443 by State of California. |

| | | (Attachments: # 1 Certificate of Daniel Ambar, # 2 Certificate of Emilio Varanini, # 3 Certificate of Ketakee R. Kane, # 4 Certificate of Nimrod Pitsker Elias, # 5 Certificate of Sophia T. Tonnu)(Brown, Rachel) (Entered: 04/04/2025) |
|---|---|---|
| 04/04/2025 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Peter J. Farrell Filing fee: $ 125, receipt number AMADC-10934469 by State of Minnesota. (Attachments: # 1 Certificate of Peter J. Farrell)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 19 | Judge Brian E. Murphy: AMENDED SHORT ORDER OF NOTICE...Plaintiffs shall file a reply brief no later than 3:00 p.m. on Friday, April 11, 2025. (BIB) (Entered: 04/04/2025) |
| 04/04/2025 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Shannon Stevenson and Lauren Peach Filing fee: $ 250, receipt number AMADC-10934509 by State of Colorado. (Attachments: # 1 Certificate of Shannon Stevenson, # 2 Certificate of Lauren Peach)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 21 | MOTION for Leave to Appear Pro Hac Vice for admission of Molly Thomas-Jensen and Rabia Muqaddam Filing fee: $ 250, receipt number AMADC-10934710 by State of New York. (Attachments: # 1 Certificate of Molly Thomas-Jensen, # 2 Certificate of Rabia Muqaddam)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Christina L. Beatty-Walters Filing fee: $ 125, receipt number AMADC-10934742 by State of Oregon. (Attachments: # 1 Certificate of Christina L. Beatty-Walters)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice for admission of Andrew R.W. Hughes and Tyler S. Roberts Filing fee: $ 250, receipt number AMADC-10934780 by State of Washington. (Attachments: # 1 Certificate of Andrew R. W. Hughes, # 2 Certificate of Tyler S. Roberts)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice for admission of Hilary Chan Filing fee: $ 125, receipt number AMADC-10934896 by State of California. (Attachments: # 1 Certificate of Hilary Chan)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 25 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 16 Motion for Leave to Appear Pro Hac Vice Added James C. Luh and Michael Drezner.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/04/2025) |
| 04/07/2025 | 26 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 18 Motion for Leave to Appear Pro Hac Vice Added Peter J. Farrell. |

|  |  | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 27 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>22</u> Motion for Leave to Appear Pro Hac Vice Added Christina L. Beatty-Walters.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 28 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>23</u> Motion for Leave to Appear Pro Hac Vice Added Andrew R.W. Hughes and Tyler S. Roberts.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 29 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>24</u> Motion for Leave to Appear Pro Hac Vice Added Hilary Chan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |

| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 30 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 20 Motion for Leave to Appear Pro Hac Vice Added Shannon Stevenson and Lauren Peach. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 31 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 21 Motion for Leave to Appear Pro Hac Vice Added Molly Thomas-Jensen and Rabia Muqaddam. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 32 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 17 Motion for Leave to Appear Pro Hac Vice Added Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |

| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
|---|---|---|
| | | (MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 33 | NOTICE of Appearance by James C. Luh on behalf of State of Maryland (Luh, James) (Entered: 04/07/2025) |
| 04/07/2025 | 34 | NOTICE of Appearance by Anuj K. Khetarpal on behalf of Robert F. Kennedy, Jr., United States Department of Health and Human Services, Jayanta Bhattacharya, National Institutes of Health, National Cancer Institute, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute on Deafness and Other Communication Disorders, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute on Drug Abuse, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute on Minority Health and Health Disparities, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Library of Medicine, National Center for Advancing Translational Sciences, John E. Fogarty International Center for Advanced Study in the Health Sciences, National Center for Complementary and Integrative Health, NIH Center for Scientific Review (Khetarpal, Anuj) (Entered: 04/07/2025) |
| 04/07/2025 | 35 | NOTICE of Appearance by Molly Thomas-Jensen on behalf of State of New York (Thomas-Jensen, Molly) (Entered: 04/07/2025) |
| 04/07/2025 | 36 | NOTICE of Appearance by Peter Farrell on behalf of State of Minnesota (Farrell, Peter) (Entered: 04/07/2025) |
| 04/07/2025 | 37 | MOTION for Leave to Appear Pro Hac Vice for admission of Joshua G. Nomkin Filing fee: $ 125, receipt number AMADC-10937197 by State of Arizona. (Attachments: # 1 Certificate of Joshua G. Nomkin)(Brown, Rachel) (Entered: 04/07/2025) |
| 04/07/2025 | 38 | NOTICE of Appearance by Daniel Ambar on behalf of State of California (Ambar, Daniel) (Entered: 04/07/2025) |
| 04/07/2025 | 39 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 37 Motion for Leave to Appear Pro Hac Vice Added Joshua G. Nomkin.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |

| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
|---|---|---|
| 04/07/2025 | 40 | NOTICE of Appearance by Rabia Muqaddam on behalf of State of New York (Muqaddam, Rabia) (Entered: 04/07/2025) |
| 04/07/2025 | 41 | NOTICE of Appearance by Sophia TonNu on behalf of State of California (TonNu, Sophia) (Entered: 04/07/2025) |
| 04/07/2025 | 42 | NOTICE of Appearance by Emilio Eugene Varanini, IV on behalf of State of California (Varanini, Emilio) (Entered: 04/07/2025) |
| 04/07/2025 | 43 | MOTION for Leave to Appear Pro Hac Vice for admission of Kathleen Boergers Filing fee: $ 125, receipt number AMADC-10938287 by State of California. (Attachments: # 1 Certificate of Kathleen Boergers)(Brown, Rachel) (Entered: 04/07/2025) |
| 04/08/2025 | 44 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 43 Motion for Leave to Appear Pro Hac Vice Added Kathleen Boergers.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/08/2025) |
| 04/08/2025 | 45 | NOTICE of Appearance by Lauren Kelsey Peach on behalf of State of Colorado (Peach, Lauren) (Entered: 04/08/2025) |
| 04/08/2025 | 46 | MOTION for Leave to Appear Pro Hac Vice for admission of Lynn K. Lodahl Filing fee: $ 125, receipt number AMADC-10939698 by State of Wisconsin. (Attachments: # 1 Certificate of Lynn K. Lodahl)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 47 | MOTION for Leave to Appear Pro Hac Vice for admission of Jordan Broadbent Filing fee: $ 125, receipt number AMADC-10939713 by State of Rhode Island. (Attachments: # 1 Certificate of Jordan Broadbent)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 48 | MOTION for Leave to Appear Pro Hac Vice for admission of Kalikoonlani D. Fernandes and David D. Day Filing fee: $ 250, receipt number AMADC-10940489 by State of Hawaii. (Attachments: # 1 Certificate of Kalikoonlani D. Fernandes, # 2 Certificate of David D. Day)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 49 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 46 Motion for Leave to Appear Pro Hac Vice Added Lynn K. Lodahl. |

|  |  | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/08/2025) |
|---|---|---|
| 04/08/2025 | 50 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 47 Motion for Leave to Appear Pro Hac Vice Added Jordan Broadbent.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MBM) (Entered: 04/08/2025) |
| 04/08/2025 | 51 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 48 Motion for Leave to Appear Pro Hac Vice Added Kalikoonlani D. Fernandes and David D. Day.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MBM) (Entered: 04/08/2025) |
| 04/08/2025 | 52 | NOTICE of Appearance by Jordan Broadbent on behalf of State of Rhode Island (Broadbent, Jordan) (Entered: 04/08/2025) |
| 04/08/2025 | 53 | NOTICE of Appearance by Joshua Nomkin on behalf of State of Arizona (Nomkin, Joshua) (Entered: 04/08/2025) |
| 04/08/2025 | 54 | SUMMONS Returned Executed by State of Delaware, State of California, Commonwealth of Massachusetts, State of Wisconsin, State of Oregon, State of Nevada, State of New Jersey, State of New York, State of Colorado, State of Maryland, State of Minnesota, State of New Mexico, State of Rhode Island, State of Hawaii, State of Washington, State of Arizona. (Attachments: # 1 Exhibit Declaration of Service)(Pappavaselio, Chris) (Entered: 04/08/2025) |
| 04/08/2025 | 55 | NOTICE of Appearance by Kalikoonalani Diara Fernandes on behalf of State of Hawaii (Fernandes, Kalikoonalani) (Entered: 04/08/2025) |

| 04/08/2025 | [56](#) | NOTICE of Appearance by David Dana Day on behalf of State of Hawaii (Day, David) (Entered: 04/08/2025) |
|---|---|---|
| 04/08/2025 | [57](#) | NOTICE of Appearance by Thomas Ports, Jr on behalf of Robert F. Kennedy, Jr., United States Department of Health and Human Services, Jayanta Bhattacharya, National Institutes of Health, National Cancer Institute, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute on Deafness and Other Communication Disorders, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute on Drug Abuse, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute on Minority Health and Health Disparities, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Library of Medicine, National Center for Advancing Translational Sciences, John E. Fogarty International Center for Advanced Study in the Health Sciences, National Center for Complementary and Integrative Health, NIH Center for Scientific Review (Ports, Thomas) (Entered: 04/08/2025) |
| 04/08/2025 | [58](#) | Assented to MOTION to Set a Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and NOTICE of Withdrawal of Plaintiffs' Motion for a Temporary Restraining Order re [8](#) Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota. (Cedrone, Gerard) (Entered: 04/09/2025) |
| 04/09/2025 | 59 | Judge Brian E. Murphy: ELECTRONIC ORDER GRANTING [58](#) Assented to MOTION to Set a Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and NOTICE of Withdrawal of Plaintiffs' Motion for a Temporary Restraining Order. The [8](#) Emergency Motion for a Temporary Restraining Order is WITHDRAWN. Briefing schedule for the Motion for Preliminary Injunction is ADOPTED and hearing is set.<br><br>**BRIEFING SCHEDULE:**<br>Plaintiffs' Motion for Preliminary Injunction shall be filed 4/14/2025.<br>Oppositions to Motion for Preliminary Injunction shall be filed by 4/30/2025.<br>Replies shall be filed by 5/5/2025.<br><br>**NOTICE OF HEARING:**<br>Hearing on Motion for Preliminary Injunction is scheduled for 5/9/2025 at 1:30 p.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br>(BIB) (Entered: 04/09/2025) |
| 04/09/2025 | [60](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Vanessa L. Kassab Filing fee: $ 125, receipt number AMADC-10942197 by State of Delaware. (Attachments: # [1](#) Certificate of Vanessa Kassab)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | [61](#) | MOTION for Leave to Appear Pro Hac Vice for admission of Astrid Carrete Filing fee: $ 125, receipt number AMADC-10942213 by State of New Mexico. |

| | | (Attachments: # 1 Certificate of Astrid Carrete)(Brown, Rachel) (Entered: 04/09/2025) |
|---|---|---|
| 04/09/2025 | 62 | NOTICE of Appearance by Nimrod Pitsker Elias on behalf of State of California (Elias, Nimrod) (Entered: 04/09/2025) |
| 04/09/2025 | 63 | NOTICE of Appearance by Tyler S. Roberts on behalf of State of Washington (Roberts, Tyler) (Entered: 04/09/2025) |
| 04/09/2025 | 64 | MOTION for Leave to Appear Pro Hac Vice for admission of Heidi Parry Stern Filing fee: $ 125, receipt number AMADC-10942950 by State of Nevada. (Attachments: # 1 Certificate of Heidi Parry Stern)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 65 | MOTION for Leave to Appear Pro Hac Vice for admission of Nancy Trasande and Bryce K. Hurst Filing fee: $ 250, receipt number AMADC-10942961 by State of New Jersey. (Attachments: # 1 Certificate of Nancy Trasande, # 2 Certificate of Bryce K. Hurst)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 66 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 60 Motion for Leave to Appear Pro Hac Vice Added Vanessa L. Kassab.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 67 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 61 Motion for Leave to Appear Pro Hac Vice Added Astrid Carrete.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 68 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 64 Motion for Leave to Appear Pro Hac Vice Added Heidi Parry Stern.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at |

| | | https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account. |
| | | (MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 69 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 65 Motion for Leave to Appear Pro Hac Vice Added Nancy Trasande and Bryce K. Hurst. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 70 | NOTICE of Appearance by Hilary Ann Burke Chan on behalf of State of California (Burke Chan, Hilary) (Entered: 04/09/2025) |
| 04/10/2025 | 71 | NOTICE of Appearance by Shannon Wells Stevenson on behalf of State of Colorado (Stevenson, Shannon) (Entered: 04/10/2025) |
| 04/10/2025 | 72 | NOTICE of Appearance by Heidi Parry Stern on behalf of State of Nevada (Stern, Heidi) (Entered: 04/10/2025) |
| 04/14/2025 | 73 | NOTICE of Appearance by Bryce Kelly Hurst on behalf of State of New Jersey (Hurst, Bryce) (Entered: 04/14/2025) |
| 04/14/2025 | 74 | NOTICE of Appearance by Nancy Trasande on behalf of State of New Jersey (Trasande, Nancy) (Entered: 04/14/2025) |
| 04/14/2025 | 75 | AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants, filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Exhibit 1 (Notice Pause Directive), # 2 Exhibit 2 (Secretarial Directive), # 3 Exhibit 3 (Lauer Memorandum), # 4 Exhibit 4 (Supplemental Lauer Memorandum), # 5 Exhibit 5 (Priorities Directive), # 6 Exhibit 6 (Award Revision Guidance), # 7 Exhibit 7 (Revised Priorities Directive)) (Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/14/2025 | 76 | MOTION for Preliminary Injunction by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Text of Proposed Order)(Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/14/2025 | 77 | DECLARATION re 76 MOTION for Preliminary Injunction by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, |

State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Exhibit 1, EO 14151, # 2 Exhibit 2, EO 14168, # 3 Exhibit 3, EO 14173, # 4 Exhibit 4, HHS Directive 2.10.25, # 5 Exhibit 5, Lauer Memo 2.12.25, # 6 Exhibit 6, NIH Guidance 2.13.25, # 7 Exhibit 7, DOGE Tweet 2.28.25, # 8 Exhibit 8, DEI Staff Guidance 3.4.25, # 9 Exhibit 9, Bulls Email 3.13.25, # 10 Exhibit 10, Staff Guidance and Appendices 3.25.25 (Updated), # 11 Exhibit 11, NIHGPS Excerpts (Updated), # 12 Exhibit 12, MA Barton Dec., # 13 Exhibit 13, AZ Wilder Dec., # 14 Exhibit 14, CA Madanat Dec., # 15 Exhibit 15, CA Raman Dec., # 16 Exhibit 16, DE Garcia-Diaz Dec., # 17 Exhibit 17, HI Syrmos Dec. (Updated), # 18 Exhibit 18, MD Pines Dec., # 19 Exhibit 19, MD Jarrell Dec. (Updated), # 20 Exhibit 20, NJ Farmer Dec., # 21 Exhibit 21, NV Tracy Dec., # 22 Exhibit 22, NV Hatchett Dec., # 23 Exhibit 23, NY Murphy Dec., # 24 Exhibit 24, NY Shurtleff Dec., # 25 Exhibit 25, NY Hequembourg Dec., # 26 Exhibit 26, RI Jenkins Dec., # 27 Exhibit 27, WA Ostendorf Dec., # 28 Exhibit 28, WA Supp. Ostendorf Dec., # 29 Exhibit 29, WI Grejner-Brzezinska Dec., # 30 Exhibit 30, WI Moreno Dec., # 31 Exhibit 31, WI Nambisan Dec., # 32 Exhibit 32, WI OConnor Dec., # 33 Exhibit 33, WI Shorey Dec., # 34 Exhibit 34, OR Barr-Gillespie Dec., # 35 Exhibit 35, SF Philip Dec., # 36 Exhibit 36, CA Maldonado Dec., # 37 Exhibit 37, Berg Dec., # 38 Exhibit 38, Jaime Dec., # 39 Exhibit 39 Jan 21 Pause Guidance, # 40 Exhibit 40 Hutchings Dec, # 41 Exhibit 41 Bulls Deposition, # 42 Exhibit 42 Atlantic Article, # 43 Exhibit 43 Advisory Council Agendas, # 44 Exhibit 44 AACR Article, # 45 Exhibit 45 MA Barton Supp Dec, # 46 Exhibit 46 AZ Morton Dec, # 47 Exhibit 47 AZ Wilder Supp Dec, # 48 Exhibit 48 CA Crawford Dec, # 49 Exhibit 49 CA Kitchell Dec, # 50 Exhibit 50 WI Pool Dec, # 51 Exhibit 51 NJ Kean Dec, # 52 Exhibit 52 NJ Pelesko Dec, # 53 Exhibit 53 NJ Farmer Supp Dec, # 54 Exhibit 54 NM Reddi Dec, # 55 Exhibit 55 NM Lusetti Dec, # 56 Exhibit 56 NM Richards Dec, # 57 Exhibit 57 OR Forrest Dec, # 58 Exhibit 58 OR Tankersly Dec, # 59 Exhibit 59 OR Razdan Dec, # 60 Exhibit 60 RI Jenkins Supp Dec, # 61 Exhibit 61 Berg Supp Dec, # 62 Exhibit 62 CA Raman Supp Dec, # 63 Exhibit 63 CA Riggs Supp Dec, # 64 Exhibit 64 MN Shashank Dec, # 65 Exhibit 65 CA Collard Dec)(Pappavaselio, Chris) (Entered: 04/14/2025)

| 04/14/2025 | 78 | MEMORANDUM in Support re 76 MOTION for Preliminary Injunction filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/17/2025 | 79 | MOTION for Leave to File *Amici Curiae Brief (unopposed)* by The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land-Grant Universities, The National Association of Independent Colleges and Universities, COGR. (Attachments: # 1 Proposed Brief of Amici Curiae)(Bueker, John) (Entered: 04/17/2025) |
| 04/17/2025 | 80 | Amicus Curiae APPEARANCE entered by John P. Bueker on behalf of The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land-Grant Universities, The National |

| | | Association of Independent Colleges and Universities, COGR. (Bueker, John) (Entered: 04/17/2025) |
|---|---|---|
| 04/17/2025 | 81 | Amicus Curiae APPEARANCE entered by Douglas Hallward-Driemeier on behalf of The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land-Grant Universities, The National Association of Independent Colleges and Universities, COGR. (Hallward-Driemeier, Douglas) (Entered: 04/17/2025) |
| 04/17/2025 | 82 | MOTION for Leave to Appear Pro Hac Vice for admission of Stephanie A. Webster Filing fee: $ 125, receipt number AMADC-10959319 by The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land-Grant Universities, The National Association of Independent Colleges and Universities, COGR.(Bueker, John) (Entered: 04/17/2025) |
| 04/17/2025 | 83 | MOTION for Leave to Appear Pro Hac Vice for admission of Amish A. Shah Filing fee: $ 125, receipt number AMADC-10959604 by The Association of American Medical Colleges, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land-Grant Universities, The National Association of Independent Colleges and Universities, COGR.(Bueker, John) (Entered: 04/17/2025) |
| 04/18/2025 | 84 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 79 Motion for Leave to File *Amici Curiae Brief* ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 85 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 82 Motion for Leave to Appear Pro Hac Vice Added Stephanie A. Webster. **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account. (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 86 | AMICUS BRIEF filed by The Association of American Medical Colleges (AAMC), The American Association of State Colleges and Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land-Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU) . (Bueker, John) (Entered: 04/18/2025) |

| 04/18/2025 | 87 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 83 Motion for Leave to Appear Pro Hac Vice Added Amish A. Shah. |
| | | **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register-account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** |
| | | Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen-pro-hac-vice.htm. |
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney. |
| | | (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 88 | Amicus Curiae APPEARANCE entered by Stephanie A. Webster on behalf of The Association of American Medical Colleges (AAMC), The American Association of State Colleges and Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land-Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU). (Webster, Stephanie) (Entered: 04/18/2025) |
| 04/18/2025 | 89 | Amicus Curiae APPEARANCE entered by Amish Aajay Shah on behalf of The Association of American Medical Colleges (AAMC), The American Association of State Colleges and Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land-Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU). (Shah, Amish) (Entered: 04/18/2025) |
| 04/22/2025 | 90 | NOTICE of Appearance by Ketakee Rajiv Kane on behalf of State of California (Kane, Ketakee) (Entered: 04/22/2025) |
| 04/24/2025 | 91 | NOTICE of Appearance by Lynn Kristine Lodahl on behalf of State of Wisconsin (Lodahl, Lynn) (Entered: 04/24/2025) |
| 04/28/2025 | 92 | NOTICE of Appearance by Astrid Carrete on behalf of State of New Mexico (Carrete, Astrid) (Entered: 04/28/2025) |
| 04/28/2025 | 93 | NOTICE of Appearance by Astrid Carrete on behalf of State of New Mexico (Carrete, Astrid) (Entered: 04/28/2025) |
| 04/28/2025 | 94 | NOTICE of Appearance by Andrew R.W. Hughes on behalf of State of Washington (Hughes, Andrew) (Entered: 04/28/2025) |
| 05/01/2025 | 95 | Opposition re 76 MOTION for Preliminary Injunction filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, |

| | | National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Attachments: # 1 Exhibit A - Examples of active, not terminated grants)(Ports, Thomas) (Entered: 05/01/2025) |
|---|---|---|
| 05/01/2025 | 96 | Consent MOTION for Extension of Time to May 1, 2025 to file opposition by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services.(Ports, Thomas) (Entered: 05/01/2025) |
| 05/01/2025 | 97 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 96 Consent MOTION for Extension of Time to May 1, 2025 to file opposition. (MBM) (Entered: 05/01/2025) |
| 05/01/2025 | 98 | Judge Brian E. Murphy: ELECTRONIC ORDER OF RECUSAL - In accordance with 28 U.S.C. § 455(a), I hereby recuse myself from this proceeding. The Clerk is directed to return the case for reassignment.<br>Associated Cases: 1:25-cv-10814-BEM, 1:25-cv-10787-BEM<br>(BIB) (Entered: 05/01/2025) |
| 05/01/2025 | 99 | ELECTRONIC NOTICE of Reassignment. Judge William G. Young added. Judge Brian E. Murphy no longer assigned to case. (CM) (Entered: 05/01/2025) |
| 05/02/2025 | 100 | ELECTRONIC NOTICE Resetting Hearing on Motion 76 MOTION for Preliminary Injunction : Motion Hearing reset for 5/8/2025 11:30 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young.<br><br>In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |

| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 05/02/2025) |
|---|---|---|
| 05/05/2025 | 101 | REPLY to Response to 76 MOTION for Preliminary Injunction filed by Commonwealth of Massachusetts, State of Arizona, State of California, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit 1 (Declaration of Joshua Fessel), # 2 Exhibit 2 (Supp. Declaration of Ryan Hutchings), # 3 Exhibit 3 (Second Supp. Declaration of Jeremy M. Berg), # 4 Exhibit 4 (Supp. Declaration of Theresa A. Maldonado), # 5 Exhibit 5 (Declaration of Annika Barber))(Cedrone, Gerard) (Entered: 05/05/2025) |
| 05/06/2025 | 102 | NOTICE of Appearance by Kathleen Boergers on behalf of State of California (Boergers, Kathleen) (Entered: 05/06/2025) |
| 05/07/2025 | 103 | Notice of Supplemental Authorities re 76 MOTION for Preliminary Injunction (Attachments: # 1 Exhibit A - Decision in Rhode Island v. Trump)(Cedrone, Gerard) (Entered: 05/07/2025) |
| 05/08/2025 | 104 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 5/8/2025 re 76 MOTION for Preliminary Injunction. Court hears argument on subject matter jurisdiction. Court takes the matter under advisement. If the Court determines it does have subject matter jurisdiction it will hold a case management conference May 13, 2025 at 2:00pm. Court requests plaintiffs to submit spreadsheet as discussed at the hearing by Tuesday, May 13th. Case Management Conference set for 5/13/2025 02:00 PM in Courtroom 18 (In person only with Remote Access Provided) before Judge William G. Young.). In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Gerard J. Cedrone, Chris Pappavaselio, Katherine B. Dirks, Rachel M. Brown, Vanessa Azniv Arslanian, and Sophia TonNu for plaintiffs and Thomas Ports, Jr, and Anuj K. Khetarpal for defendants) (KB) (Entered: 05/08/2025) |
| 05/12/2025 | 105 | **Judge William G. Young: ORDER entered.**<br><br>**MEMORANDUM AND ORDER**<br><br>**ON SUBJECT MATTER JURISDICTION**<br><br>**(Sonnenberg, Elizabeth) (Entered: 05/12/2025)** |
| 05/12/2025 | 106 | ELECTRONIC NOTICE of Hearing. Case Management Conference set for 5/13/2025 02:00 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the |

following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.

(KB) (Entered: 05/12/2025)

| 05/12/2025 | 107 | Transcript of Preliminary Injunction held on May 8, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/2/2025. Redacted Transcript Deadline set for 6/12/2025. Release of Transcript Restriction set for 8/11/2025. (DRK) (Entered: 05/12/2025) |
| --- | --- | --- |
| 05/12/2025 | 108 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/12/2025) |
| 05/13/2025 | 109 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Case Management Conference held on 5/13/2025. Court discusses next steps for the case. Court hears from the parties. The first portion of the case will focus on termination of grants. The defendants to file administrative records by June 2, 2025. Parties may file briefs. The Court sets a further hearing June 16, 2025 at 10:00am. The parties shall inform the Court if the June 16th hearing will be on the record submitted or if there is a dispute about whether evidence should be entered at the hearing. On the unreasonable delay issue the parties shall propose schedule(s) on this issue and the Court will set a further status conference on it. <Hearing set for 6/16/2025 10:00 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Katherine Dirks, Rachel Brown, Daniel Ambar for the plaintiffs and Thomas Ports, Jr. and Anuj Khetarpal for the defendants) (KB) (Entered: 05/14/2025) |
| 05/16/2025 | 110 | Transcript of Case Management Conference held on May 13, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/6/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/14/2025. (DRK) (Entered: 05/19/2025) |
| 05/16/2025 | 111 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/19/2025) |

| 05/23/2025 | 112 | ELECTRONIC NOTICE of Hearing. Status Conference re case management of related cases set for 6/3/2025 11:00 AM in Courtroom 18 (In person only) before Judge William G. Young. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. <br><br> Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 05/23/2025) |
| --- | --- | --- |
| 05/29/2025 | 113 | JOINT STATEMENT of counsel *regarding schedule for further proceedings*. (Cedrone, Gerard) (Entered: 05/29/2025) |
| 05/30/2025 | 114 | NOTICE of Appearance by Phoebe Lockhart on behalf of Commonwealth of Massachusetts (Lockhart, Phoebe) (Entered: 05/30/2025) |
| 06/02/2025 | 115 | NOTICE of Appearance by Vanessa L Kassab on behalf of State of Delaware (Kassab, Vanessa) (Entered: 06/02/2025) |
| 06/02/2025 | 116 | MOTION for Leave to Appear Pro Hac Vice for admission of Ian R. Liston Filing fee: $ 125, receipt number AMADC-11043181 by State of Delaware. (Attachments: # 1 Certificate of Ian R. Liston)(Brown, Rachel) (Entered: 06/02/2025) |
| 06/02/2025 | 117 | Judge William G. Young: ELECTRONIC ORDER entered granting 116 Motion for Leave to Appear Pro Hac Vice Added Ian R. Liston. <br><br> **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen-current-pacer-accounts.htm#link-account. <br><br> (MAP) (Entered: 06/02/2025) |
| 06/02/2025 | 118 | NOTICE of Production of Administrative Record by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National |

| | | Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services (Attachments: # 1 Certification of Administrative Record)(Khetarpal, Anuj) (Entered: 06/02/2025) |
|---|---|---|
| 06/03/2025 | 119 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference held on 6/3/2025. Government has produced administrative record in both cases. The Court hears from parties in both cases regarding schedule and June 16th hearing. Court will hear argument on Phase 1 from 10am-1pm on June 16th in both cases. The Court adopts the proposed schedule filed in 25-cv-10814 Document 113 at page 2. The Court modifies the proposed schedule at page 4 as follows: By June 20, 2025, defendants may move to dismiss plaintiffs' claims related to alleged reasonable delay. By July 9, 2025, defendants must lodge the administrative record. Court and parties discuss phase II. Record to be supplemented as to the challenged directives as directed by the Court. If the case(s) were to resolve the parties shall inform the Clerk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Kenneth Parreno, Jessie Rossman, Olga Akselrod, Suzanne Schlossberg, Gerard Cedrone, Katherine Dirks, Phoebe Lockhart for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants) Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/04/2025) |
| 06/04/2025 | 120 | NOTICE of Appearance by Ian Liston on behalf of State of Delaware (Liston, Ian) (Entered: 06/04/2025) |
| 06/05/2025 | 121 | Transcript of Status Conference held on June 3, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/26/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/3/2025. Associated Cases: 1:25-cv-10814-WGY, 1:25-cv-10787-WGY (DRK) (Entered: 06/05/2025) |
| 06/05/2025 | 122 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25-cv-10814-WGY, 1:25-cv-10787-WGY(DRK) (Entered: 06/05/2025) |
| 06/05/2025 | 123 | STIPULATION *Regarding Phase One Schedule Modifications* by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/05/2025) |
| 06/09/2025 | 124 | MOTION To Complete the Administrative Record by State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin.(Brown, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 125 | TRIAL BRIEF by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human |

| | | |
|---|---|---|
| | | Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/09/2025) |
| 06/09/2025 | 126 | MEMORANDUM OF LAW by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/09/2025) |
| 06/09/2025 | 127 | APPENDIX/EXHIBIT re 126 Memorandum of Law, *Proposed Order, Declaration, and Permanent Injunction* by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/09/2025) |
| 06/10/2025 | 128 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 124 MOTION To Complete the Administrative Record (MAP) (Entered: 06/10/2025) |
| 06/10/2025 | 129 | NOTICE by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin *regarding the June 16 Hearing* (Cedrone, Gerard) (Entered: 06/10/2025) |
| 06/11/2025 | 130 | ELECTRONIC NOTICE of Hearing. Final Pretrial Conference set for 6/12/2025 11:00 AM in Courtroom 18 (Remote only) before Judge William G. Young. Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/11/2025) |
| 06/11/2025 | 131 | Certification of the Administrative Record (Updated) by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National |

| | | |
|---|---|---|
| | | Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services re 118 Notice (Other),,,,,,, (Attachments: # 1 Email, # 2 Certification, # 3 Ex A to certification, # 4 Ex B to certification, # 5 Ex C to certification, # 6 NIH_GRANTS_003825-3910, # 7 NIH_GRANTS_003911-3995, # 8 NIH_GRANTS_003996-4081, # 9 NIH_GRANTS_004082-4165, # 10 NIH_GRANTS_004166-4251, # 11 NIH_GRANTS_004252, # 12 NIH_GRANTS_004253-54, # 13 NIH_GRANTS_004255-57, # 14 NIH_GRANTS_004258-69, # 15 NIH_GRANTS_004270)(Ports, Thomas) Modified on 6/11/2025 (MAP). (Entered: 06/11/2025) |
| 06/12/2025 | 132 | Opposition re 124 MOTION To Complete the Administrative Record filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Attachments: # 1 Exhibit)(Khetarpal, Anuj) (Entered: 06/12/2025) |
| 06/12/2025 | 133 | Judge William G. Young: ELECTRONIC ORDER entered vacating 128 Order on 124 Motion to Complete Administrative Record. Motion allowed in part and denied in part as follows: A. Grants not terminated- Denied as moot B. Termination forms- Allowed. "Guidance" is not "deliberation." C. HHS and DOGE imput: Denied on the representation that such search has been made. D. AI Use: Allowed. E. Metadata: Denied without prejudice to seeking such discovery beyond the APA claims. F. Certification. Denied as moot. SO ORDERED(KB) (Entered: 06/12/2025) |
| 06/12/2025 | 136 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Final Pretrial Conference held on 6/12/2025. Court and the parties discuss the record in the case. Court has administrative record as it has been provided. Plaintiffs have also filed records. Court hears parties on the matter. Court will review defendants' opposition to the motions to Complete Record. Court will hear oral argument on phase 1 of the case on Monday, June 16th at 10am. Each side will have one hour for argument (plaintiffs in both cases will have one hour combined). Parties to discuss proposed phase 2 schedule on Monday. Court has off the record portion of hearing regarding possibility of settlement. If the case were to settle in part or in whole the parties shall inform the Clerk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Matthew Brinckerhoff, Jessie Rossman, Lisa Mankofsky, Max Roller Selver, Olga Akselrod, Rachel Anne Meeropol, Sydney Kathryn Zazzaro, Gerard Cedrone, Christopher Pappavaselio, Phoebe Lockhart, Rachel Brown, Vanessa Azniv Arslanian, Nimrod Pitsker Elias, Astrid Carrete, Jordan Broadbent for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for |

| | | defendants) Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/13/2025) |
|---|---|---|
| 06/13/2025 | 134 | TRIAL BRIEF *in Response to Plaintiffs' Opening Briefs* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/13/2025) |
| 06/13/2025 | 135 | MEMORANDUM OF LAW by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin to 125 Trial Brief,,,,,,. (Attachments: # 1 Appendix A - Plaintiffs' Response to Defendants' Identification of Grants)(Cedrone, Gerard) (Entered: 06/13/2025) |
| 06/13/2025 | 137 | Transcript of Final Pretrial held on June 12, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/7/2025. Redacted Transcript Deadline set for 7/14/2025. Release of Transcript Restriction set for 9/11/2025. Associated Cases: 1:25-cv-10814-WGY, 1:25-cv-10787-WGY (DRK) (Entered: 06/13/2025) |
| 06/13/2025 | 138 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25-cv-10814-WGY, 1:25-cv-10787-WGY(DRK) (Entered: 06/13/2025) |
| 06/13/2025 | 139 | NOTICE by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of |

General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services *of Production of Administrative Record* (Attachments: # 1 Designation and Certification of Administrative Record)(Khetarpal, Anuj) (Entered: 06/13/2025)

| 06/15/2025 | 140 | Joint MOTION for Protective Order by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin.(Cedrone, Gerard) (Entered: 06/15/2025) |
| --- | --- | --- |
| 06/16/2025 | 141 | ELECTRONIC NOTICE of Hearing. Hearing set for 6/16/2025 at 2:00pm. (In person with remote access provided) Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/16/2025) |
| 06/16/2025 | 142 | Judge William G. Young: STIPULATED PROTECTIVE ORDER entered. Granting (140) Joint Motion for Protective Order in case 1:25-cv-10814-WGY Associated Cases: 1:25-cv-10814-WGY, 1:25-cv-10787-WGY(KB) (Entered: 06/16/2025) |
| 06/16/2025 | 143 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial as to Phase 1 held on 6/16/2025.Court hears argument on Phase 1 of the case. Defendants ask Court to take Judicial Notice of the Federal Register Notices. Court takes Judicial Notice. Defendants move to admit into evidence 13 Certified records. No objection. Admitted as exhibit 1. Court takes the matter under advisement. Parties will inform the Court if they wish for the Court to reconvene in the afternoon or if they wish for the Court to hold off issuing a ruling as to Phase 1. The Court reconvenes in the afternoon. The Court announces the findings and rulings that it is able to make today. The challenged directives are vacated. A written order will issue. Defendants shall promptly comply with the order of the Court. Plaintiffs to submit a proposed partial but final judgment as to Phase 1 by June 17, 2025. The Court discusses evidence as to harm. The parties will meet and inform the Court if an evidentiary hearing regarding harm is necessary. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Kenneth Parreno, Jessie Rossman, Olga Akselrod, Rachel Anne Meeropol, Gerard Cedrone, Rachel Brown, Nimrod Pitsker Elias for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants) Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/17/2025) |
| 06/17/2025 | 144 | Proposed Document(s) submitted by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. Document received: Proposed Rule 54(b) Final Judgment. (Cedrone, Gerard) (Entered: 06/17/2025) |
| 06/18/2025 | 145 | ELECTRONIC NOTICE of Hearing. Status Conference set for 6/18/2025 02:00 PM in Courtroom 18 (Remote only) before Judge William G. Young. This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical |

Case: 25-1612	Document: 00118304255	Page: 40	Date Filed: 06/24/2025	Entry ID: 6731075

| | | or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. |
| | | Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. |
| | | Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/18/2025) |
| 06/18/2025 | 146 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference re proposed judgments held on 6/18/2025. The Court hears from parties regarding proposed judgments and modifies judgments as stated. Plaintiffs' counsel shall re-submit the proposed judgments as modified by the Court. (Attorneys present: Olga Akselrod, Lisa Mankofsky, Suzanne Schlossberg, Jessie J. Rossman, Gerard Cedrone, Chris Pappavaselio, Phoebe Lockhart, Rachel M. Brown for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants)(Court Reporter: Richard Romanow at rhr3tubas@aol.com.) Associated Cases: 1:25-cv-10787-WGY, 1:25-cv-10814-WGY(KB) (Entered: 06/18/2025) |
| 06/18/2025 | 147 | Proposed Document(s) submitted by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. Document received: Proposed Rule 54(b) Final Judgment (Revised per Court's Instructions). (Attachments: # 1 Exhibit A - Spreadsheet)(Cedrone, Gerard) (Entered: 06/18/2025) |
| 06/20/2025 | 148 | MOTION to Dismiss *and to set an expedited response deadline of June 26* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) Modified on 6/22/2025 (MAP). (Entered: 06/20/2025) |
| 06/20/2025 | 149 | Opposition re 148 MOTION to Dismiss *and to set an expedited response deadline of June 26 (Opposition as to Motion to Expedite)* filed by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of |

| | | Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/20/2025) |
|---|---|---|
| 06/22/2025 | 150 | MEMORANDUM in Support re 148 MOTION to Dismiss *and to set an expedited response deadline of June 26* filed by Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (MAP) (Entered: 06/22/2025) |
| 06/23/2025 | 151 | Judge William G. Young: <br><br>WGY RULE 54(b) FINAL JUDGMENT <br><br>(Sonnenberg, Elizabeth) (Additional attachment(s) added on 6/23/2025: # 1 List of Grants) (MAP). (Main Document 151 replaced on 6/23/2025) (MAP). (Entered: 06/23/2025) |
| 06/23/2025 | 152 | NOTICE OF APPEAL as to 105 Memorandum & ORDER, 151 Order by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. Fee Status: US Government. <br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of |

| | | |
|---|---|---|
| | | Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf.** US District Court Clerk to deliver official record to Court of Appeals by 7/14/2025. (Ports, Thomas) (Entered: 06/23/2025) |
| 06/23/2025 | 153 | MOTION to Stay *Pending Appeal* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/23/2025) |
| 06/23/2025 | 154 | MEMORANDUM in Support re 153 MOTION to Stay *Pending Appeal* filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/23/2025) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
COMMONWEALTH OF MASSACHUSETTS;  )
STATE OF CALIFORNIA; STATE OF   )
MARYLAND; STATE OF WASHINGTON;  )
STATE OF ARIZONA; STATE OF      )
COLORADO; STATE OF DELAWARE;    )
STATE OF HAWAI'I; STATE OF      )
MINNESOTA; STATE OF NEVADA;     )
STATE OF NEW JERSEY; STATE OF   )
NEW MEXICO; STATE OF NEW YORK;  )
STATE OF OREGON; STATE OF RHODE )
ISLAND; and STATE OF WISCONSIN, )
                                )
                                )
                                )
                Plaintiffs,     )    CIVIL ACTION NO.
        v.                      )    25-10814-WGY
                                )
ROBERT F. KENNEDY, JR., in his  )
official capacity as Secretary of )
Health and Human Services;      )
UNITED STATES DEPARTMENT OF     )
HEALTH AND HUMAN SERVICES;      )
JAYANTA BHATTACHARYA, in his    )
official capacity as Director of )
the National Institutes of Health; )
NATIONAL INSTITUTES OF HEALTH;  )
NATIONAL CANCER INSTITUTE;      )
NATIONAL EYE INSTITUTE;         )
NATIONAL HEART, LUNG, AND BLOOD )
INSTITUTE; NATIONAL HUMAN GENOME )
RESEARCH INSTITUTE; NATIONAL    )
INSTITUTE ON AGING; NATIONAL    )
INSTITUTE ON ALCOHOL ABUSE AND  )
ALCOHOLISM; NATIONAL INSTITUTE  )
OF ALLERGY AND INFECTIOUS       )
DISEASES; NATIONAL INSTITUTE OF )
ARTHRITIS AND MUSCULOSKELETAL AND )
SKIN DISEASES; NATIONAL         )
INSTITUTE OF BIOMEDICAL IMAGING )
AND BIOENGINEERING; EUNICE KENNEDY )
SHRIVER NATIONAL INSTITUTE OF   )
CHILD HEALTH AND HUMAN          )
```

DEVELOPMENT; NATIONAL INSTITUTE )
ON DEAFNESS AND OTHER )
COMMUNICATION DISORDERS; )
NATIONAL INSTITUTE OF DENTAL )
AND CRANIOFACIAL RESEARCH; )
NATIONAL INSTITUTE OF DIABETES )
AND DIGESTIVE AND KIDNEY )
DISEASES; NATIONAL INSTITUTE )
ON DRUG ABUSE; NATIONAL )
INSTITUTE OF ENVIRONMENTAL )
HEALTH SCIENCES; NATIONAL )
INSTITUTE OF GENERAL MEDICAL )
SCIENCES; NATIONAL INSTITUTE OF )
MENTAL HEALTH; NATIONAL INSTITUTE )
ON MINORITY HEALTH AND HEALTH )
DISPARITIES; NATIONAL INSTITUTE )
OF NEUROLOGICAL DISORDERS AND )
STROKE; NATIONAL INSTITUTE OF )
NURSING RESEARCH; NATIONAL LIBRARY )
OF MEDICINE; NATIONAL CENTER FOR )
ADVANCING TRANSLATIONAL SCIENCES; )
JOHN E. FOGARTY INTERNATIONAL )
CENTER FOR ADVANCED STUDY )
IN THE HEALTH SCIENCES; NATIONAL )
CENTER FOR COMPLEMENTARY AND )
INTEGRATIVE HEALTH; and CENTER )
FOR SCIENTIFIC REVIEW, )
                                )
                 Defendants.    )
_____ )

YOUNG, D.J.                              May 12, 2025

## MEMORANDUM AND ORDER
## ON SUBJECT MATTER JURISDICTION

For the reasons stated below, after a full hearing and
carefully considering the parties' submissions and arguments,
the Court rules that it has subject matter jurisdiction over
this action and, as is its duty, exercises that jurisdiction.

A case management conference is set for **Tuesday, May 13, 2025 at 2:00 p.m.**

I.   **BACKGROUND**

  A.   **Factual Allegations and Relief Sought in the Amended Complaint**

  In this civil action, the Commonwealth of Massachusetts along with 15 other States[1] (referred to collectively as "the States", sue the Secretary of Health & Human Services, the Director of the National Institutes of Health ("NIH"), and several of those federal institutes and centers[2] (referred to

-----

[1] In addition to the Commonwealth of Massachusetts, the State of California, the State of Maryland, the State of Washington, the State of Arizona, the State of Colorado, the State of Delaware, the State of Hawai'i, the State of Minnesota, the State of Nevada, the State of New Jersey, the State of New Mexico; the State of New York, the State of Oregon, the State of Rhode Island; and the State of Wisconsin join as plaintiffs.

[2] Those institutes and centers are: the National Cancer Institute, the National Eye Institute, the National Heart, Lung, and Blood Institute, the National Human Genome Research Institute, the National Institute on Aging, the National Institute on Alcohol Abuse and Alcoholism, the National Institute of Allergy and Infectious Diseases, the National Institute of Arthritis and Musculoskeletal and Skin Diseases, the National Institute of Biomedical Imaging and Bioengineering, the Eunice Kennedy Shriver National Institute of Child Health and Human Development, the National Institute on Deafness and Other Communication Disorders, the National Institute of Dental and Craniofacial Research, the National Institute of Diabetes and Digestive and Kidney Diseases, the National Institute on Drug Abuse; the National Institute of Environmental Health Sciences, the National Institute of General Medical Sciences, the National Institute of Mental Health, the National Institute on Minority Health and Health Disparities, the National Institute of Neurological Disorders and Stroke, the National Institute of Nursing Research, the National Library of Medicine, the National Center for Advancing Translational Sciences, the

collectively as "the Public Officials") because all act through those persons in their official capacities. Broadly, the States claim that "[s]ince his inauguration, . . . the President has issued a barrage of executive orders prohibiting federal agencies from supporting any initiatives with a perceived nexus to certain subjects he opposes, such as 'DEI' and 'gender ideology'." Am. Compl. ¶ 4, ECF No. 75. The States allege that the Public Officials "have adopted a series of directives [("the Challenged Directives")] that curtail NIH's support for previously advertised funding opportunities and previously awarded grants relating to these and other blacklisted topics." Id.

The States claim that the Public Officials Challenged Directives and actions, including grant terminations ("Terminated Grants"), violate various sections of the Administrative Procedure Act (Counts 1 – 3, 7), violate the separation of powers of the three co-equal branches of government under the Constitution (Count 4), violate the Constitution's Spending Clause (Count 5), and constitute ultra vires Executive Branch action in excess of Constitutional and statutory authority (Count 6).

---

John E. Fogarty International Center for Advanced Study in the Health Sciences, the National Center for Complementary and Integrative Health, and the Center for Scientific Review.

The States seek the following relief:[3]

1. an order under the APA "holding unlawful and setting aside the Challenged Directives, and any action taken to enforce or implement the Challenged Directives, on the ground that they are (a) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right, and/or otherwise not in accordance with governing statutes; (b) not in accordance with governing regulations; and (c) arbitrary and capricious;"

2. a declaration "that the Challenged Directives, and any action taken to enforce or implement the Challenged Directives, are unconstitutional because they violate (a) the separation of powers and (b) the Spending Clause;"

3. issuance of "a preliminary and permanent injunction barring defendants from carrying out the Challenged Directives and any actions to enforce or implement the Challenged Directives, including, without limitation, by directing defendants to: (a) reissue Notices of Funding Opportunities (NOFOs) withdrawn based on the Challenged Directives and to refrain from withdrawing NOFOs based on the Challenged Directives; (b) refrain from denying grant applications or renewal applications based on the Challenged Directives; (c) release reimbursements and other funding for awards that defendants have refused to pay based on the Challenged Directives; (d) rescind the termination of the Terminated Grants and refrain from eliminating funding for awards based on the Challenged Directives; and (e) promptly reschedule and conduct all necessary steps in the review and disposition of plaintiffs' grant applications, including the Delayed Applications and Delayed Renewals;"

4. "an order pursuant to under the APA compelling defendants to undertake: (a) the required unreasonably delayed and unlawfully withheld activities of NIH's advisory councils and study sections, and (b) the required unreasonably delayed and unlawfully withheld prompt review and issuance of a final decision on the Delayed Applications and Delayed Renewals;" and

5. a declaration "that 2 C.F.R. §200.340(a)(2) (2020) and

_____

[3] As a sixth request for relief the States seek catch-all, unspecified "additional relief as interests of justice may require"

[5]

C.F.R. §200.340(a)(4) (2024) do not independently permit or authorize termination of awarded grants based on agency priorities identified after the time of the Federal award."

Am. Compl. 88-89.

### B.   Procedural History

On April 14, 2025, the States filed their Amended Complaint, Am. Compl., and Motion for Preliminary Injunction, supported by a memorandum of law.  Pls.' Mot. Prelim. Inj., ECF No. 76;  Mem. Law. Supp. Pls.' Mot. Prelim. Inj. ("Pls.' Mem."), ECF No. 78.  The motion is fully briefed.  Defs.' Opp'n Pls.' Mot. Prelim. Inj. ("Opp'n"), ECF No. 95; Pls.' Reply Supp. Pls.' Mot. Prelim. Inj. ("Reply"), ECF No. 101.[4]

This action was randomly reassigned to this Session of the Court on May 1, 2025.  Elec. Notice Reassignment, ECF No. 99. The Court rescheduled the hearing on the preliminary injunction from May 9, 2025 to May 8, 2025.  Elec. Notice Hrg., ECF No. 100.

At the hearing, the Public Officials claimed that most of the case must properly be brought before the Court of Federal

---

[4] The Court also received a submission, ECF No. 86, from amici: the Association of American Medical Colleges, the American Association of State Colleges And Universities, the American Council on Education, the Association of American Universities, The Association Of Governing Boards of Universities And Colleges, the Association of Public and Land-Grant Universities, COGR, and the National Association of Independent Colleges and Universities.  The Court is grateful for this helpful submission.

Claims and the remainder was no longer amenable to adjudication. The Court heard argument on the matter and took it under advisement. This opinion sets forth this Court's reasoning.

## II.  ANALYSIS

### A. Standard of Review

"Federal courts . . . are courts of limited jurisdiction." Royal Canin U. S. A., Inc. v. Wullschleger, 604 U.S. 22, 26 (2025) (quoting Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 377 (1994)).  This Court's jurisdiction is "[l]imited first by the Constitution," and also "by statute." Id.  Through statute, "Congress determines, through its grants of jurisdiction, which suits those courts can resolve."  Id. This Court must therefore satisfy itself as to its subject matter jurisdiction over an action.  Calamar Constr. Services, Inc. v. Mashpee Wampanoag Village LP, 749 F. Supp. 3d 241, 242–43 (D. Mass. 2024) (citing McCulloch v. Velez, 364 F.3d 1, 5 (1st Cir. 2004) ("It is black-letter law that a federal court has an obligation to inquire sua sponte into its own subject matter jurisdiction.")); see Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action.").  Of course, "the party invoking the jurisdiction of a federal court carries the burden of proving its existence."  Murphy v. United States, 45 F.3d 520, 522 (1st Cir. 1995) (quoting Taber Partners, I v.

[7]

Merit Builders, Inc., 987 F.2d 57, 60 (1st Cir. 1993)).  Once
jurisdiction is established, however, this Court has a
"'virtually unflagging obligation' to exercise federal
jurisdiction." AUI Partners LLC v. State Energy Partners LLC,
742 F. Supp. 3d 28, 41 (D. Mass. 2024) (quoting Colorado River
Water Conservation Dist. v. U.S., 424 U.S. 800, 817 (1976)).

### B. This Court Has Subject Matter Jurisdiction

#### 1. The Tucker Act

Speaking of the Supreme Court, Justice Robert Jackson
famously said, "We are not final because we are infallible, but
we are infallible only because we are final." Brown v. Allen,
344 U.S. 443, 540 (1953) (Jackson, J., concurring).  As always,
the determinations of the Supreme Court matter, only here the
most relevant Supreme Court determination is **not** final (at least
not yet) -- and therein lies the problem.  Because the Supreme
Court, on a 5-4 vote, has seen fit to enter an emergency
interlocutory order in a somewhat similar case, its language
provides guidance in other cases but without full precedential
force.

So it is that this Court, after careful reflection, finds
itself in the somewhat awkward position of agreeing with the
Supreme Court dissenters and considering itself bound by the
still authoritative decision of the Court of Appeals of the

First Circuit (which decision the Supreme Court modified but did not vacate). Here is this Court's analysis:

"The Court of Claims was established, and the Tucker Act enacted, to open a judicial avenue for certain monetary claims against the United States." United States v. Bormes, 568 U.S. 6, 11 (2012). Prior to its enactment, "it was not uncommon for statutes to impose monetary obligations on the United States without specifying a means of judicial enforcement." Id. Thus, "Congress enacted the Tucker Act to 'suppl[y] the missing ingredient for an action against the United States for the breach of monetary obligations not otherwise judicially enforceable.'" Maine Community Health Options v. United States, 590 U.S. 296, 323 (2020) (citing Bormes, 568 U.S. at 12).

Under the Tucker Act, "the United States Court of Federal Claims . . . [has] . . . jurisdiction to render judgment upon any claim against the United States founded either upon the Constitution, or any Act of Congress or any regulation of an executive department, or upon any express or implied contract with the United States, or for liquidated or unliquidated damages in cases not sounding in tort." 28 U.S.C. § 1491(a)(1); Department of Education v. California, 145 S. Ct. 966, 968 (2025) (per curiam) (California II). "In suits seeking more than $10,000 in damages, the Court of Federal Claims' jurisdiction is exclusive of the federal district courts."

[9]

Massachusetts v. <u>Natl. Institutes of Health</u>, --- F. Supp. 3d ---
-, No. 25-CV-10338, 2025 WL 702163, at *4 (D. Mass. Mar. 5,
2025) (Kelley, J.) (citing <u>Burgos</u> v. <u>Milton</u>, 709 F.2d 1, 3 (1st
Cir. 1983)).

   "The Supreme Court has made clear that 'not every claim
invoking the Constitution, a federal statute, or a regulation is
cognizable under the Tucker Act.'" <u>Massachusetts</u> 2025 WL
702163, at *5 (quoting <u>United States</u> v. <u>Mitchell</u>, 463 U.S. 206,
216) (cleaned up). "The fact that a judicial remedy may require
one party to pay money to another is not a sufficient reason to
characterize the relief as 'money damages.' " <u>Bowen</u> v.
<u>Massachusetts</u>, 487 U.S. 879, 893, (1988). Also, "the mere fact
that a court may have to rule on a contract issue does not, by
triggering some mystical metamorphosis, automatically transform
an action ... into one on the contract and deprive the court of
jurisdiction it might otherwise have." <u>California</u> v. <u>United
States Dept. of Educ.</u>, 132 F.4th 92, 96 (1st Cir. 2025)
("<u>California I</u>") (quoting <u>Megapulse, Inc.</u> v. <u>Lewis</u>, 672 F.2d
959, 968 (D.C. Cir. 1982)). "The Claims Court does not have the
general equitable powers of a district court to grant
prospective relief." <u>Bowen</u>, 487 U.S. at 905.

   Whether a claim is contractual in nature under the Tucker
Act is based upon a determination of the essence of the action.
"While the First Circuit has not formally adopted the 'rights

[10]

and remedies' test that is used by several other circuits, []
courts in this Circuit have adopted the test to determine if the
'essence' of an action is truly contractual in nature,"
Massachusetts, 2025 WL 702163, at *6 (D. Mass. Mar. 5, 2025)
(collecting cases); however, it appears the First Circuit is
open to such analysis, see California II, 132 F.4th at 96-97.
"The 'essence' of an action encompasses two distinct aspects —-
the source of the rights upon which the plaintiff bases its
claim and the type of relief sought (or appropriate)."
Massachusetts, 2025 WL 702163, at *5. (citations and quotations
omitted).  This Court adopts this test to determine whether the
Tucker Act applies here and concludes that it does not.

The States argue that the essence of the claims here do not
sound in contract because the claims attack the broad policies
and actions of the Public Officials. Pls.' Mem. 18; Reply 2-4.
The Public Officials counter that the Public Officials merely
"disguise their claims as APA claims.  Opp'n. 9.

The Public Officials rely on the recent Supreme Court
determination in California II, which granted an emergency stay
of a district court injunction.  In that case, Judge Joun, of
this District, issued a temporary restraining order, enjoining
the Department of Education from terminating certain grants, and
further ordered "the Government to pay out past-due grant
obligations and to continue paying obligations as they

[11]

accrue[d]." Id.; see California v. U.S. Dept. of Educ., No. CV
25-10548-MJJ, 2025 WL 760825 (D. Mass. Mar. 10, 2025) (Joun,
J.).

The government appealed to the First Circuit to stay the
injunction pending appeal. California I. The First Circuit
ruled the Tucker Act did not apply, that the actions were
reviewable under the APA, and that on the merits the Department
of Education had not met its burden to overturn the grant of the
injunction, and therefore a stay pending appeal was not
warranted. Id. at 96.

The Supreme Court accepted the government's application for
an immediate administrative stay of the injunction, which was
allowed per curiam. California II, 145 S.Ct. at 969.
Construing the ruling as an "appealable preliminary injunction,"
the Court reasoned that the government was "likely to succeed in
showing the District Court lacked jurisdiction to order the
payment of money under the" Administrative Procedure Act,
because "the APA's limited waiver of immunity does not extend to
orders 'to enforce a contractual obligation to pay money' along
the lines of what the District Court ordered" there. Id. at 968
(quoting Great-West Life & Annuity Ins. Co. v. Knudson, 534 U.S.
204, 212 (2002). Further, according to the Supreme Court, the
Tucker Act likely applied. Id. The Court granted the stay

pending resolution of the appeal by the First Circuit.  Id. at

969.

Justice Kagan dissented, asserting that it was a "mistake"

to grant the emergency relief, noting among other things that:

> The remaining issue is whether this suit, brought
> under the Administrative Procedure Act (APA), belongs
> in an ordinary district court or the Court of Federal
> Claims.  As the Court acknowledges, the general rule
> is that APA actions go to district courts, even when a
> remedial order "may result in the disbursement of
> funds." Ante, at 968 (citing Bowen v. Massachusetts,
> 487 U.S. 879, 910 (1988)).  To support a different
> result here, the Court relies exclusively on Great-
> West Life & Annuity Ins. Co. v. Knudson, 534 U.S. 204,
> 122 S.Ct. 708, 151 L.Ed.2d 635 (2002).  But Great-West
> was not brought under the APA, as the Court took care
> to note. See id., at 212, 122 S.Ct. 708
> (distinguishing Bowen for that reason).  So the
> Court's reasoning is at the least under-developed, and
> very possibly wrong.

California II, 145 S. Ct. at 969 (Kagan, J. dissenting).

Justice Jackson (with whom Justice Sotomayor joined), also

dissented asserting, among other things, that presuming the

Court could reach the merits, Judge Joun's assessment that "the

Department's mass grant terminations were probably unlawful is

not unreasonable." Id. 145 S. Ct. 975 (Jackson, J.,

dissenting).  Indeed, the Department of Education's conduct

could be viewed as arbitrary and capricious under the APA where:

> [A] mere two days after the Acting Secretary
> instructed agency officials to review the TQP and SEED
> grants, the Department started issuing summary grant-
> termination letters that provide a general and
> disjunctive list of potential grounds for

[13]

cancellation, without specifying which ground led to
the termination of any particular grant. Nor did the
letters detail the Department's decisionmaking with
respect to any individual termination decision. It
also appears that the grant recipients did not receive
any pretermination notice or any opportunity to be
heard, much less a chance to cure, which the
regulations seem to require. See, e.g., 2 C.F.R. §§
200.339, 200.208(c) (permitting grant termination only
after an agency "determines that noncompliance cannot
be remedied by imposing additional conditions," such
as by "[r]equiring additional project monitoring," by
requiring that the recipient obtain technical or
management assistance, or by "[e]stablishing
additional prior approvals").

The Department's robotic rollout of its new mass
grant-termination policy means that grant recipients
and reviewing courts are "compelled to guess at the
theory underlying the agency's action." SEC v. Chenery
Corp., 332 U.S. 194, 196-197 (1947). Moreover, the
agency's abruptness leaves one wondering whether any
reasoned decisionmaking has occurred with respect to
these terminations at all. These are precisely the
kinds of concerns that the APA's bar on arbitrary-and-
capricious agency decisionmaking was meant to address.
See Prometheus Radio Project, 592 U.S. at 423, 141
S.Ct. 1150 (explaining that the APA requires a
reviewing court to ensure that "the agency ... has
reasonably considered the relevant issues and
reasonably explained the decision").

It also seems clear that at least one of the
items included on the Department's undifferentiated
laundry list of possible reasons for terminating these
grants -- that the entity may have participated in
unspecified DEI practices -- would not suffice as a
basis for termination under the law as it currently
exists. That is because termination is only
permissible for recipient conduct that is inconsistent
with the terms of the grants and the statutes that
authorize them. But the TQP and SEED statutes
expressly contemplate that grant recipients will train
educators on teaching "diverse populations" in
"traditionally underserved" schools, and on improving
students' "social, emotional, and physical
development." 20 U.S.C. §§ 1022e(b)(4), 6672(a)(1),

[14]

> 1022a(d)(1)(ii).[] It would be manifestly arbitrary
> and capricious for the Department to terminate grants
> for funding diversity-related programs that the law
> expressly requires. Cf. Motor Vehicle Mfrs. Assn. of
> United States, Inc. v. State Farm Mut. Automobile Ins.
> Co., 463 U.S. 29, 43 (1983) (explaining that an agency
> acts arbitrarily and capriciously if it relies "on
> factors which Congress has not intended it to
> consider").

Id. 975-76. That appeal has since been dismissed, the

underlying motion for preliminary injunction has been withdrawn,

and the action is now proceeding in the ordinary course with a

motion to dismiss anticipated in the near future. See Status

Report, California, Civ No. 25-10548-MJJ, ECF No. 93. At a

status conference on April 9, 2025, Judge Joun indicated that

"the Supreme Court stay was of the TRO. . . [and]  . . . the

Court preliminarily weighed in on a couple of issues, but there

[was] no ruling on anything other than granting a stay of the

TRO." April 9, 2025 Hrg. Tr. 5-6, ECF No. 97.

    The Public Officials argue that this Court ought follow the

Supreme Court's analysis in California II. In fact, at oral

argument they argued California II is virtually

indistinguishable from the instant case.

    Not so. California is somewhat different than the claims

presented here. In that case, "[t]heir only claim was to sums

awarded to them in previously awarded discretionary grants."

[15]

_Widakuswara_ v. _Lake_, No. 25-5144, 2025 WL 1288817, at *13 (D.C. Cir. May 3, 2025) (Pillard, J. dissenting).

While the Supreme Court's determination in _California II_ may be an indicator of how the Supreme Court **might** someday view the merits, it is not binding on this Court.  As Chief Judge McConnell of the District of Rhode Island explained mere days ago facing a similar Tucker Act challenge by the government:

> To start, _California_'s precedential value is limited . . . [and] . . . does not displace governing law that guides the Court's approach to discerning whether the States' claims are essentially contract claims in order to direct jurisdiction to the Court of Claims.")see also _Merrill_ v. _Milligan_, 142 S. Ct. 879 (2022) (Kavanaugh, J., concurring) ("The principal dissent's catchy but worn-out rhetoric about the 'shadow docket' is similarly off target.  The stay will allow this Court to decide the merits in an orderly fashion—after full briefing, oral argument, and our usual extensive internal deliberations—and ensure that we do not have to decide the merits on the emergency docket.  To reiterate: The Court's stay order is not a decision on the merits.").

_Rhode Island_ v. _Trump_, No. 1:25-CV-128-JJM-LDA, 2025 WL 1303868, at *5 (D.R.I. May 6, 2025).

In _State of New York_ v. _Trump_, 2025 WL 1098966 (D.R.I. Apr. 14, 2025), Chief Judge McConnell has earlier done an extensive analaysis:

> On a surface level, the facts in the _California_ case may appear to be generally analogous to the facts here, as both cases involve states challenging federal agencies' decision-making regarding appropriated federal funds, but the similarities end there. When the Court delves deeper, however, it finds several significant and relevant differences that underscore

California's inapplicability to this case. In
California, the First Circuit Court of Appeals
determined that "the terms and conditions of each
individual grant award" were "at issue." California,
132 F.4th 92, 96-97 (1st Cir. 2025). On appeal, the
Supreme Court then granted the Department's
application for a stay because it concluded that the
district court issued an order "to enforce a
contractual obligation to pay money" and "the
Government is likely to succeed in showing the
District Court lacked jurisdiction to order the
payment of money under the APA." California, 2025 WL
1008354, at *1. That is not the case here.
In this case, the terms and conditions of each
individual grant that the States receive from the
Agency Defendants are not at issue. Rather, this case
deals with the Agency Defendants' implementation of a
broad, categorical freeze on obligated funds pending
determinations on whether it is lawful to end
disbursements of such funds. The categorical funding
freeze was not based on individualized assessments of
any particular grant terms and conditions or
agreements between the Agency Defendants and the
States; it was based on the OMB Directive and the
various Executive Orders that the President issued in
the early days of the administration. Therefore, the
Court's orders addressing the categorical funding
freeze were not enforcing a contractual obligation to
pay money.

Id. That Court also observed that the Court of Claims could not

provide the relief requested. Id. at n.2.

Similarly, Judge Woodcock of the District of Maine recently

wrote,

The Supreme Court's [California] decision to vacate
and stay a district court's TRO enjoining the U.S.
Department of Education from terminating various
education-related grants on the ground that the Tucker
Act provided exclusive jurisdiction to the United
States Court of Federal Claims does not change the
Court's determination that it is a proper forum for
this dispute under the APA . . . . While bearing
some similarities to the instant suit, the Supreme

Court issued this decision on its emergency docket,
without full briefing or hearing, id. at ----, 145
S.Ct. at 969 (Kagan, J., diss.); id. at ----, 145
S.Ct. at 969-978 (Jackson, J., joined by Sotomayor,
J., diss.), and its precedential value is thus
limited. See Merrill v. Milligan, --- U.S. ----, 142
S. Ct. 879, 879, --- L.Ed.2d ---- (2022) (Kavanaugh,
J., concurring).

Maine v. U.S. Dept. of Agric., No. 1:25-CV-00131-JAW, 2025

WL 1088946, at *19 (D. Me. Apr. 11, 2025).[5]  The district courts'

---

[5] But see Massachusetts Fair Hous. Ctr. v. Dep't of Hous. & Urban
Dev., No. CV 25-30041-RGS, 2025 WL 1225481 (D. Mass. Apr. 14,
2025)) (Stearns, J.):

The court begins, and ends, its analysis with
plaintiffs' second argument (because, if the court
likely lacks jurisdiction, there is no longer any
likelihood of success on the merits -- at least, not
for the purposes of this specific action in this
specific forum -- which moots any inquiry into
irreparable harm).  Plaintiffs correctly note that,
unlike the operative complaint here, the Complaint in
California references "the terms of the grant
agreements at issue." Id.  What plaintiffs ignore,
however, is that these references occur only in the
context of buttressing the larger APA-based argument
that the Department of Education did not terminate the
grants in accordance with any statutory or regulatory
authorization (the Department of Education simply
cited to 2 C.F.R. § 200.340(a)(4) as authorizing the
termination of the grants); the Complaint itself does
not assert any independent claim based on the language
of the grant agreement.  The Supreme Court nonetheless
found that the government was likely to succeed in
showing that the plaintiffs in California sought to
enforce a contractual obligation to pay money.
Because plaintiffs assert essentially the same claim
here -- that the agency did not terminate the grant in
accordance with statutory or regulatory authority --
it follows that plaintiffs are likewise likely seeking
to enforce a contractual obligation to pay money.

divergent views within the First Circuit of <u>California</u>'s
precedential value is not surprising given the unusual
interventional posture taken by the Supreme Court. Indeed,
Justice Jackson's dissent observed that the Supreme Court's
"attempt to inject itself into the ongoing litigation by
suggesting new, substantive principles for the District Court to
consider in this case is unorthodox and, in [her] view,
inappropriate." <u>California II</u>, 145 S. Ct. at 978. Whatever the
Supreme Court's motivations or intentions, the <u>California II</u>
decision is of little assistance to the district courts in
charting the intersection of the APA and the Tucker Act.

The views of the dissenters in <u>California II</u>, as well as
the fully developed reasoning of the decisions quoted above are
persuasive authority for the course this Court adopts.

Even more compelling is the guidance of the First Circuit
in <u>California</u> I.

---

This decision should not be read as an endorsement of
the brusque and seemingly insensitive way in which the
terminations were announced nor as casting doubt on
the First Circuit's assessment that the plaintiffs in
the <u>California</u> case may well likely succeed on the
merits of at least some of their claims. The court is
merely deferring (as it must) to the Supreme Court's
unmistakable directive that, for jurisdictional
purposes, the proper forum for this case is the Court
of Federal Claims.

<u>Id.</u> That decision is currently on appeal.

[19]

First, the Department claims that the district
court itself lacked jurisdiction to entertain this
lawsuit, which the Department argues belongs in the
Court of Federal Claims. See 28 U.S.C. § 1491(a)(1)
(granting jurisdiction to the Court of Federal Claims
for any action against the government "upon any
express or implied contract with the United States").
The Department points to the fact that each grant
award takes the form of a contract between the
recipient and the government. "But the mere fact that
a court may have to rule on a contract issue does not,
by triggering some mystical metamorphosis,
automatically transform an action ... into one on the
contract and deprive the court of jurisdiction it
might otherwise have." Megapulse, Inc. v. Lewis, 672
F.2d 959, 968 (D.C. Cir. 1982). Here, although the
terms and conditions of each individual grant award
are at issue, the "essence," id., of the claims is not
contractual. Rather, the States challenge the
Department's actions as insufficiently explained,
insufficiently reasoned, and otherwise contrary to law
-- arguments derived from the Administrative Procedure
Act (APA), 5 U.S.C. § 706(2)(A). The States' claims
are, at their core, assertions that the Department
acted in violation of federal law -- not its
contracts. Simply put, if the Department breached any
contract, it did so by violating the APA. And if the
Department did not violate the APA, then it breached
no contract. In the words of the Tenth Circuit, "when
a party asserts that the government's breach of
contract is contrary to federal regulations, statutes,
or the Constitution, and when the party seeks relief
other than money damages, the APA's waiver of
sovereign immunity applies and the Tucker Act does not
preclude a federal district court from taking
jurisdiction." Normandy Apts., Ltd. v. HUD, 554 F.3d
1290, 1300 (10th Cir. 2009); see also Megapulse, 672
F.2d at 968, 970 (upholding a district court's
jurisdiction where "[a]ppellant's position is
ultimately based, not on breach of contract, but on an
alleged governmental infringement of property rights
and violation of the Trade Secrets Act").

Nor do the States seek damages owed on a contract
or compensation for past wrongs. See Megapulse, 672
F.2d at 968-70 (considering, in a Tucker Act analysis,
"the type of relief sought (or appropriate)"). Rather,

they want the Department to once again make available
already-appropriated federal funds for existing grant
recipients. And as the Supreme Court has made clear,
"[t]he fact that a judicial remedy may require one
party to pay money to another is not a sufficient
reason to characterize the relief as 'money damages.'
" Bowen v. Massachusetts, 487 U.S. 879, 893, 108 S.Ct.
2722, 101 L.Ed.2d 749 (1988). As a result, we see no
jurisdictional bar to the district court's TRO on this
basis. See id. at 900-01 (holding that a district
court could hear a claim for an injunction requiring
the government to pay certain Medicaid reimbursements
because it was "a suit seeking to enforce the
statutory mandate itself, which happens to be one for
the payment of money," and "not a suit seeking money
in compensation for the damage sustained by the
failure of the Federal Government to pay"); Megapulse,
672 F.2d at 970-71 (explaining, in a Tucker Act case,
that "the mere fact that an injunction would require
the same governmental restraint that specific
(non)performance might require in a contract setting
is an insufficient basis to deny a district court the
jurisdiction otherwise available").

California I, 132 F.4th at 96-97.

In the absence of a decision on the merits from the Supreme
Court, this Court takes to heart the First Circuit's admonition
that its pronouncements of law bind this Court. United States
v. Moore-Bush, 963 F.3d 29, 37 (1st Cir. 2020) (holding "circuit
court decisions control federal district courts in their
circuits" and that the district court is "absolutely bound to
follow vertical precedents."), reh'g en banc granted, opinion
vacated, 982 F.3d 50 (1st Cir. 2020), and on reh'g en banc, 36
F.4th 320 (1st Cir. 2022).

[21]

This Court need not gild the lily: <u>California I</u> presented a closer question than the one before this Court, and the First Circuit did not hesitate to rule that the Tucker Act did not apply there. The Court is not free to ignore the First Circuit's pronouncement of the law and chart new territory, even though it might not be the law for long -- either by action of the First Circuit itself or ultimately the Supreme Court. This Court follows <u>California I</u>.

Applied here, the "essence" of this action is not one of contract. This is not an action for monetary damages against the United States for which the Court of Claims was created. Rather, at least as alleged, and taking all inferences in the States' favor, it is an action to stop the Public Officials from violating the statutory grant-making architecture created by Congress, replacing Congress' mandate with new policies that directly contradict that mandate, and exercising authority arbitrarily and capriciously, in violation of federal law and the Constitution. <u>See</u> Am. Compl. ¶ 93 ("This lawsuit arises because [the Public Officials] are flouting the statutory and regulatory rules governing NIH grantmaking" by "adopting a series of directives that blacklist certain topics -- e.g., "DEI," "gender," or "vaccine hesitancy" -- that the Administration disfavors . . . [and by] . . . adopting, implementing, and enforcing those directives, defendants have

[22]

systematically disrupted the review of pending grant applications, delayed the annual renewal of already-approved multi-year awards, and terminated huge tranches of grants in the middle of the project year. Those disruptions have caused—and will continue to cause—significant harm to plaintiffs and their institutions."). The Tucker Act does not divest this Court of jurisdiction.

Similarly, the Public Officials' sovereign immunity claim falls flat. The Court need look no further than the First Circuit's binding guidance again, which, borrowing from the Tenth Circuit, explains "'when a party asserts that the government's breach of contract is contrary to federal regulations, statutes, or the Constitution, and when the party seeks relief other than money damages, the APA's waiver of sovereign immunity applies and the Tucker Act does not preclude a federal district court from taking jurisdiction." California I, 132 F.4th at 97 (quoting Normandy Apts., Ltd. v. HUD, 554 F.3d 1290, 1300 (10th Cir. 2009)). So it is here. Sovereign immunity is not a bar to the APA challenges.

### 2. Programmatic attack

Under the APA, a claim is limited to "discrete agency action that it is required to take," and that "limitation to discrete agency action precludes the kind of broad programmatic attack [the Supreme Court] rejected in Lujan v. National

Wildlife Federation, 497 U.S. 871 (1990)." Norton v. South Utah

Wilderness All., 542 U.S. 55, 64 (2004).

   The Public Officials argue that the States claims

constitute a programmatic attack.  Opp'n 13-14.  The States

persuasively counter that "[t]he fact that [the Public

Officials] have enforced these directives against hundreds of

projects does not make this lawsuit programmatic, even if it is

large."  Reply 11.  The States cite the First Circuit's decision

in New York v. Trump, 133 F.4th 51, 68 (1st Cir. 2025) ("[W]e

are not aware of any supporting authority for the proposition

that the APA bars a plaintiff from challenging a number of

discrete final agency actions all at once.") and this Court's

decision in American Association of University Professors v.

Rubio, No. CV 25-10685-WGY, 2025 WL 1235084, at *21 (D. Mass.

Apr. 29, 2025) (describing plaintiffs' claim as neither a

"constellation of independent decisions or a general drift in

agency priorities.").  The States have the better of it.  The

APA claim here is not a prohibited programmatic challenge.

### 3. Jurisdiction Over Individual Actions

   The Public Officials argue that two Challenged Directives

are expired and two did not cause any injuries.  Opp'n 15 - 16.

The States concede that while "perhaps the administrative record

will bear this claim out, . . . the current record shows is that

[States] have experienced significant injury from a series of

[24]

overlapping and interlocking blacklisting directives that have
caused unprecedented delays and disruptions.  The secretive and
slapdash nature of these directives, which makes it hard to know
which are effective at any given time, is hardly a defense."
Reply 8.  At this stage, all inferences must be taken in favor
of the States, and the States' argument prevails for now.

   As for the remaining Challenged Directives, the Public
Officials argue that they are not final agency actions and
therefore not actionable under the APA.  Opp'n 17.  The Public
Officials characterize their actions as "merely order[ing] a
review of the grants to determine whether they were consistent
with the agency's priorities."  Id.

   The States argue that this "misstates the directives'
effects."  Reply. 7.  As the States persuasively argue, the
Public Officials' "own [alleged] conduct confirms that the
directives are not 'interlocutory': if they were, defendants
would not be implementing them by terminating hundreds of grants
around the country." Reply 7.  Furthermore, the terminations
themselves are final agency action.  Id.

   On balance, and at this stage, the States have the better
of it.

   C.   **Agency Discretion**

   Finally, the Public Officials argue that the States APA
"claims are unreviewable because they challenge funding

[25]

decisions that are 'committed to the agency discretion by law." Opp. 19 (citing 5 U.S.C. § 701(a)(2). They argue that their allocation of funds is committed to their sole discretion. Opp. 19-21 (citing Lincoln v. Vigil, 508 U.S. 182 (1993); Milk Train, Inc. v. Veneman, 310 F.3d 747 (D.C. Cir. 2002).

The States counter that they are not seeking review of a funding decision, but rather the Public Officials' "adoption of enforcement of the overarching Challenged Directives." Reply 8. The States point out that Lincoln stands for the unremarkable proposition that review is precluded so "long as the agency allocates funds from a lump-sum appropriation to meet permissible statutory objectives." Id. (quoting Lincoln, 508 U.S. at 193). Thus, there is arguably review where the Challenged Directives "conflict with authorizing statutes and applicable regulations." Reply 9.

## III. CONCLUSION

As alleged, and at its core, the States' Amended Complaint alleges conduct similar to what Justice Jackson describes in her dissent in California II as the "robotic rollout of [a] new mass grant-termination policy" that has left the States "and reviewing courts . . . 'to guess at the theory underlying the agency's action.'" California II, 145 S. Ct. at 975-76 (quoting SEC v. Chenery Corp., 332 U.S. 194, 196-197 (1947)) (Jackson, J. dissenting). Assuming the allegations of the Amended Complaint

[26]

as true for purposes of the jurisdictional inquiry, the Public Officials' alleged "abruptness leaves one wondering whether any reasoned decision making has occurred with respect to these terminations at all." Id. Indeed, this Court agrees in principle with Justice Jackson that "[t]hese are precisely the kinds of concerns that the APA's bar on arbitrary-and-capricious agency decision making was meant to address." Id. Whether the States can prove their case -- at summary judgment or a bench trial -- is for another day and the Court expresses no opinion on the merits. For now, the Court rules that subject matter jurisdiction exists in the United States District Court.

A case management conference is set for **Tuesday, May 13, 2025 at 2:00 p.m.**

SO ORDERED.

WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[6]

---

[6] This is how my predecessor, Peleg Sprague (D. Mass 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 47 years.

[27]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

COMMONWEALTH OF
MASSACHUSETTS, *et al.*,

        *Plaintiffs,*

    v.

ROBERT F. KENNEDY, JR., *et al.*,

        *Defendants.*

No. 1:25-cv-10814-WGY

## ~~[REVISED PROPOSED]~~ *W/SU* RULE 54(b) FINAL JUDGMENT

For all the reasons stated on the record on June 16, 2025, plaintiffs are entitled to judgment on their claim that the Challenged Directives[1] and Resulting Grant Terminations[2] are arbitrary and capricious in violation of the Administrative Procedure Act, 5 U.S.C. §706(2)(A). Pursuant to

---

[1] The "Challenged Directives" consist of (1) the February 10, 2025, directive entitled "Secretarial Directive on DEI-Related Funding" reproduced at pp. 4–5 of the administrative record; (2) the February 12, 2025, memorandum entitled "NIH Review of Agency Priorities Based on the New Administration's Goals" reproduced at p. 9 of the administrative record; (3) the February 13, 2025, memorandum entitled "Supplemental Guidance to Memo Entitled – NIH Review of Agency Priorities Based on the New Administration's Goals" reproduced at p. 16 of the administrative record; (4) the February 21, 2025, memorandum entitled "Directive on NIH Priorities" and "Restoring Scientific Integrity and Protecting the Public Investment in NIH Awards" reproduced at pp. 2930–2931 of the administrative record; (5) the March 4, 2025, directive entitled "Staff Guidance - Award Assessments for Alignment with Agency Priorities—March 2025" reproduced at pp. 2135–2172 of the administrative record; (6) the March 13, 2025, directive entitled "Award Revision Guidance and List of Terminated Grants via letter on 3/12" reproduced at pp. 1957–1968 of the administrative record; and (7) subsequent revisions to the "Award Assessments for Alignment with Agency Priorities" directive dated March 25 (reproduced at pp. 3216–3230 of the administrative record), May 7 (reproduced at pp. 3547–3581 of the administrative record), May 15 (reproduced at pp. 3516–3546 of the administrative record), and undated (reproduced at pp. 3231–3350 of the administrative record).

[2] The term "Resulting Grant Terminations" refers to any terminations of grants (including subawards) awarded by the National Institutes of Health (including any of NIH's constituent institutes and centers) to any plaintiff state (including any plaintiff state's instrumentalities, public colleges and universities, subdivisions, counties, and municipalities) on the basis of one or more of the Challenged Directives, the Challenged Directives as a whole, or any of the reasoning therein. For purposes of this definition, a "termination" includes failure to award a non-competing continuation of a grant. The Resulting Grant Terminations include those specific grant terminations that plaintiffs identified in the spreadsheet submitted to the Court and served upon defendants on June 13, 2025, which spreadsheet it attached hereto as Exhibit A.

Federal Rule of Civil Procedure 54(b), and for all the reasons stated on the record, the Court finds

that there is no just reason to delay entry of judgment on that claim.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that:

I.  The Challenged Directives as a whole are arbitrary and capricious in violation of 5 U.S.C. §706(2)(A). Thus, the Challenged Directives as a whole are void, illegal, and of no force and effect and are hereby vacated and set aside pursuant to §706(2).

II. The Resulting Grant Terminations are arbitrary and capricious in violation of 5 U.S.C. §706(2)(A). Thus, the Resulting Grant Terminations are void, illegal, and of no force and effect, and are hereby vacated and set aside pursuant to §706(2).

III. Judgment shall enter in favor of plaintiffs and against defendants on Count 3 of the Amended Complaint.

IV. The Court retains jurisdiction to enforce this judgment.

The Clerk is directed to enter judgment in conformity with the foregoing forthwith.

June 23, 2025

*William G. Young*
**HON. WILLIAM G. YOUNG**
Judge of the United States

## State Plaintiffs' List of Grants Impacted by the Challenged Directives

Plaintiffs provide this demonstrative to supplement the spreadsheet provided to the Court on 5/13/25. This list is updated from that provided to the Court on 5/13/25 in three principal ways. First, this list includes (beginning at line 543) **additional** grant terminations or non-renewals that State Plaintiffs have subsequently determined belong on the list of grants affected by the Challenged Directives, including grants that defendants have terminated or not renewed since 5/13/25. Second, this list **withdraws** a number of grants that were originally included in the 5/13/25 list: certain grants challenged by defendants have been withdrawn, *see* ECF. No. 135-1; the State Plaintiffs also independently identified a small number of grants included on the 5/13/25 list that have since been reinstated, and those are withdrawn too. Third, some grant identification numbers have been corrected; where this occurs the original identification remains but the corrected version also appears in bold type.


**Reasons the Challenged Directives, and their implementation as to all grants listed below, are unlawful ("REASONS FOR ALL GRANTS")**: The Challenged Directives and their implementation, including through the termination or non-renewal of the grants or programs listed, are unlawful in each of the following ways: they are in excess of statutory authority and contrary to statute (42 U.S.C. §282(m)(1)), in violation of 5 U.S.C. §706(2)(A), (2)(C); they are contrary to regulation (45 C.F.R. §75.372, 2 C.F.R. §200.340), in violation of 5 U.S.C. §706(2)(A); and they are arbitrary and capricious in violation of 5 U.S.C. §706(2)(A); violate the separation-of-powers principle and the Spending Clause of the U.S. Constitution; and violate the equitable prohibition against ultra vires action.

| | State | Grant Recipient | Grant Number | Project Title (if applicable) | Reasons the Challenged Directives, and their implementation, are unlawful |
|---|---|---|---|---|---|
| 2 | AZ | AZ Board of Regents on behalf of Northern Arizona University | T34GM142618 | Bridging Arizona Native American Students to Bachelor Degrees | *See* FOR ALL GRANTS |
| 3 | AZ | AZ Board of Regents on behalf of Arizona State University | 1R21HD110837-01A1 | Reducing Vaccine Hesitancy among Hispanic Parents of COVID19 Vaccine Eligible Children | *See* FOR ALL GRANTS |
| 4 | AZ | AZ Board of Regents on behalf of Arizona State University | 5R25HG012330-03 | Training in Genomics Research (TiGeR) | *See* FOR ALL GRANTS |
| 5 | AZ | AZ Board of Regents on behalf of Arizona State University | 4R00DA056842-03 | Native Spirit: Culturally-grounded substance use prevention for Indigenous adolescents | *See* FOR ALL GRANTS |
| 6 | CA | University Of California, San Francisco | U01MD019398-03 | Increasing financial and health equity among low income black youth and young adults | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 7 | CA | University Of California, San Francisco | U24MD017250-04 | Research Coordinating Center to Reduce Disparities in Multiple Chronic Diseases (RCC RD-MCD) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 8 | CA | University Of California, San Diego | R01MH123282-05 | NEXUS: A novel social network approach to study the effects of intersectional stigma on HIV prevention among Latino MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 9 | CA | San Francisco State University | U01MH136574-02 | Hermanos de Luna y Sol: A community-based HIV prevention intervention | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 10 | CA | University Of California, San Francisco | R01DA052016-04 | Substance use and DNA methylation at the intersection of sex and gender | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 11 | CA | University Of California, San Francisco | R01AI181732-01 | The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 12 | CA | University Of California, San Francisco | R01AI186641-01 | Randomized Directly Observed Therapy Study to Interpret Clinical Trials of Doxy-PEP | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 13 | CA | University Of California, San Francisco | R01HD112464-01 A1 | Health and economic consequences of changing federal and state policies on reproductive health. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 14 | CA | University Of California Santa Barbara | R21MH135234-01 | Design of a Lay Health Worker Training Intervention to Promote Mental Health Care Access for Racially Diverse Transgender Youth | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 15 | CA | University Of California Berkeley | R13MD019531-01 | SOCIAL MEDICINE CASES FOR HEALTH EQUITY | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 16 | CA | University Of San Francisco | R01AI169239-03 | Uptake, Safety and Effectiveness of COVID19 Vaccines during Pregnancy | *See* FOR ALL GRANTS |
| 17 | CA | University Of California, San Francisco | F31AA030722-02 | Examining differential effects of state equality-promoting policies on harmful alcohol use among sexual and gender minority adults in the U.S.: an econometrics approach for causal inference | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 18 | CA | University Of California, San Francisco | K12AR084219-26S1 | UCSF-Kaiser Department of Research Building Interdisciplinary Research Careers in Women's Health (BIRCWH) Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 19 | CA | University Of California, San Francisco | R01AG077934-03 | Structural Racism and Discrimination in Older Men's Health Inequities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 20 | CA | University Of California, San Francisco | R01EY028739-07 | The Impact of the Herpes Zoster Vaccine on Herpes Zoster Ophthalmicus | *See* FOR ALL GRANTS |
| 21 | CA | University Of California, San Francisco | R25MH129290-03 | Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 22 | CA | University Of California Los Angeles | R01TW012392-03 | Buddhism and HIV Stigma in Thailand: An Intervention Study | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 23 | CA | University Of California Los Angeles | R13AG056135-08 | Organization for the Study of Sex Differences Annual Meeting | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 24 | CA | University Of California Davis | K12AR084220-21S1 | Building Interdisciplinary Research Careers in Women's Health at UC Davis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 25 | CA | San Diego State University | F31DA059345-02 | Minority Stress, Stimulant Use, and HIV among Sexual Minority Men: A Biopsychosocial Approach | *See* the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 26 | CA | San Diego State University | R01MD016880-03 | Increasing COVID-19 Vaccine Uptake among Latinos through a Targeted Clinical and Community-behavioral Intervention | *See* FOR ALL GRANTS |
| 27 | CA | San Diego State University | R01MH133821-02 | The Socioecology of Sexual Minority Stigma: Data Harmonization to Address Confounding Bias and Investigate Cross-Level MentalHealth Effects | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 28 | CA | San Diego State University | R33MH120236-04 | Suicide Prevention for Sexual and Gender Minority Youth | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 29 | CA | San Diego State University | R34MH129279-03 | eSTEP: An integrated mHealth intervention to engage high-risk individuals along the full PrEP care continuum | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 30 | CA | California State University Fullerton | R25AG076390-03 | A Multidimensional Aging Science Program: MSTEM Scholars Trained in Aging Research (MSTEM STAR) | *See* FOR ALL GRANTS |
| 31 | CA | University Of California-Irvine | DP2AI164315-04 | One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 32 | CA | University Of California-Irvine | R01AI158060-05 | Developing a Multi-epitope Pan-Coronavirus Vaccine | *See* FOR ALL GRANTS |
| 33 | CA | University Of California, San Francisco | R01AI166967-03 | PROmotion of COVid-19 VA(X)ccination in the Emergency Department - PROCOVAXED | *See* FOR ALL GRANTS |
| 34 | CA | University Of California, San Diego | R01HD111650-02 | Androgen effects on the reproductive neuroendocrine axis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 35 | CA | University Of California Santa Barbara, subaward to San Jose State University Research Foundation | R21AA029513-02 | Health Effects of Intersectional Stigma among Sexual Minority Women | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 36 | CA | University Of California Los Angeles | R01DK132735-01 | Metabolic and epigenetic reprogramming of vital organs in SARS-CoV-2 induced systemic toxicity | *See* FOR ALL GRANTS |
| 37 | CA | University Of California Davis | U19NS120384-04 | The Clinical Significance of Incidental White Matter Lesions on MRI Amongst a Diverse Population with Cognitive Complaints (INDEED) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 38 | CA | San Francisco State University | U01ES036366-03 | Examining Anti-Racist Healing in Nature to Protect Telomeres of Transitional Age BIPOC for Health Equity. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 39 | CA | University Of California-Irvine | R01MD019765-01 | Influence of Social Media, Social Networks, and Misinformation on Vaccine Acceptance Among Black and Latinx Individuals | *See* FOR ALL GRANTS |
| 40 | CA | University Of California, San Diego | R21DA060856-01 | CHAMPION - Combining HIV And Stimulant Prevention and Treatment Interventions Optimized for HIV-Negative MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 41 | CA | University Of California Los Angeles | R01DA061345-01 | Race & Place: The Impacts of Racial Inequality on Substance Use and HIV Outcomes in Los Angeles | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 42 | CA | University Of California, San Francisco | R56AG079510-01 | Asian Americans & Racism: Individual and Structural Experiences (ARISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 43 | CA | University Of California-Irvine | OT2OD036428-01 | All of Us Southern California Consortium (AoUSCC): Engagement, Enrollment, and Retention of Diverse Populations | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 44 | CA | Housing Authority Of The City Of Los Angeles | OT2OD035940-01 | Watts Rising: A Vision for a Healthier Watts | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 45 | CA | University Of California, San Diego | U54CA272220-03 | UC San Diego FIRST Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 46 | CA | San Diego State University | U54CA267789-04 | SDSU FUERTE: Faculty United towards Excellence in Research and Transformational Engagement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 47 | CA | San Jose State University | T34GM149461-02 | U-RISE Program at San Jose State University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | , | B | C | D | E |
|---|---|---|---|---|---|---|
| 48 | | CA | California Poly State U San Luis Obispo | T34GM149492-02 | U-RISE at Cal Poly | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 49 | | CA | University Of California, San Francisco | R01HG012824-02 | Genetic and social determinants of pharmacological health outcomes in ancestrally diverse populations | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 50 | | CA | University Of California Santa Cruz | T32GM135742-06 | UCSC IMSD | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 51 | | CA | University Of California, San Francisco | R01GM138700-05 | Scaling Up Culturally Affirming Pathways to Biomedical Faculty Careers for Native Scholars | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 52 | | CA | San Diego State University | T34GM149430-02 | MARC at San Diego State University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 53 | | CA | Aubern University At Auburn, subaward to San Diego State University | 1R61MH133710-01A1 | Targeting Minority Stressors to Improve Eating Disorder Symptoms in Sexual Minority Individuals with Eating Disorders | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 54 | | CA | Univ Of North Carolina Chapel Hill, subaward to San Diego State University | R01HL149778-05 | Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (SGM HCHS/SOL) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 55 | | CA | San Diego State University | R01MH123282-05 | NEXUS: A novel social network approach to study the effects of intersectional stigma on HIV prevention among Latino MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 56 | | CA | University Of Wisconsin Milwaukee, subaward to California State University Northridge | R01MH135498-01 | Using digital photovoice to explore the relationships between social media content and suicidality among transgender adolescents | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 57 | | CA | Columbia University Health Sciences, subaward to San Francisco State University | R01AA027252-05 | Stress, hazardous drinking and intimate partner aggression in a diverse sample of women and their partners | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 58 | CA | Westat, Inc., subaward to San Diego State University | 5UM2HD111076-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (UM2 Clinical Trial Optional) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 59 | CA | Florida State University, subaward to San Diego State University | 5UM2HD111102-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center - LYPS | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 60 | CA | University of Missouri Kansas City, subaward to San Diego State University | U01MD018310-01 | Faithful Response II: COVID-19 Rapid Test-to-Treat with African American Churches | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 61 | CA | San Diego State University | 5R01MD016880-03 | Increasing COVID-19 Vaccine Uptake amoung Latinos through a Targeted Clinical and Community-behaviorial Intervention | *See* FOR ALL GRANTS |
| 62 | CA | California State University Bakersfield | 5T34GM145384-03 | U-Rise at California State University Bakersfield | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 63 | CA | California State University Long Beach | 5T34GM149378-02 | Undergraduate Research Training Initiative for Student Enhancement (U-RISE) (T34) at CSULB | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 64 | CA | California State University Long Beach | 5T32GM138075-04 | Bridges to the Doctorate Research Training Program at California State University Long Beach | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 65 | CA | California State University Northridge | 5T34GM136450-04 | U-RISE Training the Next Generation of Basic Biomedical Researchers A Holistic Approach | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 66 | CA | California Poly State U San Luis Obispo | 1T34GM154620-01 | Bridges to the Baccalaureate at Cal Poly | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 67 | CA | University Of California, San Diego | 5K12GM068524-22 | San Diego IRACDA Scholars Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 68 | CA | California State University Dominguez Hills | 5T34GM140930-03 | U-RISE at California State University Dominguez Hills | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 69 | CA | California State University Fullerton | 5T34GM149493-02 | U-RISE at Cal State Fullerton | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 70 | CA | California State University Long Beach | 5T34GM149378-02 | Undergraduate Research Training Initiative for Student Enhancement (U-RISE) at the California State University, Long Beach (U-RISE at the CSULB) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 71 | CA | California State University, Sacramento | 1T34GM153398-01 | U-Rise at Sacramento State | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 72 | CA | Tulane University of Louisiana, subaward to San Diego State University | U01HD115257 | Promoting Color Brave Conversations in Families: A Public Health Strategy to Advance Racial Equity | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 73 | CA | University of Colorado Denver, subaward to San Diego State University Research Foundation | 5R34DA058191-02 | Proud to Quit (P2Q): A Person-centered mobile technology interventention for smoking cessation amount transgender adults | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 74 | CA | San Francisco State University | | U-RISE at San Francisco State University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 75 | CA | California State University San Marcos | 5R25EB033075-03 | Building Early Awareness and Research in Science (BEARS) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 76 | CA | University Of California Santa Cruz | 2R25GM104552-09 | UC Santa Cruz PREP | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 77 | CA | University Of California Santa Cruz | 3R01AI116946-09S1 | The function of chemotactic signal transduction during colonization and disease | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 78 | CA | University Of California Santa Cruz | 3R01AI164682-04S1 | Understanding and manipulating chronic Helicobacter pylori to enhance treatment | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 79 | CA | University Of California Santa Cruz | 1F31AI176804-01A1 | How ribosomal silencing promotes chronic infection of the gastric pathogen Helicobacter pylori | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 80 | CA | University Of California Santa Cruz | 5K12GM139185-05 | IRACDA at UCSC and CSUMB | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 81 | CA | University Of California, San Diego | 4R00GM145970-03 | Developing Lectins as Inhibitors of Coronavirus Spike Proteins | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 82 | CA | University Of California, San Diego | 5T34GM149445-02 | MARC at University of California, San Diego | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 83 | CA | John Hopkins University, subaward to University of California, San Diego | 5R01AI172092-03 | Enhanced COhort methods for HIV Research and Epidemiology (ENCORE) among transgender women in the United States | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 84 | CA | University Of California Los Angeles | 1R01AI179891-01 | A Rapid Phenotypic Drug Susceptibility Testing System for Tuberculosis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 85 | CA | University Of California Los Angeles | 5R01MD018459-03 | Elucidating the high and heterogeneous risk of gestational diabetes among Asian Americans: an integrative approach of metabolomics, lifestyles, and social determinants | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 86 | CA | University Of California Los Angeles | 3R01AG037514-13S1 | Role of Mitochondrial Homeostasis in Animal Aging | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 87 | CA | National Opinion Research Center, subawad to University of California, Los Angeles | 5R21DK134906-02 | Comfort eating in the Eating in America Study: New insights to inform prevention and intervention efforts across the lifespan | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 88 | CA | University Of California Los Angeles | 5R25DK113659-08 | UCLA Short-Term Research Experience to Unlock Potential (UCLA STEP-UP) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 89 | CA | Columbia University Health Sciences, subaward to University of California, Los Angeles | 5R01MH118004-05 | A randomized trial of impACT+, a coping intervention to improve clinical and mental health outcomes among HIV- | *See* FOR ALL GRANTS |
| 90 | CA | Charles R. Drew University of Medicine and Science, subaward to University of California, Los Angeles | 5U54MD007598-13 | Accelerating Excellence in Translational Science (AXIS) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 91 | CA | San Francisco State University | 5T32GM142515-04 | Bridges to the Doctorate Research Training Program at San Francisco State University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 92 | CA | University Of California, San Francisco | 3U01HG013276-02S1 | EXposomic Profiling in Airway disease to uNravel Determinants of disease in Asthma (EXPAND-Asthma) Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 93 | CA | University Of California, San Francisco | 5U19AI077439-18 | Immune-driven Airway Epithelial Dysfunction in Muco-obstructive Asthma | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 94 | CA | University Of California, San Francisco | 3U01AI166309-03S1, 3U19AI077439-17S1 | Functional dynamics of TB granuloma architecture - Diversity Supplement for Kelley J. Martinez | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 95 | CA | University Of California, San Francisco | 1F31GM156031-01A1 | Defining the mechanisms underlying the mammalian kinetochore's structural integrity under force | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 96 | CA | University Of California, San Francisco | 5F31AA030722-02 | Examining differential effects of state equality-promoting policies on harmful alcohol use among sexual and gender minority adults in the U.S.: an econometrics approach for causal inference | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 97 | CA | University Of California, San Francisco | 3R01MD016071-04S1 | Understanding health disparities in Pakistani, Bangladeshi and Asian Indian immigrants: the role of socio-cultural context, acculturation and resilience resources | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 98 | CA | University Of California, San Francisco | 5K99GM147825-02 | Understanding and rewiring cellular behavior with synthetic biology approaches | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 99 | CA | University Of California, San Francisco | 5K12GM081266-17 | UCSF IRACDA Scholars Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 100 | CA | University Of California, San Francisco | 1K99GM154059-01A1 | RNA and genome regionalization in giant single cells: implications for cellular patterning | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 101 | CA | University Of California, San Francisco | 5R01GM138700-05 | Scaling Up Culturally Affirming Pathways to Biomedical Faculty Careers for Native Scholars | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 102 | CA | University Of California, San Francisco | 5R25GM144250-03 | Post Baccalaureate Research Opportunity To Promote Equity In Learning (PROPEL). | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 103 | CA | University Of California, San Francisco | 5K99GM151521-02 | Emergent Behavior in a Dish: Discovery of Bi-directional Spiraling as a Population Phenomenon in C. elegans Enables In-Depth Dissection of Mechanisms Underlying Group Behaviors | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 104 | CA | University Of California, San Francisco | 5P01AI091580-14, 3P01AI091580-13S1 | Defining the Unique Properties of the Distinct Signaling Machinery Used by the TCR | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 105 | CA | University Of California, San Francisco | 5R01AI169460-03 | Mapping spatiotemporal dynamics during enterovirus infection across cells and tissues | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 106 | CA | University Of California, San Francisco | 5R01AI175614-03, 3R01AI175614-02S1 | The role of tyrosine metabolism in tuberculosis pathogenesis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 107 | CA | University Of California, San Francisco | 5R01AR080034-04 | Functional Dissection of Regulatory Myeloid Cells in Microbe-Immune Crosstalk in Skin | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 108 | CA | University Of California, San Francisco | 3R01MH126040-02S2 | Efficacy of digital cognitive behavior therapy for insomnia for the prevention of perinatal depression - div supp | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 109 | CA | University Of California, San Francisco | 3R01MH125000-05S1 | Microglial remodeling of the extracellular matrix in memory circuits | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 110 | CA | University Of California, San Francisco | 5R01DK134723-02, 3R01DK134723-02S1 | **Role of PRKC alpha in Extracellular Matrix Remodeling** | *See* FOR ALL GRANTS |
| 111 | CA | University Of California, San Francisco | 5R01DK133645-04, 3R01DK133645-03S1 | Genome editing of human pancreatic islets to withstand ischemic injuries and promote immune evasion | *See* FOR ALL GRANTS |
| 112 | CA | University Of California, San Francisco | 5R01LM013897-04 | An informatics framework for single-cell multi-omics from clinical specimens | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 113 | CA | University Of California, San Francisco | 5R01HD109158-02, 3R01HD109158-02S1 | **Sources of on information on pregnancy health and infant care among Latino immigrant parents** | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 114 | CA | University Of California, San Francisco | 1K99AI182451-01 | Molecular understanding of maternal humoral responses to pregnancy | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 115 | CA | Columbia University Health Sciences, subaward to University of California, San Francisco | 5R01HG012841-02 | Just Inclusion and Equity: Negotiating Community-Research Partnerships in Genomics Research (JUSTICE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 116 | CA | Columbia University Health Sciences, subaward to University of California, San Francisco | 5G13LM014176-03 | Diversity in Practice: the Quest for Inclusion in Precision Medicine | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 117 | CA | Stanford University, subaward to University of California, San Francisco | 3OT2OD025276-02S4 | PRIDEnet 2 for the All of Us Research Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 118 | CA | Columbia University Health Sciences, subaward to University of California, San Francisco | 1R03ES035509-01 | Drinking water contaminants and fetal loss in Northern California | *See* FOR ALL GRANTS |
| 119 | CA | Public Health Foundation Enterprises, subaward to University of California, San Francisco | 5R01MH119956-05 | PrEP-3D: An integrated Pharmacy Digital Diary and Delivery Strategy to Increase PrEP Use Among MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 120 | CA | University of Michigan at Ann Arbor, subaward to University of California, San Francisco | 5R01MH115765-05 | A couples-based approach to HIV prevention for transgender women and their male partners | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 121 | CA | Public Health Foundation Enterprises, subaward to University of California, San Francisco | 1R34MH132405-01 | MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 122 | CA | Public Health Foundation Enterprises, subaward to University of California, San Francisco | 5R25MH119858-05 | SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 123 | CA | Harvard Pilgrim Health Care, Inc., subaward to University of California, San Francisco | 7R21DA058575-02 | ailoring Delivery of LongActing PrEP for Cisgender (MSM) who Use Methamphetamine | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 124 | CA | Banner Health, subaward to University of California, San Francisco | 5R01AG063954-05 | Establishing the science behind Alzheimer's recruitment registries: opportunities for increasing diversity and accelerating enrollment into trials | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 125 | CA | Florida State University, subaward to University of California, San Francisco | 5UM2HD111102-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 126 | CA | Stanford University, subaward to University of California, San Francisco | 5R01MH115349-05 | Sex hormone effects on neurodevelopment: Controlled puberty in transgender adolescents | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 127 | CA | New York State Psychiatric Institute, subaward to University of California, San Francisco | 7R01MH129285-02 | A multi-level approach to improve HIV prevention and care for transgender women of color | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 128 | CA | Northwestern University at Chicago, subaward to University of California, San Francisco | 3R01AA029044-04S1 | Intersectional Approaches to Population-Level Health Research: Role of HIV Risk and Mental Health in Alcohol Use Disparities among Diverse Sexual Minority Youth | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 129 | CA | University of Chicago, subaward to University of California, San Francisco | 5R21MD018707-02 | Identifying Community-Informed DoxyPEP Implementation Strategies to Enable Equitable Delivery of Syphilis Prevention | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 130 | CA | Weill Medical College of Cornell University, subaward to Univesity of California, San Francisco | 5K12HD000850-40 | Pediatric Scientist Development Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 131 | CA | University of California, San Francisco | 1T32GM156671-01 | UCSF IMSD | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 132 | CA | University of California, San Francisco | 1UE5GM157550-01 | ARC UE5 at the University of California San Francisco | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 133 | CA | University of California, San Francisco | 1UG3NS130527-01A1 | A fully implantable speech neuroprosthesis | *See* FOR ALL GRANTS |
| 134 | CA | University of California, San Francisco | 5K08HL157654-04 | IRE1α mediated dysregulation of the pulmonary epithelium in lung fibrosis | *See* FOR ALL GRANTS |
| 135 | CA | University of California, San Francisco | 5K24AG067003-04 | Mentoring Researchers on Clinical Communication With Diverse Aging Populations | *See* FOR ALL GRANTS |
| 136 | CA | University of California, San Francisco | 5R01AA023267-07 | Alcohol and pregnancy: benefits and harms of state-level policies | *See* FOR ALL GRANTS |
| 137 | CA | University of California, San Francisco | 5R01AA029312-04 | Impact of the COVID-19 pandemic on patient outcomes, telehealth care delivery, and treatment for unhealthy alcohol use in vulnerable patients with advanced liver disease across two healthcare systems | *See* FOR ALL GRANTS |
| 138 | CA | University of California, San Francisco | 5R01AI158884-04 | Seroepidemiology of trachoma for the elimination endgame | *See* FOR ALL GRANTS |
| 139 | CA | University of California, San Francisco | 5R01DK132271-03 | Reaching Equity in ACess to Home Dialysis And Re-Transplantation (REACH-DART) | *See* FOR ALL GRANTS |
| 140 | CA | University of California, San Francisco | 5F31CA271748-02 | Determining the role of AIRE and AIRE-expressing tumor associated macrophages in tumor growth and immunity | *See* FOR ALL GRANTS |
| 141 | CA | University of California, San Francisco | 1R21NS133533-01A1 | A critical role for microglial cholesterol 25-hydroxylase in regulating neuroinflammation following neonatal brain hypoxia-ischemia | *See* FOR ALL GRANTS |
| 142 | CA | University of California, San Francisco | 1R25GM153811-01 | Training to Enhance Researcher Resilience and Adaptability (TERRA) | *See* FOR ALL GRANTS |
| 143 | CA | University of California, San Francisco | 3R01HL157533-03S1 | Development of Clinical Prediction Models for Pulmonary Outcomes in Sarcoidosis | *See* FOR ALL GRANTS |
| 144 | CA | University of California, San Francisco | 3R01HL157533-03S2 | Development of Clinical Prediction Models for Pulmonary Outcomes in Sarcoidosis | *See* FOR ALL GRANTS |
| 145 | CA | University of California, San Francisco | 5K23AG073523-03 | Prolonged Use of Pain Medication Past the Postoperative Period in Older Adults | *See* FOR ALL GRANTS |
| 146 | CA | University of California, San Francisco | 5K24AG053435-09 | Neuropathological changes underlying clinical heterogeneity in Alzheimer disease | *See* FOR ALL GRANTS |
| 147 | CA | University of California, San Francisco | 5P01AG002132-43 | Project 1: Pathobiology and Genetics of Prions Causing Alzheimer's Disease | *See* FOR ALL GRANTS |
| 148 | CA | University of California, San Francisco | 5P01AG002132-43 | Project 2: Conformation and propagation of misfolded forms of tau and Abeta | *See* FOR ALL GRANTS |
| 149 | CA | University of California, San Francisco | 5P01AG002132-43 | Core B: Proteomics and Biophysics | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 150 | CA | University of California, San Francisco | 5P01AG002132-43 | Project 3: Structural basis of amyloid formation and chaperone-mediated turnover | *See* FOR ALL GRANTS |
| 151 | CA | University of California, San Francisco | 5P01AG002132-43 | Project 4: Integrative structure modeling of protein complexes in aggregation | *See* FOR ALL GRANTS |
| 152 | CA | University of California, San Francisco | 5P01AG002132-43 | Core C: Animals | *See* FOR ALL GRANTS |
| 153 | CA | University of California, San Francisco | 5P01AG002132-43 | Core A: Administrative Core | *See* FOR ALL GRANTS |
| 154 | CA | University of California, San Francisco | 5P30ES030284-05 | Pilot Project Program | *See* FOR ALL GRANTS |
| 155 | CA | University of California, San Francisco | 5P30ES030284-05 | Bioassay Facility Core | *See* FOR ALL GRANTS |
| 156 | CA | University of California, San Francisco | 5P30ES030284-05 | Integrative Health Sciences Facility Core | *See* FOR ALL GRANTS |
| 157 | CA | University of California, San Francisco | 5P30ES030284-05 | Administrative Core | *See* FOR ALL GRANTS |
| 158 | CA | University of California, San Francisco | 5P30ES030284-05 | Community Engagement Core | *See* FOR ALL GRANTS |
| 159 | CA | University of California, San Francisco | 5R01DK132547-03 | Engineering synthetic immune cells with modular sentinel and therapeutic functions for T1D | *See* FOR ALL GRANTS |
| 160 | CA | University of California, San Francisco | 5R01HL157533-03 | Development of Clinical Prediction Models for Pulmonary Outcomes in Sarcoidosis | *See* FOR ALL GRANTS |
| 161 | CA | University of California, San Francisco | 3R01NS120218-04S1 | Asymmetric Cell Division of Vertebrate Radial Glia Neural Progenitors | *See* FOR ALL GRANTS |
| 162 | CA | University of California, San Francisco | 5K01AG073533-04 | Placing patient preferences at the center of care plans for older adults transitioning from the hospital to a skilled nursing facility | *See* FOR ALL GRANTS |
| 163 | CA | University of California, San Francisco | 5K23AG072035-04 | Frailty and Monitored Anesthesia Care for Cataract Surgery in Older Adults | *See* FOR ALL GRANTS |
| 164 | CA | University of California, San Francisco | 5P01NS083513-10 | CORE B- Neuropathology | *See* FOR ALL GRANTS |
| 165 | CA | University of California, San Francisco | 5P01NS083513-10 | Project 1: The Origin and Diversity of Human GABAergic Interneurons | *See* FOR ALL GRANTS |
| 166 | CA | University of California, San Francisco | 5P01NS083513-10 | Project 2: Mechanisms underlying oligodendrocyte precursor-mediated angiogenesis and interneuron vessel-associated migration in human neonatal brain | *See* FOR ALL GRANTS |
| 167 | CA | University of California, San Francisco | 5P01NS083513-10 | Project 3: Microglia heterogeneity and function in interneuron development | *See* FOR ALL GRANTS |
| 168 | CA | University of California, San Francisco | 5P01NS083513-10 | Core C Transcriptomics | *See* FOR ALL GRANTS |
| 169 | CA | University of California, San Francisco | 5P01NS083513-10 | CORE A: Administration | *See* FOR ALL GRANTS |
| 170 | CA | University of California, San Francisco | 5R01AG073244-04 | Emotion alterations across the Alzheimer's disease spectrum | *See* FOR ALL GRANTS |
| 171 | CA | University of California, San Francisco | 5R01AI158861-04 | The landscape of HLA mediated variation in health and immunity | *See* FOR ALL GRANTS |
| 172 | CA | University of California, San Francisco | 5R01DK128346-04 | Decoding LRH-1 Activity in Gut Regeneration and Differentiation | *See* FOR ALL GRANTS |
| 173 | CA | University of California, San Francisco | 5R01EY032861-03 | Improving Corneal Ulcer Outcomes with Unbiased Pathogen and Antimicrobial Resistance Detection | *See* FOR ALL GRANTS |
| 174 | CA | University of California, San Francisco | 5R01HL155990-04 | Long-Term Cardiovascular Sequelae of Cancer Immunotherapies | *See* FOR ALL GRANTS |
| 175 | CA | University of California, San Francisco | 5R01NS058721-15 | ACC: Callosal Agenesis as a Window into Common Neurodevelopmental Disorders | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 176 | CA | University of California, San Francisco | 5R01NS120218-04 | Asymmetric Cell Division of Vertebrate Radial Glia Neural Progenitors | *See* FOR ALL GRANTS |
| 177 | CA | University of California, San Francisco | 5U01NS120836-04 | Investigation and Treatment of Undiagnosed Neuroinflammatory Diseases | *See* FOR ALL GRANTS |
| 178 | CA | University of California, San Francisco | 5UM1AI164560-04 | Delaney AIDS Research Enterprise to Cure HIV | *See* FOR ALL GRANTS |
| 179 | CA | University of California, San Francisco | 1P20CA290477-01 | Admin Core | *See* FOR ALL GRANTS |
| 180 | CA | University of California, San Francisco | 3P50HD112034-02S1 | Lymphocyte function in inflammatory disorders of human endometrium and decidua | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 181 | CA | University of California, San Francisco | 1F31AG085938-01 | Evaluating social and clinical risk factors for the progression from Mild CognitiveImpairment to Alzheimer's Disease and Related Dementias using Real World ClinicalData | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 182 | CA | University of California, San Francisco | 5K23MH130250-03 | Jamaica CARES Project: Connecting HIV/AIDS Resources to Engage Jamaican Sexual and Gender Minorities | *See* FOR ALL GRANTS |
| 183 | CA | University of California, San Francisco | 5R01AI153213-03 | Handheld and population-based sequencing for rapid detection of new and repurposed drug resistance in M. tuberculosis | *See* FOR ALL GRANTS |
| 184 | CA | University of California, San Francisco | 5R01AI169460-03 | Mapping spatiotemporal dynamics during enterovirus infection across cells and tissues | *See* FOR ALL GRANTS |
| 185 | CA | University of California, San Francisco | 5R01DA056265-03 | The Impact of Racism on Trajectories of Substance Use, Mental Health and Legal System Contact from Adolescence to Young Adulthood | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 186 | CA | University of California, San Francisco | 5U01AI166309-03 | Functional dynamics of TB granuloma architecture | *See* FOR ALL GRANTS |
| 187 | CA | University of California, San Francisco | 5K24AA029958-03 | ASTERISK: Alcohol and Substance use Treatment and Engagement Research on Intervention Studies among Key populations | *See* FOR ALL GRANTS |
| 188 | CA | University of California, San Francisco | 5R01MH129582-03 | Prospective and retrospective learning in orbitofrontal cortex | *See* FOR ALL GRANTS |
| 189 | CA | University of California, San Francisco | 5K23AG076960-03 | Development of Emergent PET Tracers in Frontotemporal Lobar Degeneration | *See* FOR ALL GRANTS |
| 190 | CA | University of California, San Francisco | 5R01DK106399-09 | Neural Dynamics Underlying Feeding | *See* FOR ALL GRANTS |
| 191 | CA | University of California, San Francisco | 5R01MH126040-03 | Efficacy of digital cognitive behavior therapy for insomnia for the prevention of perinatal depression | *See* FOR ALL GRANTS |
| 192 | CA | University of California, San Francisco | 5R01NS123263-03 | Developmental Timing During Cortical Development | *See* FOR ALL GRANTS |
| 193 | CA | University of California, San Francisco | 5R01NS128277-02 | DNA methylation in the development of multiple sclerosis | *See* FOR ALL GRANTS |
| 194 | CA | University of California, San Francisco | 5R25AG078149-03 | Short Courses on the Conduct of Reproducible Aging Research with Big Data | *See* FOR ALL GRANTS |
| 195 | CA | University of California, San Francisco | 5T32AG049663-08 | Translational Epidemiology - Training for Research on Aging and Chronic disease | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 196 | CA | University of California, San Francisco | 5U54AI170792-03 | HARC: HIV accessory and regulatory complexes | *See* FOR ALL GRANTS |
| 197 | CA | University of California, San Francisco | 5K24AG054415-07 | Mentoring Researchers in Advance Care Planning for Underrepresented Older Adults at Risk for Alzheimer's Disease and Related Dementias and Their Caregivers | *See* FOR ALL GRANTS |
| 198 | CA | University of California, San Francisco | 5R38HL167283-02 | Promoting Clinical and Translational Science Training and Career Development for Residents | *See* FOR ALL GRANTS |
| 199 | CA | University of California, San Francisco | 5R01NS131405-02 | Determining the circuits and signals of sleep dysfunction in Parkinson's disease through chronic intracranial recordings and closed-loop Deep Brain Stimulation | *See* FOR ALL GRANTS |
| 200 | CA | University of California, San Francisco | 5D43TW010345-07 | Blood Research and EnhAnced Training against HIV in South Africa (BREATH-SA) | *See* FOR ALL GRANTS |
| 201 | CA | University of California, San Francisco | 5R13AI102630-12 | Recent Advances in HIV Research | *See* FOR ALL GRANTS |
| 202 | CA | University of California, San Francisco | 5RC2DK136052-02 | Establishing patient-derived iPSCs as a platform for discovery research in NAFLD | *See* FOR ALL GRANTS |
| 203 | CA | University of California, San Francisco | 8K00MH138156-03 | Modulation of network dynamics across mood states using closed-loop deep brain stimulation for depression | *See* FOR ALL GRANTS |
| 204 | CA | University of California, San Francisco | 3R01EY034973-02S1 | Retinal circuit disassembly in primate glaucoma | *See* FOR ALL GRANTS |
| 205 | CA | University of California, San Francisco | 3R01MH133231-02S1 | Adapting evidence-based behavioral interventions to address non-communicable diseases and common mental health conditions among people with dementia or mild cognitive impairment | *See* FOR ALL GRANTS |
| 206 | CA | University of California, San Francisco | 5K08AG083050-02 | Illuminating Lysosomal Dysfunction in Aging and Alzheimer's Disease (AD) | *See* FOR ALL GRANTS |
| 207 | CA | University of California, San Francisco | 5K23EY034893-02 | Community-based amblyopia screening using a novel device | *See* FOR ALL GRANTS |
| 208 | CA | University of California, San Francisco | 5P50HD112034-02 | Immunological, epigenetic and developmental determinants of early pregnancy success | *See* FOR ALL GRANTS |
| 209 | CA | University of California, San Francisco | 5R01DK133527-02 | Investigating the role of frailty on outcomes in acutely ill patients with cirrhosis undergoing liver transplantation in the acute care setting | *See* FOR ALL GRANTS |
| 210 | CA | University of California, San Francisco | 5R01EY034973-02 | Retinal circuit disassembly in primate glaucoma | *See* FOR ALL GRANTS |
| 211 | CA | University of California, San Francisco | 5R01MH133231-02 | A type II hybrid implementation-effectiveness study of BECOME (BEhavioral Community-based COmbined Intervention for MEntal Health and Noncommunicable Diseases) delivered by community health workers | *See* FOR ALL GRANTS |
| 212 | CA | University of California, San Francisco | 5R01NS101354-07 | Striatal Mechanisms of Dyskinesia and Impulse Control in Parkinson's Disease | *See* FOR ALL GRANTS |
| 213 | CA | University of California, San Francisco | 5R35GM122451-07 | Surfaceomic technologies and antibodies to probe cell surface proteomes and their interactomes at unprecedented small scale and high-resolution | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 214 | CA | University of California, San Francisco | 5T32AG000212-32 | Research Training in Geriatric Medicine | *See* FOR ALL GRANTS |
| 215 | CA | University of California, San Francisco | 3P50HD112034-02S1 | Immunological, epigenetic and developmental determinants of early pregnancy success | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 216 | CA | University of California, San Francisco | 1R01AA031445-01A1 | A randomized controlled trial of an economic and relationship-strengthening intervention to reduce alcohol use in Malawi | *See* FOR ALL GRANTS |
| 217 | CA | University of California, San Francisco | 1U24ES036003-01 | Enriching a Diverse Pregnancy Cohort from the San Francisco Bay Area to Expand Data Access and Individual Results Return on Environmental Exposures to Participant Communities | *See* FOR ALL GRANTS |
| 218 | CA | University of California, San Francisco | 1UM1AI179699-01 | Preclinical Design and Clinical Translation of TB Regimens (PReDicTR) Consortium | *See* FOR ALL GRANTS |
| 219 | CA | University of California, San Francisco | 2R25HL126146-10 | UCSF Research in Implementation Science for Equity (RISE) | *See* FOR ALL GRANTS |
| 220 | CA | University of California, San Francisco | 1R01NS136197-01 | Evaluating SARS-CoV-2 spike antigen-induced coagulopathy and neuroinflammation as mechanistic drivers of neurologic PASC | *See* FOR ALL GRANTS |
| 221 | CA | University of California, San Francisco | 2P30AG062422-06 | New Approaches to Dementia Heterogeneity | *See* FOR ALL GRANTS |
| 222 | CA | University of California, San Francisco | 2P30AG062422-06 | Core B - Clinical Core | *See* FOR ALL GRANTS |
| 223 | CA | University of California, San Francisco | 2P30AG062422-06 | Core A - Administrative Core | *See* FOR ALL GRANTS |
| 224 | CA | University of California, San Francisco | 2P30AG062422-06 | Core G - Biomarker Core | *See* FOR ALL GRANTS |
| 225 | CA | University of California, San Francisco | 2P30AG062422-06 | Core D - Neuropathology Core | *See* FOR ALL GRANTS |
| 226 | CA | University of California, San Francisco | 2P30AG062422-06 | Core C - Data Management and Statistical Core | *See* FOR ALL GRANTS |
| 227 | CA | University of California, San Francisco | 2P30AG062422-06 | Core E - Outreach, Recruitment, and Engagement Core | *See* FOR ALL GRANTS |
| 228 | CA | University of California, San Francisco | 2P30AG062422-06 | Core F - Neuroimaging Core | *See* FOR ALL GRANTS |
| 229 | CA | University of California, San Francisco | 2P30AG062422-06 | Research Education Component | *See* FOR ALL GRANTS |
| 230 | CA | University of California, San Francisco | 2R01AG060477-06 | Clinical Features and Neuropathological Basis of Sleep Wake Behavior in Alzheimer's and PSP | *See* FOR ALL GRANTS |
| 231 | CA | University of California, San Francisco | 2R01DK115629-05A1 | Racial disparities in access to kidney transplantation | *See* FOR ALL GRANTS |
| 232 | CA | University of California, San Francisco | 2R35GM127087-07 | The Evolution of Gene Regulation and Human Disease | *See* FOR ALL GRANTS |
| 233 | CA | University of California, San Francisco | 1R01MH137799-01 | Peer-led Dynamic Choice HIV Prevention for Women at Elevated HIV Risk in Uganda | *See* FOR ALL GRANTS |
| 234 | CA | University of California, San Francisco | 2P30AR075055-06 | Core Center for Musculoskeletal Biology and Medicine | *See* FOR ALL GRANTS |
| 235 | CA | University of California, San Francisco | 2P30AR075055-06 | Administrative and Enrichment Core | *See* FOR ALL GRANTS |
| 236 | CA | University of California, San Francisco | 2P30AR075055-06 | Epidemiology, Bioinformatics, and Study Design (EBSD) Core | *See* FOR ALL GRANTS |
| 237 | CA | University of California, San Francisco | 2P30AR075055-06 | Skeletal Biology and Biomechanics (SBB) Core | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 238 | CA | University of California, San Francisco | 2P30AR075055-06 | Imaging Core | *See* FOR ALL GRANTS |
| 239 | CA | University of California, San Francisco | 2R25MH067127-21 | Training for Scientists Conducting Research to Reduce HIV/AIDS Health Disparities | *See* FOR ALL GRANTS |
| 240 | CA | University of California, San Francisco | 2T32AR007175-47 | UCSF Dermatology Training Grant | *See* FOR ALL GRANTS |
| 241 | CA | University of California, San Francisco | 2U19AI089674-15 | Program for Resistance, Immunology, Surveillance & Modeling of Malaria in Uganda (PRISM) Renewal | *See* FOR ALL GRANTS |
| 242 | CA | University of California, San Francisco | 2U19AI089674-15 | Surveillance and Impact Evaluation Project | *See* FOR ALL GRANTS |
| 243 | CA | University of California, San Francisco | 2U19AI089674-15 | Admin Core | *See* FOR ALL GRANTS |
| 244 | CA | University of California, San Francisco | 2U19AI089674-15 | Resistance Project | *See* FOR ALL GRANTS |
| 245 | CA | University of California, San Francisco | 2U19AI089674-15 | MOLECULAR EPIDEMIOLOGY | *See* FOR ALL GRANTS |
| 246 | CA | University of California, San Francisco | 2U19AI089674-15 | Data Core | *See* FOR ALL GRANTS |
| 247 | CA | University of California, San Francisco | 5R35NS122110-04 | The TMEM16 Family of Ion Channels and Lipid Scramblases | *See* FOR ALL GRANTS |
| 248 | CA | University of California, San Francisco | 1P30AG086635-01 | BID Core | *See* FOR ALL GRANTS |
| 249 | CA | University of California, San Francisco | 1P30AG086635-01 | Admin Core | *See* FOR ALL GRANTS |
| 250 | CA | University of California, San Francisco | 5R35NS132160-02 | Investigating sleep efficiency mechanism and its impact on diseases | *See* FOR ALL GRANTS |
| 251 | CA | University of California Davis | 1R35GM153309-02 | Bayesian updating as a framework to predict the cognitive, neural and physiological mechanisms underlying social status | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 252 | CA | University of California Davis | 5U2CDK135074-03 | The National Center for Metabolic Phenotyping of Mouse Models of Obesity and Diabetes (MPMOD) at UC Davis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 253 | CO | University of Colorado | 1U19AI171403 | The role of gender-affirming hormones in transgender women's immune response to COVID-19 vaccines: Tailored communication strategies to reduce hesitancy and improve future uptake. | *See* FOR ALL GRANTS |
| 254 | CO | University of Colorado | 5U54NS078059-13 | Mitochondrial functional assays for diagnosis in minimally invasive tissues: optimization and clinical unity. | *See* FOR ALL GRANTS |
| 255 | CO | University of Colorado | GG011322-01, 2R01NR016941-07 | Communicating narrative concerns entered by RNs (CONCERN) | *See* FOR ALL GRANTS |
| 256 | CO | University of Colorado | U019AG078558-03 | Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study AD/ADRD Project | *See* FOR ALL GRANTS |
| 257 | CO | University of Colorado | 30008154-04, 1R01HD114134-01A1 | Equitable Measurement of Care Disparities and Needs in Intersex Youth/Youth with Variations in Sex Development | *See* FOR ALL GRANTS |
| 258 | CO | University of Colorado | 1U19AI171403 | Antiviral Countermeasures Development Center (AC/DC) | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 259 | CO | University of Colorado | 5R25CA265802-03 | Sexual and Gender Minority Cancer Curricular Advances for Research and Education (SGM Cancer CARE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 260 | CO | University of Colorado | 5UM2HD111102-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS |
| 261 | DE | Children's Hospital Los Angeles (University of Delaware as sub-grantee) | 5U01DA036926-10 | Using Longitudinal Research to Engage African American and Latinx Sexual- and Gender-Minority Youth in the HIV Prevention and Care Continua and Reduce HIV/AIDS-Related Disparities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 262 | DE | Banner Research (University of Delaware as sub-grantee) | 5R01AG063954-05 | Establishing the science behind Alzheimer's recruitment registries: opportunities for increasing diversity and accelerating enrollment into trials | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 263 | DE | University of Delaware | R00GM143573 | An Activity-Based Biomolecule Labeling Platform for the Imaging of Cells and Tissues Under Oxidative Stress | *See* FOR ALL GRANTS |
| 264 | DE | Florida State University (University of Delaware as sub-grantee) | 5UM2HD111102-03 | Adolescent Medicine Trials Network For HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 265 | DE | University of Delaware | 1R01AI171196-01A1 | Phosphoarginine-linked protein quality control and stress responses in mycobacteria | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 266 | HI | University of Hawaii | 5T37MD008636-10 | MHRT Transdisciplinary Disparities Research Training for Native Hawaiians and Pacific Students | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 267 | HI | University of Hawaii | 3U54MD007601-38S2 | Evaluating HPV Vaccination Uptake Barriers and its Efficacy in PLWH | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 268 | HI | University of Hawaii | 3R01MD018265-03S2 | Longitudinal Study of Early NAFLD Progression and the Gut Microbiome in Asian Americans, Native Hawaiians and Whites | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 269 | HI | University of Hawaii | 5R25DK078386-18 | Pacific High Schools STEP-UP to One Health | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 270 | HI | University of Hawaii | T34GM141986-04 | MARC at University of Hawaii at Manoa | *See* FOR ALL GRANTS |

19

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 271 | HI | University of Hawaii | 4R00GM151640-02 | The Role of Multicultural Identity Integration on Well-Being and Biomedical Science Pathway Persistence (MOSAIC) | *See* FOR ALL GRANTS |
| 272 | HI | University of Hawaii | K99GM145410-02 | Epigenetic Regulation of the Hypoxic Response in the Mouse Heart (MOSAIC) | *See* FOR ALL GRANTS |
| 273 | HI | University of Hawaii | 1K99MD019294-01 | Identifying unique biological factors as potential targets to mitigate colorectal cancer health disparities in Native Hawaiians | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 274 | MA | University of Massachusetts | 5R33HD107988-04 | Optimizing an mHealth intervention to improve uptake and adherence of the HIV pre-exposure prophylaxis (PrEP) in vulnerable adolescents and emerging adults | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 275 | MA | University of Massachusetts | 5R03MH130275-02 | Applying Deep Learning for Predicting Retention in PrEP Care and Effective PrEP Use among Key Populations at Risk for HIV in Thailand | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 276 | MA | University of Massachusetts | 3R01MH134176-02S1 | Effect of Medicaid Accountable Care Organizations on Behavioral Health Care Quality and Outcomes for Children | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 277 | MA | University of Massachusetts | 5R34MH124081-03 | ADAPTING EFFECTIVE MHEALTH INTERVENTIONS TO IMPROVE UPTAKE AND ADHERENCE OF THE HIV PRE-EXPOSURE PROPHYLAXIS (PREP) IN THAI YOUNG MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 278 | MA | University of Massachusetts | U01MD018310 | Faithful Response II: COVID-19 Rapid Test-to-Treat with African American Churches | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 279 | MA | University of Massachusetts | 3R01AG075734-03S1 (orig. 02S1) | Training the Long-Term Services and Supports Dementia Care Workforce in Provision of Care to Sexual and Gender Minority Residents | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 280 | MA | University of Massachusetts | R25GM121220-08 | Pathway to graduate study post-baccalaureate training program | *See* FOR ALL GRANTS |
| 281 | MA | University of Massachusetts | R01MD019235 | Improving COVID-19 Vaccine Uptake Among Racial and Ethnic Minority Groups with Rheumatic Diseases | *See* FOR ALL GRANTS |
| 282 | MA | University of Massachusetts | 4R00GM146026-03 | Regulated Proteolysis in Bacteria Development and Stress Response | *See* FOR ALL GRANTS |
| 283 | MA | University of Massachusetts | 2K12GM133314-06 | IRACDA at Tufts University | *See* FOR ALL GRANTS |
| 284 | MA | University of Massachusetts | AGO77672-04S1 | Deciphering the Molecular Features Underlying LRP1-Mediated Tau Spread (Diversity Supplement) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 285 | MA | University of Massachusetts | R01AI179080 | Bacterial and Molecular Determinants of Mycobacterial Impermeability | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 286 | MA | University of Massachusetts | T32GM135751 | IMSD at the University of Massachusetts Chan Medical School | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 287 | MA | University of Massachusetts | 3R01MH122728-05S1 | Improving the Part C Early Intervention Service Delivery System for Children with ASD: A Randomized Clinical Trial (Diversity Supplement) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 288 | MA | University of Massachusetts | 3R01MH127577-04S1 | ASHA Bangladesh--An Integrated Intervention to Address Depression in Low Income Rural Women | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 289 | MA | University of Massachusetts | 5F31MD017471-02 | Outlining Shadows of Structural Racism Using Publicly Available Social Determinants of Health Data | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 290 | MD | University of Maryland College Park | 5R01HL165686-03 | Synergistic epidemics of non-communicable diseases, stigma, and economic inequalities among sexual and gender minorities living with HIV in Nigeria | *See* FOR ALL GRANTS |
| 291 | MD | University of Maryland College Park | 5R01HG012697-03 | A novel approach for equitable characterization of gender and its use in exposing subgroup discrepancies in polygenic score associations | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 292 | MD | University of Maryland College Park | 5F32AA030194-03 | Sexual orientation, gender identity, and alcohol use: A multi-method analysis of developmental differences and key mechanisms | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 293 | MD | University of Maryland College Park | 1OT2OD035669-01 | Asian Community-Led Health Equity Structural Intervention (Asian CHESI) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 294 | MD | University of Maryland College Park | 5R01AA029989-04 | Long-term and daily associations among intersectional minority stress, structural oppression, and alcohol use and misuse among sexual minority adolescents of color | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 295 | MD | University of Maryland College Park | 5R01HD114134-02 | Equitable Measurement of Care Disparities and Needs in Intersex Youth/Youth with Variations in Sex Development | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 296 | MD | University of Maryland College Park | 1R01MH138335-01 | Bisexual Adolescents' and Young Adults' Risk for Depression and Suicidal Ideation: Developmental Trajectories, Risk and Protective Factors, and Underlying Mechanisms | *See* FOR ALL GRANTS |
| 297 | MD | University of Maryland College Park | 1R56AG079510-01A1 | Asian Americans & Racism: Individual and Structural Experiences (ARISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 298 | MD | University of Maryland College Park | 1R21HD110617-01A1 | Development and Initial Trial of Two Brief Interventions to Support Parents in Affirming Their Children's Experiences of Sexuality and Gender View Text | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 299 | MD | University of Maryland College Park | 5T34GM149472-02 | MARC (Maximizing Access to Research Careers) at University of Maryland, College Park | *See* FOR ALL GRANTS |
| 300 | MD | University of Maryland College Park | 3U01DA055316-04S2 (coop agreement) | 16/24 The Healthy Brain and Child Development National Consortium - Year 1-Heal Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 301 | MD | University of Maryland College Park | 5R01ES034303-03 | Research Employing Environmental Systems and Occupational Health Policy Analyses to Interrupt the Impact of Structural Racism on Agricultural Workers and Their Respiratory Health (RESPIRAR) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 302 | MD | University of Maryland College Park | 3R01HD105676-03S1 | Diversity Supplement (only) for Prevention of Attachment Insecurity, Physiological Dysregulation, and Child Behavior Problems | *See* FOR ALL GRANTS |
| 303 | MD | University of Maryland Baltimore County | U54CA272205 | University of Maryland Faculty Institutional Recruitment for Sustainable Transformation (FIRST) Program | *See* FOR ALL GRANTS |
| 304 | MD | University of Maryland Baltimore County | T34GM136497 | Undergraduate Research Training Initiative for Student Enhancement (U-RISE) | *See* FOR ALL GRANTS |
| 305 | MD | University of Maryland Baltimore County | R01GM154212 | Research With Activities Related to Diversity (ReWARD) | *See* FOR ALL GRANTS |
| 306 | MD | University of Maryland Baltimore County | T32GM144876 | Graduate Research Training Initiative for Student Enhancement (G-RISE) | *See* FOR ALL GRANTS |
| 307 | MD | University of Maryland Baltimore County | R25DA051338 | EDUCATE (Educating Diverse Undergraduates for Careers in Addiction/Substance Abuse Research via Training Experiences) Scholars Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 308 | MD | University of Maryland Baltimore | 3R01MD019029-02S1 | Assessing intersectional, multilevel and multidimensional structural racism for English- and Spanish-speaking populations in the US (Diversity Supplement) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |

22

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 309 | MD | University of Maryland, Baltimore | 5R01DE032225-02 | The Role of Testosterone on Mediating Sex and Gender Influences on Chronic Orofacial Pain Conditions | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 310 | MD | University of Maryland, Baltimore | 5R01HL165686-03 | Synergistic epidemics of non-communicable diseases, stigma, depression, and material insecurities among sexual and gender minorities living with HIV in Nigeria | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 311 | MD | University of Maryland, Baltimore | 5UG1HD113162-02 | Resilient HIV Implementation Science with Sexual and Gender Minority Youths using Evidence (RISE) Clinical Research Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 312 | MD | University of Maryland, Baltimore | 5R01MH134721-02 | A randomized clinical trial of client-centered care coordination to improve pre-exposure prophylaxis use for Black men who have sex with men | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 313 | MD | University of Maryland, Baltimore | 5D43TW012274-03 | Integrated Networks of Scholars in Global Health Research Training (INSIGHT) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 314 | MD | University of Maryland, Baltimore | 3D43TW012274-03S1 | INSIGHT Supplement June 2024 | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 315 | MD | University of Maryland, Baltimore | 3D43TW012274-03S3 | Supplement_INSIGHT_Orientation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 316 | MD | University of Maryland, Baltimore | 3D43TW012274-03S2 | INSIGHT Supplement (ODP) July 2024 | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 317 | MD | University of Maryland, Baltimore | 5R01MD019029-02 | Assessing intersectional, multilevel and multidimensional structural racism for English- and Spanish-speaking populations in the US | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 318 | MD | University of Maryland, Baltimore | 5T32GM144951-04 | UMB Initiative for Maximizing Student Development (IMSD) | *See* FOR ALL GRANTS |
| 319 | MD | University of Maryland, Baltimore | 5R25GM113262-10 | UMB Postbaccalaureate Research Education Program | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 320 | MD | University of Maryland, Baltimore | 1UC2CA293782-01 | ComPASS Health Equity Research Hub at UMB | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 321 | MD | University of Maryland, Baltimore | 5U54CA272205-03 | University of Maryland FIRST Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 322 | MD | University of Maryland, Baltimore | 3R01AI167947-03S1 | Diversity Supplement: Pertussis inflammation is mediated by a balance between peptidoglycan recognition proteins-1 and -4 | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 323 | MD | University of Maryland, Baltimore | 5R01MH052716-28S1 | Neuroinflammation, Epigenetics and Male Vulnerability – Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 324 | MD | University of Maryland, Baltimore | 3R01DA054220-04S1 | SOAR: Smartphones for Opioid Addiction Recovery - Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 325 | MD | University of Maryland, Baltimore | 3R01HL157533-03S2 | Development of Clinical Prediction Models for Pulmonary Outcomes in Sarcoidosis - Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 326 | MD | University of Maryland, Baltimore | 3R01MH107615-09S1 | Therapeutic Efficacy of Ketamine Metabolites for Depression Treatment - Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 327 | MD | University of Maryland, Baltimore | 3R01NS131223-02S1 | The role of NPRL2 loss in focal cortical dysplasia - Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 328 | MD | University of Maryland, Baltimore | 3R01NS131223-02S2 | The role of NPRL2 loss in focal cortical dysplasia - Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 329 | MN | Regents of the University of Minnesota | 1K01MH132899-01A1 | Using Data Science to Quantify the Impact of Misinformation, Mistrust, and Other Key Psychosocial Factors on Vaccine Hesitancy Among Vulnerable People Experiencing Psychopathology | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 330 | MN | Regents of the University of Minnesota | 2(GG019236-01), 1R01DA058028; subaward 2(GG019236-01) | Estimating the impact of the school-to-prison pipeline on adolescent health: racialized, spatial disparities in policing, school discipline, substance use, and mental illness | *See* FOR ALL GRANTS |
| 331 | MN | Regents of the University of Minnesota | 1R01HD107753-01 UMN Sub: X2107400UMN | Maternal COVID-19 Vaccination and Lactation Outcomes | *See* FOR ALL GRANTS |
| 332 | MN | Regents of the University of Minnesota | U019AG078558-03/ U019AG078558-03S1 MN subaward number: S-DPA2425-JC25 | Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study AD/ADRD Project | *See* FOR ALL GRANTS |
| 333 | MN | Regents of the University of Minnesota | 5R01CA265945-03 | Testing Effective Methods to Recruit Sexual and Gender Minority Cancer Patients for Cancer Studies | *See* FOR ALL GRANTS |
| 334 | MN | Regents of the University of Minnesota | 5R01CA253244, Supplement 3R01CA253244-03S1 | HPV Oropharyngeal cancer and screening in Gay and Bisexual Men | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 335 | MN | Regents of the University of Minnesota | 5R01AG060944-05 | The All-or-Nothing Marriage? Marital Functioning and Health Among Individuals in Same and Different-Gender Marriages | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 336 | MN | Regents of the University of Minnesota | R01AI174862: PH000915A amendment 3 | Cabotegravir PrEP: Actionable Robust Evidence for Translation into Practice (CABARET) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 337 | MN | Regents of the University of Minnesota | 1R01AG075734-01A1 | Training the Long-Term Services and Supports Dementia Care Workforce in Provision of Care to Sexual and Gender Minority Patients | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 338 | MN | Regents of the University of Minnesota | 5116689 amendment 4, 1R01HL149778; subaward 5116689 amendment 4 | Cardiovascular Health of Sexual and Gender Minorities in the Hispanic Community Health Study/Study of Latinos (HGM HCHS/SOL) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 339 | MN | Regents of the University of Minnesota | 5R01MD015722-04 | Adolescent Health at the Intersections of Sexual, Gender, Racial/Ethnic, Immigrant Identities and Native Language | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 340 | MN | Regents of the University of Minnesota | Subaward No. 21408 Amendment 2 (NIH UG1HD113162) | Resilient HIV Implementation Science with Sexual and Gender Minority Youths using Evidence (RISE) Clinical Research Center | *See* FOR ALL GRANTS |
| 341 | MN | Regents of the University of Minnesota | 15042sc, R56AG079510; subaward 15042sc | Asian Americans and Racism: Individual and Structural Experiences (ARISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 342 | MN | Regents of the University of Minnesota | SPC-1000012642/GR132591 amendment 07 (NIH R37CA226682) | A Randomized Controlled Trial of an HPV Vaccine Intervention for Young Sexual Minority Men | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 343 | MN | Regents of the University of Minnesota | 2006306119 (NIH R21HD114341) | Understanding the Complex Reproductive Health Needs of Formerly Incarcerated Young Men | *See* FOR ALL GRANTS |
| 344 | MN | Regents of the University of Minnesota | 5K12GM119955-07 Revised | The Minnesota Institutional Research and Academic Career Development Award (IRACDA) Program | *See* FOR ALL GRANTS |
| 345 | MN | Regents of the University of Minnesota | **SUBK00023583, 5U54CA280805; subaward SUBK00023583** | Michigan Program for Advancing Cultural Transformation (M-PACT) in Biomedical and Health Sciences | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 346 | MN | Regents of the University of Minnesota | 1K99GM157491-01 | Defining Mechanisms Governing Myc Stability and its Modulation by Aurora Kinase A | *See* FOR ALL GRANTS |
| 347 | MN | Regents of the University of Minnesota | 1R01AI173928-01A1 | Triple-enriched metagenomics for robust resistome analysis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 348 | MN | Regents of the University of Minnesota | 5F31AI162230-03 | NK Cell Cytotoxicity Against Cryptococcus neoformans in Persons with Advanced HIV and Cryptococcal Meningitis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 349 | MN | Regents of the University of Minnesota | 1F31AI181528-01A1 | Assessing the role of SP140 in enhanced resistance to Cryptococcus neoformans | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 350 | MN | Regents of the University of Minnesota | 18X107CF8, **75N91019D00024,75N 91020F00008; subaward 18X107CF8** | COVID-19 Respiratory 003 (FLU003 Plus) INSIGHT 004 Influenza Genomics Study | *See* FOR ALL GRANTS |
| 351 | MN | Regents of the University of Minnesota | 21X184F7, **75N91019D00024, 75N91020F00008; subaward 21X184F7** | Data Management Support Services for the PREVAIL COVID Liberia Observational Study (PCOS) | *See* FOR ALL GRANTS |
| 352 | MN | Regents of the University of Minnesota | 3P2CHD041023-24S1 | Minnesota Population Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 353 | NJ | Kean University | 1T34GM149448-01A1 | Kean University U-RISE Trainee Pathway (KUTP) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 354 | NJ | New Jersey Institute of Technology (NJIT) | 5T34GM145521-02 | U-RISE at the New Jersey Institute of Technology | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 355 | NJ | Rowan University | 5T34GM136492-04 | U-Rise at Rowan University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 356 | NJ | Rutgers University | 1R01AG089099-01 | Social Networks and Cognitive Health among Black and Latino sexual minority men in NJ | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 357 | NJ | Rutgers University, subaward to University of California, Los Angeles | 5R01HL160326-05 | Stigma and the non-communicable disease syndemic in aging HIV positive and HIV negative MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 358 | NJ | Rutgers University | 5R01MD018679-02 | Understanding the Role of Structural Oppression for Suicide Risk among Black Sexual and Gender Minority Adolescents and Young Adults | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 359 | NJ | Rutgers University | 5R01AI158775-04 | Development of Dual Inhibitors Targeting the Viral Main Protease and the Host Cathepsin L as SARS-CoV-2 Antivirals | *See* FOR ALL GRANTS |
| 360 | NJ | Rutgers University | 5K22CA258675-03 | Addressing HPV vaccination disparities through tailored messaging for hesitant families | *See* FOR ALL GRANTS |
| 361 | NJ | Rutgers University | 5T32GM139804-05 | Initiative for Maximizing Student Development | *See* FOR ALL GRANTS |
| 362 | NJ | The College of New Jersey (TCNJ) | 1T34GM154615-01 | New Jersey Biomed-Bridge (NJBB) Scholars Program: Supporting Central NJ Community College Students in their Transition to Biomedical Research Pathways at The College of New Jersey | *See* FOR ALL GRANTS |
| 363 | NJ | Rutgers University | 1R01GM151687-01 | Investigation of Professional Coaching as an Intervention to Support the Success of URG Biomedical Ph.D. Students | *See* FOR ALL GRANTS |
| 364 | NJ | Rutgers University | 1T32GM140951-01 | Graduate Research Training Initiative for Student Enhancement (G-RISE) at Rutgers University-Newark | *See* FOR ALL GRANTS |
| 365 | NJ | Rutgers University | 1R25DA061485-01 | Training in Research Undergraduate Experience through the Rutgers Addiction Research Center: The TRUE RARC Scholar Program | *See* FOR ALL GRANTS |
| 366 | NJ | Rutgers University | 3R01MH123544-05S1 | Sex Differences in CRH Signaling in the ovBNST Underlie Effects of Chronic Stressors | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 367 | NJ | Rutgers University | 3R01DK059418-25S1 | Polycystins, Cilia, and Extracellular Vesicles in C. elegans | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 368 | NJ | Rutgers University | 3R01DK131214-03S1 | Racial Differences in MT1/MT2 Receptor Expression in Human Kidneys | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 369 | NJ | Rutgers University | 3R01CA190558-07S1 (Diversity Supplement for Main Project 5R01CA190558-07) | Mechanisms of Serrated Colon Tumor Suppression | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 370 | NM | New Mexico State University | 1T34GM153567-01 | Undergraduate Research Training Initiative for Student Enhancement (U-RISE) at NMSU | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 371 | NM | New Mexico State University | 1T34GM147348-01A1 | Bridge to the Baccalaureate Research Training Program at NMSU | *See* FOR ALL GRANTS |
| 372 | NM | New Mexico State University | 1T32GM148394-01 | Graduate Research Training Initiative for Student Enhancement (G-RISE) at NMSU | *See* FOR ALL GRANTS |
| 373 | NM | Univeristy of New Mexico Main Campus | 5T34GM145428-03 | U-Rise at the University of New Mexico | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 374 | NM | University of New Mexico Main Campus | 5R25GM075149-18 | University of New Mexico (UNM) Postbaccalaureate Research Education Program (PREP) | *See* FOR ALL GRANTS |
| 375 | NM | University of New Mexico Main Campus | 5RU54CA272167-03 | NIH Faculty Institutional Recruitment for Sustainable Transformation (FIRST) Initiative | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 376 | NM | Yale University (UNM as sub-grantee) | 5R01AA029088-03 | A unified protocol to address sexual minority women's minority stress, mental health and hazardous drinking | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 377 | NM | University of New Mexico Health Sciences | 5T32GM144834-03 | Initiative to Maximize Student Diversity at the University of New Mexico Health Sciences Center 2021 | *See* FOR ALL GRANTS |
| 378 | NM | University of New Mexico Health Sciences | 1T32GM152941-01 | University of New Mexico Leading Equity and Diversity in the Medical Scientist Training Program (UNM LEAD MSTP) | *See* FOR ALL GRANTS |
| 379 | NM | University of New Mexico Health Sciences | 5K12GM088021-15 | Academic Science Education and Research Training | *See* FOR ALL GRANTS |
| 380 | NM | University of New Mexico Health Sciences | 1F31GM156072-01 | The Molecular Mechanism of Genetic Disorders Due to XPD Mutations | *See* FOR ALL GRANTS |
| 381 | NM | University of New Mexico Health Sciences | 5F31AI179064-02 | Investigation of Novel Chlamydia Vaccines in Male Infection Models | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 382 | NM | University of New Mexico Health Sciences | 1F31AA031916-01 | The Impact of Third Trimester Alcohol Exposure on Memories Encoded by Sharp-wave Ripples | *See* FOR ALL GRANTS |
| 383 | NM | University of New Mexico Health Sciences | 1F31AA031920-01 | Therapeutic Targeting of Adult Hippocampal Neurogenesis in a Mouse Model of FASD | *See* FOR ALL GRANTS |
| 384 | NM | University of New Mexico Health Sciences | 1F31HL170503-01A1 | The Role of Mitochondrial Acid-sensing Ion Channel 1 in Pulmonary Hypertension | *See* FOR ALL GRANTS |
| 385 | NM | University of New Mexico Health Sciences | 5F31DK136330-02 | Role of GPER in Obesity and Lipid Metabolism | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 386 | NM | University of Colorado Anschutz Medical Campus (UNM as sub-grantee) | FY25.950.004_AMD1 / 5U01DK137272-02 | NAVIGATE Kidney: A Multi-level Intervention to Reduce Kidney Health Disparities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 387 | NM | Columbia University>George Washington University (UNM as sub-grantee), two subawards also to University of California, San Diego | S-DPA2425-JC19 / 5U19AG078558-03 | DPPOS-4 Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study | *See* FOR ALL GRANTS |
| 388 | NM | Columbia University>George Washington University (UNM as sub-grantee) | S-DPA2425-JC26 / 5U19AG078558-03 | DPPOS-4 Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study | *See* FOR ALL GRANTS |
| 389 | NM | Pacific Institute for Research & Evaluation (UNM as sub-grantee, and also University of California, San Diego as subgrantee) | 1135 Mod3 / R01NR021019 | Enhancing Structural Competency in SBHC to Address LGBTQ Adolescent | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 390 | NM | Drexel University (UNM as sub-grantee) | 900432-UNM / 5U24NR021014-02 | Advancing Health Equity through Innovative Community Capacity Building, Data Science & Delivering Community-centered Structural Interventions & Outcomes: Drexel's ComPASS Coordinating Center (C#) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 391 | NV | University of Nevada, Las Vegas | 5K01AG056669-05 | The Epidemiology of Alzheimer's Disease and Related Dementias in Sexual and Gender Minority Older Adults: Identifying Risk and Protective Factors | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 392 | NV | University of Nevada, Las Vegas | 5R01AG083177-02 | Enhancing Measurement and Characterization of Roles and Experiences of Sexual and Gender Minority Caregivers of Persons Living with Alzheimer's Disease and Related Dementias | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 393 | NV | University of Nevada, Las Vegas | R01AI109139 | Using Bile Salt Metabolism to Modulate CDI Prophylaxis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 394 | NV | University of Nevada, Reno | 1t34gm145539-01MARC | Maximizing Access to Research Careers (MARC) | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 395 | NY | HUNTER COLLEGE | 42135-00 04, 5SC3GM136580-04 | Trajectories of Adaptation to Traumatic Stress in a Vulnerable Population | *See* FOR ALL GRANTS |
| 396 | NY | COLUMBIA UNIVERSITY SUBAWARD TO CUNY SCHOOL OF PUBLIC HEALTH & HEALTH POLICY | 7F515-00 04, GG017227 | Center to Improve Chronic Disease Outcomes through Multi-level and Multigenerational Approaches Unifying Novel Interventions and Training for Health Equity (The COMMUNITY Center) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 397 | NY | CUNY SCHOOL OF PUBLIC HEALTH & HEALTH POLICY | 42189-00 01, 1RF1MH132360-01 | Brief Digital Intervention to Increase COVID-19 Vaccination among Individuals with Anxiety or Depression | *See* FOR ALL GRANTS |
| 398 | NY | COLUMBIA UNIVERSITY SUBAWARD TO LEHMAN COLLEGE | 7K001-00 01, 1R01MD017273-01A1 | Mental Health of Latino Adolescent Who Migrate without a Parent: Understanding Risk and Identifying Resilience and Coping Strategies | *See* FOR ALL GRANTS |
| 399 | NY | HUNTER COLLEGE | 42239-00 01, 1K23 MH137389-01 | Alive: Development and Feasibility of a Psychosocial Intervention for Sexual and Gender Minority Autistic Adults | *See* FOR ALL GRANTS |
| 400 | NY | CUNY SCHOOL OF PUBLIC HEALTH & HEALTH POLICY | 42246-00 01, 1R21 DA062591-01 | Optimizing Long-Acting Injectable PrEP Strategies for Sexual Minority Men who Use Methamphetamine | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 401 | NY | HUNTER COLLEGE | 42218-00 02, 5R36DA058819-02 | Identifying Transdiagnostic Intervention Targets for PTSD-SUD Comorbidity in a Vulnerable Population: A Mixed-Method Study | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 402 | NY | BROOKLYN COLLEGE | 42200-00 02, T34 GM149480-02 | U-RISE at Brooklyn College | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 403 | NY | QUEENS COLLEGE | 42201-00 02, T34 GM149475-02 | U-RISE at Queens College, CUNY | *See* FOR ALL GRANTS |
| 404 | NY | LEHMAN COLLEGE | 42433-00 02 | U-RISE at Lehman College | *See* FOR ALL GRANTS |
| 405 | NY | MEDGAR EVERS COLLEGE | 42445-00 01, T34 GM153558-01 | Medgar Evers College Undergraduate Research Training Initiative for Student Enhancement (U-RISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 406 | NY | The CITY COLLEGE of NEW YORK | 42435-00 02, T34 GM149459-02 | U-Rise at City College of New York | *See* FOR ALL GRANTS |
| 407 | NY | ALBERT EINSTEIN COLLEGE OF MEDICINE SUBWARAD TO HOSTOS C. C. | 71505-00 11 | Bronx Einstein Training in Teaching and Research (BETTR), an IRACDA Program | *See* FOR ALL GRANTS |
| 408 | NY | HUNTER COLLEGE | 42250-00 01, GM156689-01 | IMSD at Hunter College, CUNY | *See* FOR ALL GRANTS |
| 409 | NY | LAGUARDIA C. C. | 42133-00 05, GM137858 | Bridges to the Baccalaureate Research Training Program at LaGuardia Community College | *See* FOR ALL GRANTS |
| 410 | NY | MEDGAR EVERS COLLEGE | 41393-00 22, GM062003-22 | Medgar Evers College - Kingsborough Community College Bridges to the Baccalaureate Program | *See* FOR ALL GRANTS |
| 411 | NY | ALBERT EINSTEIN COLLEGE OF MEDICINE SUBWARAD TO LEHMAN COLLEGE | 71541-00 12 | Bronx Einstein Training in Teaching and Research (BETTR), an IRACDA Program | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 412 | NY | HUNTER COLLEGE | Award Account Not Established | MARC Program at Hunter College, CUNY | *See* FOR ALL GRANTS |
| 413 | NY | QUEENSBOROUGH C. C. | Award Account Not Established | Bridges to Baccalaureate Program at Queensborough Community College | *See* FOR ALL GRANTS |
| 414 | NY | The CITY COLLEGE of NEW YORK | Award Account Not Established | Bridges to the Baccalaureate Research Training Program (T34) for Racial/Ethnic Minorities at the Borough of Manhattan Community College (BMCC) and the City College of New York (CCNY) | *See* FOR ALL GRANTS |
| 415 | NY | SUNY BUFFALO | 1P50MD019473-01 | Igniting Hope in Buffalo New York Communities: traning the Next Generation of Health Equity Researchers | *See* FOR ALL GRANTS |
| 416 | NY | SUNY BUFFALO | 5K01MH13027003 | Intersectional minority stress, mental health, and HIV treatment and care among MSM living with HIV in Ghana | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 417 | NY | SUNY UPSTATE | 1F31GM151860-01A1 | Investigating the mechanism of Ess1-mediated regulation of the CTD of RNAP II phase separation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 418 | NY | SUNY BUFFALO | 1R01GM15410101 | Characterizing the role of Elevated dNTP pools in sensitizing the replisome | *See* FOR ALL GRANTS |
| 419 | NY | SUNY BUFFALO | 5T32GM14492003 | Initiative for Maximizing Student Development at University at Buffalo | *See* FOR ALL GRANTS |
| 420 | NY | SUNY ALBANY | 5T34GM14539102 | MARC at UAlbany, YR 2 | *See* FOR ALL GRANTS |
| 421 | NY | STONY BROOK | 5R25GM05007022 | BioPREP: Biology Partnership in Research and Education Program | *See* FOR ALL GRANTS |
| 422 | NY | STONY BROOK | 5T32GM13574605 | IMSD at Stony Brook University: Maximizing Excellence in Research for Graduate Education Year 5 | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 423 | NY | STONY BROOK | 5K12GM10277813 | IRACDA at Stony Brook University 24-25 | *See* FOR ALL GRANTS |
| 424 | NY | SUNY BINGHAMTON | 1F31GM148053 | Mitigating ADA Through Site-specific Conjugation Technology | *See* FOR ALL GRANTS |
| 425 | NY | SUNY BINGHAMTON | 1T34GM154616 | Bridges to the Baccalaurate Research Training Program | *See* FOR ALL GRANTS |
| 426 | NY | SUNY BINGHAMTON | R25GM056637 | SUNY UPSTATE BRIDGES TO THE BACCALAUREATE PROGRAM (SUBBP) | *See* FOR ALL GRANTS |
| 427 | NY | SUNY BUFFALO | GM144920-04 | Initiative for Maximizing Student Development (IMSD) | *See* FOR ALL GRANTS |
| 428 | NY | SUNY BUFFALO | R01GM154101-02 | Research With Activities Related to Diversity (ReWARD) | *See* FOR ALL GRANTS |
| 429 | NY | SUNY BUFFALO | 1F31DE03362701 | Fellowship for Dayron M. Leyva Rodriguez: Spirochete Neutrophil Interactions Initiate Vascular Inflammation Promoting Aortic Endothelial Dysfunction | *See* FOR ALL GRANTS |
| 430 | NY | SUNY BUFFALO | 5R01AA02881004 | Peer Victimization and Risky Alcohol Use among Sexual Minority Youth: Understanding Mechanisms and Contexts | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 431 | NY | STONY BROOK | 1F31DK13875101 | NRSA for Nina Cintron Pregosin: investigating podocyte-parietal epithelial cell communication through intercellular bridges in kidney disease | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 432 | OR | University of Oregon | AG083239 | The Role of Nuclear Factor Erythroid 2-related factor 2 in Sarcopenic Obesity [R00] | *See* FOR ALL GRANTS |
| 433 | OR | University of Oregon | 5K08MD019314 | Predicting acute and dynamic suicide risk in rural sexual minorities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 434 | OR | University of Oregon | R25 GM152322 | Biomedical Research and Research Training | *See* FOR ALL GRANTS |
| 435 | OR | University of Oregon | F31GM151850 | Fibroblast-lineage cell state transitions during zebrafish fin regeneration | *See* FOR ALL GRANTS |
| 436 | OR | Center for Innovative Public Health Research/University of Oregon | 5R01NR020846 | TranscendentHealth - Adapting an LGB+ inclusive teen pregnancy prevention program for transgender boys | *See* FOR ALL GRANTS |
| 437 | OR | University of Oregon | F31GM151758 | The Development of Novel Anion Receptors for Reactive Sulfur, Oxygen, and Nitrogen Species | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 438 | OR | University of Oregon | R01NS123115-02S1 | Computational roles of inhibition in human action control [Diversity Supplement for Hayami Nishio] | *See* FOR ALL GRANTS |
| 439 | OR | University of Oregon | 3R01AR078375-04S1 | Engineering the Immune and Fibrotic Response in Volumetric Muscle Loss [NIH Diversity Admin Supplement] | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 440 | OR | Portland State University | 5T34GM141989 | U-RISE at Portland State University | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 441 | OR | Portland State University | 5T34GM147664 | Bridges to Baccalaureate Training Program at Portland State University | *See* FOR ALL GRANTS |
| 442 | OR | Oregon Health & Science University (subgrantee Portland State University) | R25LM014207 | Attracting Talented and Diverse Students to Biomedical Informatics and Data Science Careers Through Short-Term Study at OHSU | *See* FOR ALL GRANTS |
| 443 | OR | Florida State University (Oregon Health and Science University as sub-grantee) | 1UM2HD111102-01 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS |
| 444 | OR | Universtiy of California, San Francisco (Oregon Health and Science University as sub-grantee) | 5U01MD019398-03 | Increasing financial and health equity among low income black youth and young adults | *See* FOR ALL GRANTS |
| 445 | OR | Portland State University (Oregon Health and Science University as sub-grantee) | 5T34GM141989-04 | U-RISE at Portland State University | *See* FOR ALL GRANTS |
| 446 | OR | Oregon Health and Science University | 1K12GM150451-01 | IRACDA (Institutional Research and Academic Career Development Award) at OHSU | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 447 | OR | Oregon Health and Science University | 5R25GM134978-04 | OHSU PREP - Guiding Promising Underrepresented Post-Baccalaureates to be Successful Biomedical Scholars | *See* FOR ALL GRANTS |
| 448 | OR | Oregon Health and Science University | 3U01DA055363-04S1 | 12/24 Healthy Brain and Child Development National Consortium | *See* FOR ALL GRANTS |
| 449 | OR | Oregon Health and Science University | 3R01CA247943-04S1 | Mechanisms of differentiation blockade in CSF3R-mutant AML | *See* FOR ALL GRANTS |
| 450 | RI | University of Rhode Island | 1R01 DA058994-01A1 | Network-based study design, statistical, and modeling solutions for HIV among populations that use illicit substances: Informing interventions and policy in real-world settings using existing data | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 451 | RI | University of Rhode Island | 5R25EB034489-02 | ESTEEMED Scholars Program | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 452 | WA | University of Washington | 5UG4LM013725-04 | NNLM [Network of the National Library of Medicine] Region 5: Reaching More People in More Ways | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 453 | WA | University of Washington | 5R01MD017573-03 | Sexual Assault Recovery Among Sexual Minority Women: A Longitudinal, Multi-Level Study | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 454 | WA | University of Washington | 1F31AI181431-01A1 | Prevention of Chlamydia trachomatis infections: Evaluation of vaccination and post-exposure prophylactic antibiotic use as population-level strategies | *See* FOR ALL GRANTS |
| 455 | WA | University of Washington (also subaward to University of California, San Diego) | 5R01LM013301-05 | UnBIASED: Understanding Biased patient-provider Interaction And Supporting Enhanced Discourse | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 456 | WA | University of Washington | 1G13LM014426-01 | Securing Health Equity: Philosophical Foundations for Equality and Social Justice in Public Health and Health Care | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 457 | WA | University of Washington | 1R01 TW012904-01 | Kabawil: Adapting an Intervention to Reduce Intersectional Stigmas among Indigenous Sexual Minority Men and Traditional Healers in Mesoamerica | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 458 | WA | University of Washington | K99GM141364-02 | Investigating Novel Methods to Combat Urinary Tract Infections | *See* FOR ALL GRANTS |
| 459 | WA | University of Washington | K99AG086530 | Alzheimer's Disease and Related Dementia Neuropathologies and Exposures to Traffic Pollution Mixtures | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 460 | WA | Seattle Children's Hospital | 3R01AR075813-04S1 | Impact of Loss-of-function NADPH Oxidase Variants on B-Cell Activation in SLE | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 461 | WA | University of Washington | F31GM155953-01 | Developing a Chemically-Controlled RAS Toolset | *See* FOR ALL GRANTS |
| 462 | WA | University of Washington | 1R01AI184122-01 | Role of intestinal microfold (M) cells in creating a hotspot environment for HIV reservoir persistence and reactivation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 463 | WA | University of Washington | 5R25GM086304-14 | UW Post-Baccalaureate Research Education Program (PREP) | *See* FOR ALL GRANTS |
| 464 | WA | University of Washington | 3R01AI148300-04S1 | The olfactory basis of locating nectar sugar sources in Aedes aegypti mosquitoes | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 465 | WA | University of Washington | 3R01AR074417-04S2 | Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 466 | WA | University of Washington | 3R01CA259384-04S1 | Understanding the role of TP53 mutation in genetic susceptibility to ovarian cancer | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 467 | WA | University of Washington | 3R01HD101578-04S1 | Sleep, Brain Development, and Behavioral Correlates in a Longitudinal Cohort of Children at Risk for ASD | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 468 | WA | University of Washington | 5R01AI179838-02 | (WHO-recommended Periodic Presumptive Treatment versus Doxycycline Post-Exposure Prophylaxis for STI Control among Cisgender Men Who Have Sex with Men in Kenya | *See* FOR ALL GRANTS |
| 469 | WA | University of Washington | 5U01MH125054-05 | 1/3 Genomics of Schizophrenia in the South African Xhosa | *See* FOR ALL GRANTS |
| 470 | WA | University of Washington | 5P30DK017047-49 | Diabetes Research Center | *See* FOR ALL GRANTS |
| 471 | WA | University of Washington | 5R35GM151956-02 | DEER spectroscopy tools for probing protein conformational dynamics | *See* FOR ALL GRANTS |
| 472 | WA | University of Washington | 5P50MH129708-03 | Suicide Care Research Center | *See* FOR ALL GRANTS |
| 473 | WA | University of Washington | 5R01DA056232-04 | Applying Critical Race Theory to investigate the impact of COVID-19-related policy changes on racial/ethnic disparities in medication treatment for opioid use disorder | *See* FOR ALL GRANTS |
| 474 | WA | University of Washington | 5R01HG013021-03 | Applying Population Management Best Practices to Preventive Genomic Medicine | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 475 | WA | University of Washington | 5R00AA030052-04 | Machine learning methods for identifying person-level mechanisms of alcohol use among sexual and gender minority intersections | *See* FOR ALL GRANTS |
| 476 | WA | University of Washington | 5R01CA272482-03 | Targeting epigenetic abnormalities to inhibit cutaneous squamous cell carcinoma | *See* FOR ALL GRANTS |
| 477 | WA | University of Washington | 5P30AI168034-04 | Seattle Tuberculosis Research Advancement Center | *See* FOR ALL GRANTS |
| 478 | WA | University of Washington | 5R01AI148300-05 | The olfactory basis of locating nectar sugar sources in Aedes aegypti mosquitoes | *See* FOR ALL GRANTS |
| 479 | WA | University of Washington | 5KL2TR002317-09 | Institutional Career Development Core | *See* FOR ALL GRANTS |
| 480 | WA | University of Washington | 5UL1TR002319-09 | Institute of Translational Health Sciences | *See* FOR ALL GRANTS |
| 481 | WA | University of Washington | 5R01NR021020-02 | The impact of stress and caregiver sensitivity on infant cellular aging in a population of under-resourced families: A randomized controlled trial. | *See* FOR ALL GRANTS |
| 482 | WA | University of Washington | 5R21HD114901-02 | Evaluating the effects of an intervention against child marriage: Six year follow-up | *See* FOR ALL GRANTS |
| 483 | WA | University of Washington | 5K08AA028546-06 | Leveraging Social Networks to Promote Sexual Assault Recovery and Reduce Drinking to Cope through a Web-Based Intervention | *See* FOR ALL GRANTS |
| 484 | WA | University of Washington | 5R01DK135716-03 | Targeting Podocyte-Endothelial Cell Crosstalk as a FSGS Therapy | *See* FOR ALL GRANTS |
| 485 | WA | University of Washington | 5U01NS131810-03 | Integrative circuit dissection in the behaving nonhuman primate | *See* FOR ALL GRANTS |
| 486 | WA | University of Washington | 5R01AA030541-03 | Project THRIVE: Testing an app-based early intervention to reduce alcohol use and PTSD after sexual assault | *See* FOR ALL GRANTS |
| 487 | WA | University of Washington | 5UH3NS121565-03 | Motor Recovery through Plasticity-Inducing Cortical Stimulation | *See* FOR ALL GRANTS |
| 488 | WA | University of Washington | 5R35GM145225-04 | Conformational Energetics and Heterogeneity to Reveal Gating Mechanisms of TRPV and TRPM Ion Channels | *See* FOR ALL GRANTS |
| 489 | WA | University of Washington | 5U01HG011697-05 | Polygenic Risk Score Methods Development Consortium Coordinating Center | *See* FOR ALL GRANTS |
| 490 | WA | University of Washington | 5U24HG011746-05 | University of Washington (UW) Mendelian Genomics Data Coordinating Center | *See* FOR ALL GRANTS |
| 491 | WA | University of Washington | 5R01HD101578-05 | Sleep, Brain Development, and Behavioral Correlates in a Longitudinal Cohort of Children at Risk for ASD | *See* FOR ALL GRANTS |
| 492 | WA | University of Washington | 5R33AI149665-05 | NextGen Long-acting and targeted combination ART for Children with HIV | *See* FOR ALL GRANTS |
| 493 | WA | University of Washington | 5P41EB023912-07 | Center for Reproducible Systems for Biomedical Modeling | *See* FOR ALL GRANTS |
| 494 | WA | University of Washington | 5R01HL128368-08 | Engineered Stem Cells for Cardiac Repair | *See* FOR ALL GRANTS |
| 495 | WA | University of Washington | 5R01AA026302-09 | Molecular mechanisms of post-transplant recurrent alcoholic liver disease | *See* FOR ALL GRANTS |
| 496 | WA | University of Washington | 5R21HG013504-02 | High-throughput biochemistry with RNA-barcoded proteins | *See* FOR ALL GRANTS |
| 497 | WA | University of Washington | 5R01DK138948-02 | Computational 3D pathology for Barrett's esophagus risk stratification | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 498 | WA | University of Washington | 5R01AA030750-03 | Targeting Drinking Identity as a Mechanism for Preventing and Reducing Hazardous Drinking During Adolescent and Young Adult Developmental Transitions | *See* FOR ALL GRANTS |
| 499 | WA | University of Washington | 5R35GM149542-03 | Structure and function of metabolic enzyme assemblies | *See* FOR ALL GRANTS |
| 500 | WA | University of Washington | 5R01GM144446-04 | Drug, Nucleotide, and Lipid Interactions with P-glycoprotein | *See* FOR ALL GRANTS |
| 501 | WA | University of Washington | 5R01HL156808-04 | Unplanned ICU Admissions: Understanding Mechanisms and Identifying Associations with Patient- and Family-Centered Outcomes | *See* FOR ALL GRANTS |
| 502 | WA | University of Washington | 5R01HL158667-04 | Mechanistic Relationships Between Fibrosis, Fibrillation, and Stroke: Multi-Scale, Multi-Physics Simulations | *See* FOR ALL GRANTS |
| 503 | WA | University of Washington | 5R01HL153136-05 | Does the provision of postnatal parenting support in primary care improve cardiometabolic health in early childhood among at-risk-families? | *See* FOR ALL GRANTS |
| 504 | WA | University of Washington | 5R01DK123104-05 | Home Blood Pressure in Hemodialysis (HOME-BP) | *See* FOR ALL GRANTS |
| 505 | WA | University of Washington | 5R24GM141156-05 | Seattle Quant: A Resource for the Skyline Software Ecosystem | *See* FOR ALL GRANTS |
| 506 | WA | University of Washington | 5R01EY031312-05 | Learning to see again: biological constraints on cortical plasticity and the implications for sight restoration technologies | *See* FOR ALL GRANTS |
| 507 | WA | University of Washington | 5K01AG071798-05 | Multimodal investigation of tau-related vasculopathy in prodromal Alzheimer's disease | *See* FOR ALL GRANTS |
| 508 | WA | University of Washington | 5R01AI161019-05 | Cumulative burden of Chlamydia trachomatis and Mycoplasma genitalium in the US: implications for screening guidelines and antimicrobial resistance | *See* FOR ALL GRANTS |
| 509 | WA | University of Washington | 5R01HL146500-06 | Next generation functional genomics of hematology traits | *See* FOR ALL GRANTS |
| 510 | WA | University of Washington | 5R01HG010632-06 | Versatile, exponentially scalable methods for single cell molecular profiling | *See* FOR ALL GRANTS |
| 511 | WA | University of Washington | 5R01AI145486-07 | V-OLA point-of-care HIV viral load monitoring and drug resistance testing | *See* FOR ALL GRANTS |
| 512 | WA | University of Washington | 5T32AG052354-09 | Neurobehavior, Neuropathology, and Risk Factors in Alzheimer's Disease | *See* FOR ALL GRANTS |
| 513 | WA | University of Washington | 5R01HL112808-13 | Structural Basis for Antiarrhythmic Drug Action | *See* FOR ALL GRANTS |
| 514 | WA | University of Washington | 5R01EY021482-15 | Stimulation of Retinal Regeneration | *See* FOR ALL GRANTS |
| 515 | WA | University of Washington | 5R25MH084565-14 | The ITZA Program: Indigenous HIV/AIDS Research Training 3 (IHART3) Program | *See* FOR ALL GRANTS |
| 516 | WA | University of Washington | 5R01EY018839-16 | The role of area V4 in the perception and recognition of visual objects | *See* FOR ALL GRANTS |
| 517 | WA | University of Washington | 5R01GM086858-17 | New Molecular Probes For Protein Kinases | *See* FOR ALL GRANTS |
| 518 | WA | University of Washington | 5P2CHD042828-24 | Demography Center | *See* FOR ALL GRANTS |
| 519 | WA | University of Washington | 5R01HG002385-24 | Long-read sequence and assembly of segmental duplications | *See* FOR ALL GRANTS |
| 520 | WA | University of Washington | 5P51OD010425-64 | Washington National Primate Research Center | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 521 | WI | UW-Madison | R01MD018571 | A multidimensional investigation of social support for transgender and nonbinary people and its impacts on health and well-being: Measurement development using community engagement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 522 | WI | UW-Madison | P01HD109850 | A longitudinal study investigating TDM and adolescent health and development: Brain, Behavior and well-Being | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 523 | WI | UW-Madison | R01AI158463 | Coronavirus RNA synthesis by multicomponent protein machines | *See* FOR ALL GRANTS |
| 524 | WI | UW-Madison | P01AI165077 | PanCorVac (Center for Pan-Coronavirus Vaccine Development) | *See* FOR ALL GRANTS |
| 525 | WI | UNC-Chapel Hill (Sub to UW-Madison) | 1U19AI171292-01 | Rapidly Emerging Antiviral Drug Development Initiative - AVIDD Center | *See* FOR ALL GRANTS |
| 526 | WI | UNC-Chapel Hill (Sub to UW-Madison) | 1U19AI171292-01 | Rapidly Emerging Antiviral Drug Development Initiative - AVIDD Center | *See* FOR ALL GRANTS |
| 527 | WI | UNC-Chapel Hill (Sub to UW-Madison) | 1U19AI171292-01 | Rapidly Emerging Antiviral Drug Development Initiative - AVIDD Center | *See* FOR ALL GRANTS |
| 528 | WI | UW-Madison | R01GM155840 | The importance of failure in science education: Interventions to promote STEM motivation through failure | *See* FOR ALL GRANTS |
| 529 | WI | UW-Madison | R25GM144251 | University of Wisconsin-Madison Postbaccalaureate Research Education Program (PREP) for increasing diversity in STEM | *See* FOR ALL GRANTS |
| 530 | WI | UW-Madison | F31DK136335 | Examining the role of defective oxidative phosphorylation in the normal and diseased prostate | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 531 | WI | UW-Madison | F31DK138794 | Linking GATA2 deficiency to innate immune signaling | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 532 | WI | UW-Madison | R36MH136790 | Characterization of Fragile X Syndrome 3D Cortical Organoids | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 533 | WI | UW-Madison | R37AR061402 | Hox-Regulated MSCs in Skeletal Development, Growth and Fracture Healing | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 534 | WI | UW-Madison | R21DK135039 | Developmental effects of intestinal microbes on metabolic and behavioral circadian rhythms | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 535 | WI | UW-Madison | R01AR082816 | Identifying the Structural Adaptations that Drive the Mechanically Induced Growth of Skeletal Muscle | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 536 | WI | Subawardee UW-Eau Claire via Prime Awardee University of Central Florida | 5R01MH134051-02 | A Strengths-Based, Intersectional Approach to Suicide Prevention Among Black Sexual and Gender Minority Youth | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 537 | WI | UW-Milwaukee | R01AA031213 | The Impact of Minority Stress on Alcohol-Related Sexual Assault among Sexual Minority College Students: An Intersectional, Mixed-Methodological Study | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 538 | WI | UW-Milwaukee | R01AA027248 | Alcohol, minority stress, and intimate partner violence: Temporal and prospective associations in sexual minority young adults | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 539 | WI | Subawardee UW-Milwaukee via Prime Awardee VA Polytechnic | R21AA031548 | Daily Impact of Sexual Minority Stress on Alcohol-Related Intimate Partner Violence among Bisexual+ Young Adults: A Couples' Daily Diary Study | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 540 | WI | UW-Milwaukee | R01MH135498 | Using digital photovoice to explore the relationships between social media content and suicidality among transgender adolescents | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 541 | WI | UW-Milwaukee | R25AG076406 | UW-Milwaukee Promoting Equity, Diversity, and Academic Success Through Aging Research Program (UWM STAR) | See FOR ALL GRANTS |
| 542 | WI | UW-Milwaukee | R25GM142031 | Learning and Discovery in Experimental Environmental Health Science: On the Path from Data to Knowledge | See FOR ALL GRANTS |
| 543 | | GRANTS ADDED 6/13/25 | | | |
| 544 | AZ | AZ Board of Regents on behalf of University of Arizona | 3R01HD110860-02S1 | Diversity Supplement: Gravida Traumatic Brain Injury (Tbi) Impacts Neurodevelopment of the Offspring | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 545 | AZ | AZ Board of Regents on behalf of University of Arizona | 3R01HD110860-02S2 | Diversity Supplement: Gravida Traumatic Brain Injury (Tbi) Impacts Neurodevelopment of the Offspring | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 546 | AZ | AZ Board of Regents on behalf of University of Arizona | R01AI165638 | Diversity Supplement: Identifying HPV-host interactions using network-based analysis of preexisting transcriptomic data | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 547 | AZ | AZ Board of Regents on behalf of University of Arizona | R25DC020920 | Fostering Underrepresented Employees' Resilience and Zeal for Academic (FUERZA) | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 548 | AZ | AZ Board of Regents on behalf of University of Arizona | R25AG076387 | ACOA MSTEM THRIVE Program for Undergraduates | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 549 | AZ | AZ Board of Regents on behalf of University of Arizona | R25AG086126 | Diversity in Research Education in Aging Medicine and Science | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 550 | AZ | AZ Board of Regents on behalf of University of Arizona | R01ES036236 | Disentangling the Role of Culture, Life Stage, and Information Design to Facilitate Equity in Data Report Back | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 551 | AZ | AZ Board of Regents on behalf of Arizona State University | 1R01DA061272-01 | Leveraging Community-Engaged Research to Co-Create Youth Vaping Prevention with Urban Indigenous Communities of the Southwest | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 552 | AZ/CA | University of Arizona, subaward to University of California, Irvine | R01DE030682-03 | Multimodal Intraoral Imaging System for Oral Cancer Detection and Diagnosis in Low Resource Setting | *See* FOR ALL GRANTS |
| 553 | CA | San Diego State University, subaward to University of California, San Diego | 5R34MH129279-03 | eSTEP: An integrated mHealth intervention to engage high-risk individuals along the full PrEP care continuum | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 554 | CA | Columbia University, subaward to University of California, San Diego | 5R01HD105492-03 | Trial of Human Milk Oligosaccharide-based synbiotics for HIV-exposed uninfected children | See FOR ALL GRANTS |
| 555 | CA | University of Miami, subaward to University of California, San Diego | 5R01AI169643-03 | Finishing HIV: An EHE model for Latinos Integrating One-Stop-Shop PrEP Services, a Social Network Support Program and a National Pharmacy Chain | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 556 | CA | Johns Hopkins University, subaward to University of California, San Diego | 1R01AI189309-01 | Impact of Gender Affirming Hormone Therapy on HIV Viral Dynamics and Immune Responses in Transgender Women | See FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 557 | CA | Johns Hopkins University, subaward to University of California, San Diego | 5R01MD019178-02 | A Multi-Level Trauma-Informed Approach to Increase HIV Pre-exposure Prophylaxis Initiation among Black Women | *See* FOR ALL GRANTS;  the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 558 | CA | UNC Chapel Hill, subaward to University of California, San Diego | 1R25HD116367-01 | Restoring Equity to Measurement & Action for Perinatal Intimate Partner Violence (Remap-IPV) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 559 | CA | Johns Hopkins University, subaward to University of California, San Diego | U01AI138897 | COVID Protection After Transplant (CPAT) Multicenter Adaptive Trial | *See* FOR ALL GRANTS |
| 560 | CA | University of California, San Diego | 4R00GM147841 | Multiplex imaging in therapy refractory tumors: understanding the spatiotemporal facets of an immunosuppressive environment | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 561 | CA | Hackensack University Medical Center, subaward to University of California, San Diego | U19AI171401 | Metropolitan AntiViral Drug Accelerator | *See* FOR ALL GRANTS |
| 562 | CA | University of California, San Diego | 5K00DA057923 | Investigation of how sex steroids and nicotinic acetylcholine receptors promote cocaine self-administration | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 563 | CA | UT Southwestern Medical Center, subaward University of California, San Diego | 1R01HD112418-01A1 | Long-Term Trajectories Of Psychosocial Functioning Among Transgender Youth And Their Parents | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 564 | CA | University of California, San Diego | 3R01DC021075 | Investigating the mechanisms of stereocilia length regulation and innovative strategies for restoring hearing | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 565 | CA | University of California, San Diego | 5R00MH126430 | mRNA Alternative Splicing Regulatory Networks in the Specification of Cortical Interneuron Subtypes | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 566 | CA | University of California, San Diego | 1R36MH134774 | The Effects of Structural Inequities and Syndemics on Willingness to Participate in HIV Research among Black Women | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 567 | CA | University of California, San Diego | 5K00MH132569 | Developing Multimodal Biomarkers of Cognitive Ability in a Genetic Model of Neurodevelopment | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 568 | CA | University of California, San Diego | 5F32AG082458-02 | Comparison of direct and indirect magnetic resonance imaging of myelin in Alzheimer's disease | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 569 | CA | University of California, Los Angeles two subawards to University of California, San Diego | UM1AI106716 | International Maternal Pediatric Adolescent AIDS Clinical Trials (IMPAACT) Laboratory Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 570 | CA | University of California, Los Angeles, subaward to University of California, San Diego | UM1AI106701 | AIDS Clinical Trial Group Laboratory Center (ACTG LC) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 571 | CA | Universiy of California, Los Angeles, subaward to University of California, San Diego | UM1AI068636 | AIDS Clinical Trial Group Leadership and Operations Center (ACTG LOC) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 572 | CA | American Federation For Aging Research, subaward to University of California, San Diego | U24AG065204 | Clin-STAR Coordinating Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 573 | CA | The Scripps Research Institute, subaward to University of California, San Diego | 1U19AI171443 | Center for Antiviral Medicines & Pandemic Preparedness (CAMPP) | See FOR ALL GRANTS |
| 574 | CA | Yale University, subaward to University of California, San Diego | 3U24LM013755-03S2 | RADx-Rad Discoveries & Data: Consortium Coordination Center Program Organization | See FOR ALL GRANTS |
| 575 | CA | Yale University, two subawards to University of California, San Diego | 7U24LM013755-04 | RADx-Rad Discoveries & Data: Consortium Coordination Center Program Organization - | See FOR ALL GRANTS |
| 576 | CA | University of California, San Diego | 1F31GM156042 | Identifying the Drivers and Consequences of Host-Microbiome Composition and Function | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 577 | CA | University of California, San Diego | 1F31AI186410-01 | Metatranslatomics enables functional profiling of microbial competition in the Salmonella-perturbed gut | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 578 | CA | University of California, San Diego | 1R01MH128746-01A1 | Cortical plasticity during reinforcement learning | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 579 | CA | University of California, San Diego | U54HD110347 | Pregnant Female Reproductive Tissue Mapping Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 580 | CA | University of California, San Diego | 1R01AG077579-01A1 | Understanding Biological and Lifestyle Contributions to Alzheimer's Disease Pathology and Clinical Profiles in Black Women: Defining Prevention Targets in High Risk Groups | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 581 | CA | University of California, San Diego | 3R01CA174869-08S1 | Regulation of Tumor Invasion and Metastasis by Matrix Stiffness | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 582 | CA | University of California, San Diego | 1R03 EB035177-01 | Magnetic resonance imaging methods to track Treg distribution and homing for clinical applications | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 583 | CA | University of California, San Diego | 3R01AI176390-02S1 | Harnessing iron acquisition to hinder enterobacterial pathogenesis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 584 | CA | University of California, San Diego | 5R01DA056602-04 | Multiomic profiling of cell types mediating opioid use disorder in rats | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 585 | CA | University of California, San Diego | 5U01DA041089-11 | 5/21 ABCD-USA Consortium: Research Project Site at UC San Diego | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 586 | CA | University of California, San Diego | 2U01DA043799-07 | Identification of Genetic Variants that Contribute to Compulsive Cocaine Intake in Rats | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 587 | CA | University of California, San Diego | 5R01DA055673-04 | Evaluating naloxone-on-release from incarceration as community overdose prevention | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 588 | CA | University of California, San Diego | 5U01DA055369-04 | 14/24 The Healthy Brain & Child Development National Consortium | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 589 | CA | University of California, San Diego | 5U01DA051234-05 | Characterization of Tandem Repeat and Structural Variants Contributing to Addictive Behaviors in Mice and Rats | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 590 | CA | University Of California Berkeley | 1F31AG087648-01 | Network drivers of regional vulnerability to early Alzheimer's disease pathology | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 591 | CA | University Of California Berkeley | 1K99AG088361-01 | Patterns and Mechanisms Underlying Somatic Mutations Across Long-Lived Bats | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 592 | CA | University Of California Berkeley | 3R01AI155739-04S1 | Soil epidemiology: a new tool for environmental surveillance of soil-transmitted helminth infections in endemic settings | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 593 | CA | University Of California Berkeley | 3R01EB024989-06S1 | Detection of Emergent Mechanical Properties of Biologically Complex Cellular States | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 594 | CA | University Of California Berkeley | 1R01HD115985-01 | The California Abundant Birth Project Evaluation: Advancing Birth Equity through Guaranteed Income for Pregnant People | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 595 | CA | University Of California Berkeley | 1F31DK137538-01A1 | Evaluating the Role of Human Obesity Genes in Specific Neuronal Populations in vivo by CRISPRi | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 596 | CA | University Of California Berkeley | 1F31GM157804-01 | Uncovering the Function and Protein Subcellular Localization of Bicistronic Loci in Auxenochlorella protothecoides | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 597 | CA | University Of California Berkeley | 5R25GM140276-03 | PREP @ UC Berkeley | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 598 | CA | University Of California Berkeley | 1F31GM154485-01 | Photomediated ring contractions of N–Aryl Azacycles: Mechanistic insights and characterization of wavelength dependent reactivity | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 599 | CA | University Of California Berkeley | 1F31MD020261-01 | Understanding the Macrosocial Drivers of Cardiovascular Health in the Rural South | *See* FOR ALL GRANTS |
| 600 | CA | University Of California Berkeley | 1F31MD019996-01 | Advancing Perinatal Health Equity through a Community-engaged Model of Healthcare Services | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 601 | CA | University Of California Berkeley | 5K99MD018629-02 | Racism-related stress and birth outcomes among Latinas: New tools for maximizing conceptual and methodological validity | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 602 | CA | University Of California Berkeley | 1R36MH135619-01 | Transcriptomic contributions to the development and evolution of the human cerebral cortex | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 603 | CA | University Of California Berkeley | 5U01AI151788-05 | American and Asian Centers for Arboviral Research and Enhanced Surveillance (A2CARES) | See FOR ALL GRANTS; The research supported by the CREID Network has been deemed unsafe for Americans and not a good use of taxpayer funding. Current agency priorities do not support this work. |
| 604 | CA | University Of California Berkeley | 5F32GM150233-02 | Developing Methanosarcina spp. as a model system to study cytochromes c and their role in archaeal methane metabolism | See FOR ALL GRANTS; |
| 605 | CA | University Of California Berkeley | 5F31GM149158-02 | Artificial Metalloenzymes Containing Uranyl Cofactors for Photocatalytic C-H Bond Functionalization | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 606 | CA | University Of California Berkeley | 5T34GM145535-03 | The UC Berkeley MARC: Shaping the Next Generation of Scientific Leaders | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S,C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 607 | CA | Drexel University, subaward to University of Califorla, Berkeley | 5P20MD019221-02 | Drexel Climate Change and Urban Health Research Center (Drexel CCUH) | See FOR ALL GRANTS |
| 608 | CA | University Of California Berkeley | 5R01EY034436-04 (MPI) | Hierarchies of spatiotemporal anticipation in the human brain | See FOR ALL GRANTS |
| 609 | CA | University Of California Berkeley | 5R01AI168003-04 | Host factors and viral determinants mediating flavivirus NS1 tissue-specific endothelial dysfunction and vascular leak | See FOR ALL GRANTS |
| 610 | CA | University Of California Berkeley | 5R00NS124748-04 | Neural dynamics of somatosensory guidance of dexterous movement in intact and stroke-injured networks | See FOR ALL GRANTS |
| 611 | CA | University Of California Berkeley | 5R01AA029137-06 | Regulation of Craving: Clinical Trial and Neural Mechanisms | See FOR ALL GRANTS |
| 612 | CA | University Of California Berkeley | 5U24AT011970-04 (MPI) | NeuronS_MATTR Network: Neuronal & Systems Mechanisms of Affective Touch & Therapeutic Tissue Manipulation Research Network | See FOR ALL GRANTS |
| 613 | CA | University Of California Berkeley | 5R01AG082797-03 | Extracellular Matrix Control of Mitochondrial Homeostasis and Longevity | See FOR ALL GRANTS |
| 614 | CA | University Of California Berkeley | 5U19NS132303-03 | Correction of Neurological Disease via Allele Specific Excision of Pathogenic Repeats | See FOR ALL GRANTS |
| 615 | CA | University Of California Berkeley | 5U01AI153416-05 | Living in the post-Zika world: Impact of interactions between dengue and Zika viruses on diagnostics, antibody dynamics, and correlates of disease risk | See FOR ALL GRANTS |
| 616 | CA | University Of California Berkeley | 5R35NS116883-06 | Human Cerebellar Function in Multiple Task Domains | See FOR ALL GRANTS |
| 617 | CA | University Of California Berkeley | 5U24AG067418-05 (MPI) | SCAN: Standardized Centralized Alzheimer's and Related Dementias Neuroimaging | See FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 618 | CA | University Of California Berkeley | 5K01MD016169-05 | Developing a Primary Care Intervention to Support Reproductive Decision-Making among Black and Latina Women of Reproductive Age with Type 2 Diabetes | *See* FOR ALL GRANTS |
| 619 | CA | University Of California Berkeley | 5R25AG078146-04 | Research Transparency and Reproducibility Training (RT2) | *See* FOR ALL GRANTS |
| 620 | CA | University Of California Berkeley | 5R01HG012383-04 | Methods for Mapping Genetic Regulatory Elements in Single Cells and Single Molecules | *See* FOR ALL GRANTS |
| 621 | CA | University Of California Berkeley | 5T35EY007139-32 (MPI) | Short-Term Research Training for Optometry Students | *See* FOR ALL GRANTS |
| 622 | CA | University Of California Berkeley | 5R01AG071869-05 (MPI) | Defining the programmed proteome rejuvenation underlying gametogenesis | *See* FOR ALL GRANTS |
| 623 | CA | University Of California Berkeley | 5R35GM154623-02 | Understanding the role of the nuclear pore complex in undifferentiated cell proliferation and gene gating | *See* FOR ALL GRANTS |
| 624 | CA | University Of California Berkeley | 5U24HG007346-08 (MPI) | Center for Critical Assessment of Genome Interpretation | *See* FOR ALL GRANTS |
| 625 | CA | University Of California Berkeley | 5R01AI186111-04 (MPI) | Iterative Microbial Production and Systems Immunology to Design QS-21 Adjuvants | *See* FOR ALL GRANTS |
| 626 | CA | University Of California Berkeley | 5T32AA007240-46 | Graduate Research Training in Alcohol Problems: Alcohol-Related Disparities | *See* FOR ALL GRANTS |
| 627 | CA | University Of California Berkeley | 5R35GM149319-03 | Sequence and Environmental Determinants of the Protein Energy Landscape | *See* FOR ALL GRANTS |
| 628 | CA | University Of California Berkeley | 5R01DE027052-08 | Discovery and functional analysis of novel candidate genes and variants underlying craniofacial diversification in Cyprinodon pupfishes | *See* FOR ALL GRANTS |
| 629 | CA | University Of California Berkeley | 5R01AI184756-02 (MPI) | Multi-component chlorination intervention to reduce neonatal infections in rural health facilities | *See* FOR ALL GRANTS |
| 630 | CA | University Of California Berkeley | 5R01GM151335-03 | Function and regulation of the reductive stress response | *See* FOR ALL GRANTS |
| 631 | CA | University Of California Berkeley | 5R35GM118121-10 | DNA transposons and alternative pre-mRNA splicing. | *See* FOR ALL GRANTS |
| 632 | CA | University Of California Berkeley | 5F32EY035926-02 | Contributions of cortical feedback to orientation-dependent surround suppression | *See* FOR ALL GRANTS |
| 633 | CA | University Of California Berkeley | 5R01MH133807-03 | Closing Racial Disparities Through the Affordable Care Act: Medicaid Expansion, Marketplaces, Federally Qualified Community Health Centers | *See* FOR ALL GRANTS |
| 634 | CA | University Of California Berkeley | 5R35GM118190-10 | Methods for Selective Organic Synthesis based on Ionic Catalysts | *See* FOR ALL GRANTS |
| 635 | CA | University Of California, San Francisco | 1F31AG086042 | The Role of Peripheral Aged CD8+ T Cells in Hippocampal-Dependent Cognitive Decline | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 636 | CA | University Of California, San Francisco | K01CA279498 | A systems biology approach to elucidate the biology of immune-associated outcomes in breast cancer | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 637 | CA | University Of California, San Francisco | R01EY025350 | Forecasting Trachoma Control | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 638 | CA | University Of California, San Francisco | R01EY035028 | Retinal mechanisms underlying the optokinetic reflex | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 639 | CA | University Of California, San Francisco | R01HD108236 | Effectiveness and acceptability of two insertable device models for non-surgical management of obstetric fistula in Ghana: a randomized crossover trial | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 640 | CA | University Of California, San Francisco | R01HD113778 | Characterizing the natural history of sphingosine phosphate lyase insufficiency syndrome (SPLIS): a fundamental step in the development of a targeted cure for this novel atypical sphingolipidosis | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 641 | CA | University Of California, San Francisco | R01HL161049 | Rehabilitation in Safety-Net Environments (RISE) for COPD | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 642 | CA | University Of California, San Francisco | R01MD019042 | ACCTiVATE: Achieving Chronic Care equiTy by leVeraging the Telehealth Ecosystem | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 643 | CA | University Of California, San Francisco | R35GM118167 | Cellular Decision Making | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 644 | CA | University Of California, San Francisco | U01HL163242 | The impact of body composition on peri-operative and patient-centered outcomes in lung transplantation. | See FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 645 | CA | University Of California, San Francisco | U01NR021576 | Meet Me on the Pitch: Developing and testing a community-based sports and behavioral health intervention for newcomer youth | See FOR ALL GRANTS; |
| 646 | CA | University Of California, San Francisco | U19AI171110 | QCRG Pandemic Response Program | See FOR ALL GRANTS; |
| 647 | CA | University of California, Irvine subaward to University of California, Los Angeles | 1R01MD019765-01 | Influence of Social Media, Social Networks, and Misinformation on Vaccine Acceptance Among Black and Latinx Individuals | See FOR ALL GRANTS |
| 648 | CA | Columbia University Health Sciences, subaward to Johns Hopkins University, subaward to University of California, Los Angeles | 5R01HG012841-02 | Just Inclusion and Equity: Negotiating Community-Research Partnerships in Genomics Research (JUSTICE) | See FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 649 | CA | University of California, San Francisco, subaward to University of California, Los Angeles | R56AG079510-01 | Asian Americans & Racism: Individual and Structural Experiences (ARISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 650 | CA | Housing Authority of the City of Los Angeles, subaward to University of California, Los Angeles | 1OT2OD035940-01 | Watts Rising: A Vision for a Healthier Watts | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 651 | CA | Florida State University, two subawards to University of California, Los Angeles | 5UM2HD111102-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 652 | CA | Weill Medical College of Cornell University, subaward to University of California, Los Angeles | 5K12HD000850-40 | Pediatric Scientist Development Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 653 | CA | Columbia Health Sciences University, subaward to George Washington University, subaward to University of California, Los Angeles | 5U19AG078558-03 | Alzheimer's Disease and Alzheimer's Disease Related Dementias in Prediabetes and Type 2 Diabetes: The Diabetes Prevention Program Outcomes Study AD/ADRD Project | *See* FOR ALL GRANTS |
| 654 | CA | University of San Francisco, subaward to University of California, Los Angeles | R01AI169239-03 | Uptake, Safety and Effectiveness of COVID19 Vaccines during Pregnancy | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 655 | CA | Columbia University Health Sciences, subaward to University of California, Los Angeles | 5R01HD105492-04 | Trial of Human Milk Oligosaccharide-Based Synbiotics for HIV-Exposed Uninfected Children | *See* FOR ALL GRANTS |
| 656 | CA | University of California, Los Angeles | 5P50MD017366-04 | UCLA-UCI Center for Eliminating Cardio-Metabolic Disparities in Multi-Ethnic Populations (UC END-DISPARITIES) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 657 | CA | University of California, Los Angeles | 3R01MH128729-03S1 | Project STRIVE (STudents RIsing above) - Offsetting the Health and Mental Health Costs of Resilience | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 658 | CA | University of California, Los Angeles | 3R01MH128729-03S2 | Project STRIVE (STudents RIsing above) - Offsetting the Health and Mental Health Costs of Resilience | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 659 | CA | University of California, Los Angeles | 3R01MD015904-04S1 | Social Isolation and Discrimination as Stressors Influencing Brain-Gut Microbiome Alterations Among Filipino and Mexican American | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 660 | CA | Friends Research Institute, Inc. subaward to University of California, Los Angeles | 5R01DA056287-02 | Comparative- and Cost-Effectiveness Research Determining the Optimal Intervention for Advancing Transgender Women Living with HIV to Full Viral Suppression | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 661 | CA | Friends Research Institute, Inc. subaward to University of California, Los Angeles | 5R01DA056888-03 | Optimizing PrEP Implementation and Cost-Effectiveness Among Sexual and Gender Minority Individuals with a Substance Use Disorder | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 662 | CA | Brown University, subaward to University of California, Los Angeles | 5R34MH126894-03 | Making Universal, Free-of-Charge Antiretroviral Therapy Work for Sexual and Gender Minority Youth in Brazil | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 663 | CA | University of California, Los Angeles | 3R01AI174519-02S1 | Sex Differences in NK Cells Mediated by X-linked UTX | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 664 | CA | University of Michigan, subaward to University of California, Los Angeles | 1R01AG087121-01A1 | ADRD risk and resilience among Black Americans: A 20-year longitudinal study | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 665 | CA | University of California, Los Angeles | 1F31DA060046-01 | Dopamine Projections to the Amygdala in Goal-Directed and Habit Learning | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 666 | CA | University of California, Los Angeles | 5F31DA060068-02 | The Role of Prenatal Cannabis Exposure in Reward-Related Neural Circuitry and Psychotic-Like Experiences in Youth | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 667 | CA | University of California, Los Angeles | 3R01AG075526-03S1 | Women's Social Ties and Psychosocial Well-Being in a Resource-Limited Patriarchal Setting: A Longitudinal Perspective | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 668 | CA | University of California, Los Angeles | 5F31MH134495-02 | Shared Neural Circuits of Prosocial and Parenting Behaviors in the Hypothalamus | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 669 | CA | University of California, Los Angeles | 1R36AG087312-01 | An Analysis Of The Multi-Level Factors That Impact Provision Of Emergency Medical Services To Hispanic Older Adults | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 670 | CA | University of California, Los Angeles | 5K99EY035758-02 | Understanding How Mitochondrial Interaction With Other Organelles in the Retinal Pigment Epithelium (RPE) Affect Its Function in the Outer Retina | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 671 | CA | University of California, Los Angeles | 3UL1TR001881-08S1 | UCLA Clinical Translational Science Institute | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 672 | CA | University of California, Los Angeles | 3R01HD106862-04S1 | Stepped Care to Optimize PrEP Effectiveness in Pregnant and Postpartum Women (SCOPE-PP) in South Africa | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 673 | CA | University of California, Los Angeles | 3R01AG075909-03S1 | Microglial Lysosomes and Selective Neuronal Vulnerability | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 674 | CA | University of California, Los Angeles | 5F31GM149161-02 | Enantioselective Reactions with Amide Electrophiles Utilizing Transition-Metal Catalysis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 675 | CA | University of California, Los Angeles | 3R01HL162717-03S1 | Satellite Glial Cell Activation and Sympathetic Imbalance in Cardiomyopathy and Arrhythmias | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 676 | CA | University of California, Los Angeles | 3R01HL170600-02S1 | Evaluation of Novel Clonal Hematopoiesis Of InDEterminate Potential, Mosaic Chromosomal Alterations and CardioVascular Disease in HIV Infection (ENCODE CVD in HIV) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 677 | CA | University of California, Los Angeles | 3R01HL174008-01S1 | Post-Transcriptional Regulation of LDLR | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 678 | CA | Public Health Foundation Enterprises, subaward to University of California, Irvine | R25MH119858-05 | SHINE Strong - Building the pipeline of HIV behavioral scientists with expertise in trans population health | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 679 | CA | University of California, Irvine | DP2AI154420-04S1 | Connecting the Spatiotemporal Organization of Gut Bacterial Communities to the Emergence and Spread of Antibiotic Resistance | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 680 | CA | University of California, Irvine | R01AG072587-02S1 | Structural and Biological Characterization of Diverse Oligomers Derived from Abeta | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 681 | CA | University of California, Irvine | R01AI170840-03S1 | mRNA alternative polyadenylation in B cell development | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 682 | CA | University of California, Irvine | R01AI163196-03S1 | Synergistic killing of bacterial pathogens by histones | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 683 | CA | University of California, Irvine | R00MH122663-04S1 | The role of context in sleep-related memory reactivation in humans | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 684 | CA | University of California, Irvine | R01MH128306-03S1 | Testing a Memory-Based Hypothesis for Anhedonia | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 685 | CA | University of California, Irvine | R01HD101642-04S1 | Postnatal Oxytocin Treatment and Cognitive Function in Fragile X | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 686 | CA | University of California, Irvine | R37CA271172-03S1 | Effect of inflammation on JAK2 mutant evolution in the hematopoietic system: mathematical models and experiments | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 687 | CA | University of California, Irvine | DP1DK130640-04S1 | Integrative approaches to dissection of endocrine communication | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 688 | CA | University of California, Irvine | R01NS116273-04S1 | Seizure localization for epilepsy surgery using high frequency electrophysiological markers | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 689 | CA | University of California, Irvine | R01HL070562-15S1 | Actions of Estrogen on Uterine Artery Endothelium | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 690 | CA | University of California, Irvine | R01HL164348-02S1 | Optically Promoting Cardiac Maturation Using Engineered Peptides | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 691 | CA | University of California, Irvine | R01CA252081-04S1 | Molecular Mechanisms of APOBEC-Induced Mutagenesis in Cancer | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 692 | CA | University of California, Irvine | F31DK134173-02 | Elucidating the role of nonessential amino acid metabolism in diabetic skin wounds | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 693 | CA | University of California, Irvine | F31DA059982-01 | Epigenetic Mechanisms Underlying Drug-seeking Behavior: Role of HDAC3 in Regulating Gene Expression within the MHb Cholinergic Population for Cocaineinduced Relapse-like Behavior | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 694 | CA | University of California, Irvine | F31AG082485-02 | Neuropathological and spatial transcriptome brain maps in Octodon degus, a natural Alzheimer's disease rodent model | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 695 | CA | University of California, Irvine | F31AR085993-01 | Initiation of Vesicant Skin Injury | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 696 | CA | University Of California, Irvine | P30AG066519 | The Alzheimer's Disease Research Center at the University of California, Irvine | *See* FOR ALL GRANTS |
| 697 | CA | University of California, Merced | 5T34GM145511 | U-RISE at UC Merced | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 698 | CA | University of California, Merced | 5T32GM141862 | G-RISE at UC Merced | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 699 | CA | University of California, Riverside | 7U01MH131827-03 | By Youth, For Youth: Digital Supported Peer Navigation for Addressing Child Mental Health Inequities. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 700 | CA | University of California, Los Angeles, subaward to University of California, Riverside | 5R01MD018459-03 | Elucidating the High and Heterogeneous Risk of Gestational Diabetes Among Asian Americans: An Integrative Approach of Metabolomics, Lifestyles, and Social Determinants | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 701 | CA | University of California, Riverside | T34GM146637 | *Bridges* to the *Baccalaureate Research Training Program* at *University of California, Riverside* | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 702 | CA | University of California, Riverside | T34GM149470 | MARC at University of California Riverside | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 703 | CA | California State Polytechnic University, Pomona subaward to University of California, Riverside | T32GM137812 | *Integration* of Research, Mentoring and Professional Skill Building for Master's Students to Bridge to a PhD Program in Biomedical Science | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 704 | CA | University of California, Riverside | 3R35GM119721-09S1 | Diversity Supplement: Mechanistic Insights into Mammalian DNA Methylation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 705 | CA | Keck Graduate Institute of Applied Life Sciences, subaward to University of California, Riverside | R01AI169543 | Rapid response for pandemics: single cell sequencing and deep learning to predict antibody sequences against an emerging antigen | *See* FOR ALL GRANTS |
| 706 | CA | University Of California Santa Barbara | R35GM142975-04S1 | Defining DNA resection and protein localization changes that occur during DSB repair | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 707 | CA | University Of California Santa Barbara | T34GM136466-05 | MARC at the University of California Santa Barbara | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 708 | CA | University Of California, San Francisco, subaward to City & County of San Francisco | R25MH129290-03 | Short Trainings on Methods for Recruiting, Sampling, and Counting Hard-to-Reach Populations: The H2R Training Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 709 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | 5R25MH119858-05 | SHINE Strong: Building the pipeline of HIV behavioral scientists with expertise in trans population health | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 710 | CA | University Of California Santa Cruz | 5T34GM140956-04 | The MARC Program at UCSC | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 711 | CA | University Of California Santa Cruz | 5R25HG006836-12 | UCSC Research Mentoring Internship Program: An Initiative to Increase Diversity and Inclusion in Genomics Research | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 712 | CA | University Of California Santa Cruz | 3R35GM141849-04S1 | Structures and mechanisms of circadian rhythms from cyanobacteria to humans | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 713 | CA | University of California Davis | 3R01EB035416-02S1 | Two-way Magnetic Resonance Tuning Nanoprobe Enhanced Subtraction Imaging for Precision Diagnosis of Brain Metastasis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 714 | CA | University of California Davis | 5R25GM116690-08 | Postbaccalaureate Research Education Program at UC Davis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 715 | CA | Florida State University, subaward to City & County of San Francisco | 5UM2HD111102-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Scientific Leadership Center | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 716 | CA | Westat Inc., subaward to City & County of San Francisco | 5UM2HD111076-03 | Adolescent Medicine Trials Network for HIV/AIDS Interventions (ATN) Operations and Collaborations Center (UM2 Clinical Trial Optional) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 717 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | 1R34MH132405-01 | MyPrEP Plus: Development and Pilot Testing of Novel Pre-Exposure Prophylaxis Support Tools for Transgender Women | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 718 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | R01MH132488 | The Bridge Clinic: Optimizing Injectable PrEP Delivery for Transgender and Non-Binary People | *See* FOR ALL GRANTS |
| 719 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | 5R01MH119956-05 | PrEP-3D: An Integrated Pharmacy Digital Diary and Delivery Strategy to Increase PrEP Use Among MSM | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 720 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | R01MH128049 | Tcher, Take Charge: Increasing PrEP Awareness, Uptake, and Adherence Through Health Care Empowerment and Addressing Social Determinants of Health Among Racially Diverse Trans Women in the Deep South | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 721 | CA | Public Health Foundation Enterprises, subaward to City & County of San Francisco | 5R25DA043441-07 | The Summer HIV/AIDS Research Program (SHARP) | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 722 | CA | University Of California, San Francisco, subaward to City & County of San Francisco | R01AI181732-01 | The Doxy-PEP Impact Study: a multi-city US longitudinal cohort to evaluate doxy-PEP field effectiveness, investigate associated antimicrobial resistance, and establish doxy-PEP to need ratios | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 723 | CA | California State University San Marcos | 1R25DA061948-01 | Utilizing Community Partnerships to enhance Indigenous STEM Education for American Indian Youth | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 724 | CA | California State University Northridge | 5U01MD017434-02 | COVID-19 and Southeast Asian Americans | *See* FOR ALL GRANTS |
| 725 | CA | San Diego State University | 5R21DK134931-03 | Integrating Computational and Experimental Models to Predic Toxicity of the Pancreas | *See* FOR ALL GRANTS |
| 726 | CA | San Diego State University | 5R25AG043364-12 | SDSU ADAR Program | *See* FOR ALL GRANTS |
| 727 | CA | Harvard Pilgrim Health Care, Inc., subaward to City & County of San Francisco | 7R21DA058575-02 | Tailoring Delivery of LongActing PrEP for Cisgender (MSM) who Use Methamphetamine | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 728 | CA | University of California, Irvine, subaward to City & County of San Francisco | DP2AI164315-04 | One Ballroom: Understanding Intersectional Stigma to Optimize the HIV Prevention Continuum among Vulnerable Populations in the United States | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to gender identity, including through the termination of this grant, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284 (b)(2)(A). |
| 729 | CA | University Of California Davis, subaward to University Of California, San Diego | U19NS120384-04 | The Clinical Significance of Incidental White Matter Lesions on MRI Amongst a Diverse Population with Cognitive Complaints (INDEED) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 730 | CA | University of California Los Angeles, subaward to University of California, San Diego | 5R25DK113659-08 | UCLA Short-Term Research Experience to Unlock Potential (UCLA STEP-UP) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 731 | CA | University of California, San Francisco | 3P01NS083513-10S1 | Regulation of cellular pathways in human brain development | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 732 | CO | University of Colorado | 5F31GM151819-02 | High-throughput dissection of RNA localization regulatory elements. | *See* FOR ALL GRANTS |
| 733 | CO | University of Colorado | 5U01DK137272-02 | NAVIGATE KIDNEY: A Multi-Level Intervention to Reduce Kidney Health Disparities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 734 | CO | University of Colorado | 3R01ES031585-04S1 | Particulate exposure and kidney health | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 735 | CO | University of Colorado | 3R01AI186275-01S1 | PD-L1 reverse signaling in liver homeostasis and disease. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 736 | CO | University of Colorado | 1R25DA061492-01 | Prepaing Indigenous Scientists to Lead Innovative Substance Use Research: The Native Children's Research Exchange Scholars Prorgam. | *See* FOR ALL GRANTS |
| 737 | CO | University of Colorado | 3R01AR078414-04S1 | Studies on gut microbiome-joint connectings in arthritis | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 738 | CO | University of Colorado | 3R01AG079217-03S2 | Targeting Microglial Lipoprotein Lipase in Alzheimer's Disease | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 739 | CO | University of Colorado | 5R01MH129495-03 | Extracellular vesicles as biomarkers of trauma and PTSD risk. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 740 | CO | University of Colorado | 3DP2AI177927-02S1 | Dissecting the impact of immune environment on Candida albicans pathogenic potential in the gut | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 741 | CO | University of Colorado (Sponsor: Southcentral Foundation) | 1R01AI170946 | Alaska Native Communities Advancing Vaccine Uptake | *See* FOR ALL GRANTS |
| 742 | CO | University of Colorado | 1R01AI182423-01 | CD79A as a molecular switch regulating B Cell activation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 743 | CO | University of Colorado | 5R01AI178925-02 | Dendritic cell targeting by bacterial LysM proteins to suppress inflammation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 744 | CO | University of Colorado | 1R25DC020697-01A1 | Development of a diverse workforce through mentoring networks among otitis media scientists. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 745 | CO | University of Colorado | 5R25EB031572-02 | ESTEEMED Scholars Program in Bioengineering at the University of Colorado Denver | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 746 | CO | University of Colorado (Sponsor: Harvard University) | 1R01HD101351-01 | Health Outcomes around Pregnancy and Exposure to HIV/ARV (HOPE): Extending the Reach of PHACS to Examine Women's Health | *See* FOR ALL GRANTS |
| 747 | CO | University of Colorado | 1F31GM155957-01 | High-throughput experimental and computational identification of RNA elements that regulate trafficking to midbodies. | *See* FOR ALL GRANTS |
| 748 | CO | University of Colorado | 5K01MD015768-04 | Mental health phenotypes shaped by trauma exposure, symptom severity, and individual characteristics among recent Latinx immigrant adults. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 749 | CO | University of Colorado | 7K00MH134674-05 | The role of dynamic excitability in controlling GABAergic synapse maturation | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 750 | CO | University of Colorado | 5K00AG080847-05 | Understanding the role of genetic admixture on Alzheimer's Disease risk in Latino Populations | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 751 | HI/CA | University of Hawaii, subaward to University of California, Merced | 3R01MD016426-03S1 | Provider Experiences with Puerto Rico Medicaid Following Multiple Disasters | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 752 | HI/CA | University of Hawaii, subaward to University of California, Merced | 5R01MD018727 | Understanding Mis- and Disinformation About Health Care Access and Their Impacts on Decision-Making Among Latino Immigrants | See FOR ALL GRANTS |
| 753 | MA | University of Massachusetts Medical School Worcester | R25GM121220-07 | Pathway to graduate study post-baccalaureate training program | *See* FOR ALL GRANTS |
| 754 | MA | University of Massachusetts Lowell | 2R01HL143792-06 | Longitudinal Mechanisms of Food and Nutrition Security and Cardiometabolic Health in PROSPECT | *See* FOR ALL GRANTS |
| 755 | MA | University of Massachusetts Worcester | 5R01NR020439-04 | Structural Racism and Engagement of Family Caregivers in Serious Illness Care | *See* FOR ALL GRANTS |
| 756 | MA | University of Massachusetts Boston | 5U54CA156734-14 | U54 Comprehensive Partnership for Cancer Disparities Research | *See* FOR ALL GRANTS |
| 757 | MN | University of California, San Francisco; subaward to Regents of the University of Minnesota | R56AG079510; subaward 15042sc | Asian Americans and Racism: Individual and Structural Experiences (ARISE) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 758 | MN | Regents of the University of Minnesota | 5F31DA059235 | Nanotechnology-based platform for the development of next-generation vaccines against opioid use disorder (OUD) | *See* FOR ALL GRANTS . |
| 759 | MN/CA | University of Minnesota, four subawards to University of California, San Diego | U19AI171954 | Midwest AViDD Center | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 760 | NV | University of Nevada, Las Vegas | U01HD115256 | Pathways to integrate maternal-child health and nutrition interventions to transform equity and human potential | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 761 | NY | SUNY BUFFALO | 1F31DE033627 | Spirochete Neutrophil Interactions Initiate Vascular Inflammation Promoting Aortic Endothelial Dysfunction | *See* FOR ALL GRANTS |
| 762 | NY | STONY BROOK | HD109232 | The Role of Chibby Family Members in Spermatogenesis and Male Fertility | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 763 | NY | STONY BROOK | DK138751 | Pregosin: Investigating podocyte-parietal cell communication through intercellular bridges in kidney disease | *See* FOR ALL GRANTS |
| 764 | NY | MEDICAL COLLEGE OF WISCONSIN SUBAWARD TO SUNY BUFFALO | 1R21DK135965-01 | Joint Patient and Caregiver Intervention for Older African Americans with Poorly Controlled Type 2 Diabetes (Joint Home-DM-BAT) | *See* FOR ALL GRANTS |
| 765 | NY | SUNY BUFFALO | R00AG079117 | The benefits of nicotinamide Riboside upon cognition and sleep in oder veterans. | *See* FOR ALL GRANTS |
| 766 | NY | SUNY BUFFALO | R01DK135838 | The Role of Structural Racusm on Disparities in Clinical Outcomes for Diabetes: A Mixed Methods Study | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 767 | NY | SUNY DOWNSTATE | R25MD017950 | Clinical Research Scholars Training (CREST) Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 768 | NY | LEHMAN COLLEGE | 5R25GM154351-02 | Using place-based education to engage Bronx high schoolers and teachers in health disparity research | *See* FOR ALL GRANTS |
| 769 | NY | New York State Psychiatric Institute | R01AG069041 | SOCIAL CONVOYS, COGNITIVE RESERVE AND RESILIENCE, AND RISK FOR ALZHEIMER'S DISEASE AND RELATED DEMENTIAS | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 770 | NY | New York State Psychiatric Institute | R01MH129285 | MULTI-LEVEL APPROACH TO IMPROVE HIV PREVENTION AND CARE FOR TRANSGENDER WOMEN OF COLOR | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 771 | NY | New York State Psychiatric Institute | R21DA053156 | SOCIAL ENVIRONMENTAL DRIVERS OF STIMULANT USE AND ITS IMPACT ON HIV PREVENTION AND TREATMENT IN BLACK MEN WHO HAVE SEX WITH MEN | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | | | | |
|---|---|---|---|---|---|
| 772 | NY | New York State Psychiatric Institute | R13MH136663 | ENHANCING DIVERSITY, EQUITY, AND INCLUSION IN MENTAL HEALTH RESEARCH: AMERICAN PSYCHOPATHOLOGICAL ASSOCIATION ANNUAL MEETINGS | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 773 | NY | New York State Psychiatric Institute | R21MH130217 | IN-DEPTH UNDERSTANDING OF HIV RISK BEHAVIOR AMONG MEN WHO HAVE SEX WITH MEN IN SUB-SAHARAN AFRICA: SECONDARY ANALYSIS OF HPTN 075 DATA | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 774 | NY | New York State Psychiatric Institute | R01MH128293 | THALAMO-PREFRONTAL CIRCUIT MATURATION DURING ADOLESCENCE - DIVERSITY SUPPLEMENT Y3 | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 775 | WA | University of Washington | 5U01AI151698-05 | University of Washington Arboviral Research Network (UWARN) | *See* FOR ALL GRANTS |
| 776 | WA | University of Washington | 3R35GM145225-03S2 | Conformational Energetics and Heterogeneity to Reveal Gating Mechanisms of TRPV and TRPM Ion Channels | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 777 | WA | University of Washington | 5F31DA059186-02 | Isolating the role of endogenous mu-opioid activity in the VTA during natural reward | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 778 | WA | University of Washington | 5R21DA056725-02 | Auditing Social Media Algorithmic Pathways to Measure Prevalence of Online Misinformation Related to Opioid Misuse | *See* FOR ALL GRANTS |
| 779 | WA | University of Washington | 1F31DA059262-01A1 | Exploration of the unique neurobehavioral profile of sequential opioid-stimulant polysubstance use disorders | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 780 | WA | University of Washington | 3R01DA056232-03S1 | Substance Use and Treatment Among American Indian/Alaska Native Veterans: Foundation Building for a Comprehensive Community-Partnered Type I Hybrid Intervention Study | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 781 | WA | University of Washington | 5R01DA056232-03 | Applying Critical Race Theory to investigate the impact of COVID-19-related policy changes on racial/ethnic disparities in medication treatment for opioid use disorder | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 782 | WA | University of Washington | 5R25DA057786-03 | University of Washington Significant Opportunities in Addiction Research (UW-SOAR) Neuroscience Doctoral Readiness Program | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 783 | WA | University of Washington | 5R01DA059011-02 | Assessing the Population-level and Equity Impact of the Emergency Medical Services Overdose Prevention Project (EMS-OPP) Using Critical Race Theory | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 784 | WA | University of Washington | 5R01DA058938-02 | Understanding Health Inequities at the Intersection of the HIV and substance use epidemics across racial/ethnic and other underserved populations | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 785 | WA | University of Washington | 5R21AI183907-02 (MPI) | Applying a Behavioral Economic Approach on PrEP and Hormone Options among Transgender Women | *See* FOR ALL GRANTS |
| 786 | WA | University of Washington | 5R01NR021642-02 | Nuestro Valor: Increasing healthier food access for rural Latino communities through a food retail intervention | *See* FOR ALL GRANTS |
| 787 | WA | University of Washington | 5R13DA061574-02 | Annual Conference of the International Society of Addiction Journal Editors: Preparing an underrepresented workforce for editorial board leadership | *See* FOR ALL GRANTS |
| 788 | WA | University of Washington | 5R01EY036594-02 (MPI) | Dynamic retinal coding in natural environments | *See* FOR ALL GRANTS |
| 789 | WA | University of Washington | 5TL1DK143270-02 | NRSA Training Core | *See* FOR ALL GRANTS |
| 790 | WA | University of Washington | 5R01EY035319-02 | Photoreceptor induction in wounded corneas | *See* FOR ALL GRANTS |
| 791 | WA | University of Washington | 5U2CDK140919-02 (MPI) | Northwest Comprehensive Research Training in Kidney, Urologic, and Hematologic Sciences (NCOR-KUH) | *See* FOR ALL GRANTS |
| 792 | WA | University of Washington | 5R01AI179714-02 | CRISPR-TB for pediatric TB diagnosis and treatment response | *See* FOR ALL GRANTS |
| 793 | WA | University of Washington | 5R01AI180936-02 | Point-of-care Nucleic Acid Amplification Test for pangenomic Hepatitis C diagnosis in outpatient clinics | *See* FOR ALL GRANTS |
| 794 | WA | University of Washington | 5R01AA031409-02 | Efficacy of Brief Interventions to Reduce Comorbid Alcohol and Cannabis Misuse and Sleep Impairment in Young Adults | *See* FOR ALL GRANTS |
| 795 | WA | University of Washington | 5K08AI180375-02 | Local and systemic immune responses during syphilis infection | *See* FOR ALL GRANTS |
| 796 | WA | University of Washington | 5R01MD019120-03 | Improving linguistic health equity in prehospital emergency care | *See* FOR ALL GRANTS |
| 797 | WA | University of Washington | 5K26DK138333-03 | Mentored research in the intersection of kidney and cardiovascular disease | *See* FOR ALL GRANTS |
| 798 | WA | University of Washington | 5K23AG078448-03 | A Multi-Modal Combination Intervention to Promote Cognitive Function in Older Intensive Care Unit Survivors | *See* FOR ALL GRANTS |
| 799 | WA | University of Washington | 5R01HL168190-03 (MPI) | The FRESH Study: The Fresh Bucks racial equity, socioeconomic & health outcomes study | *See* FOR ALL GRANTS |
| 800 | WA | University of Washington | 5R01AG082730-03 (MPI) | Genetic Architecture of Pure Alzheimer's Disease and Mixed Pathology | *See* FOR ALL GRANTS |
| 801 | WA | University of Washington | 5R01HL167645-03 (MPI) | Myocardial Fibrosis and Steatosis Burden and Region-Specific Predictors of Progression among ART-treated Women with HIV infection in sub-Saharan Africa (The MUTIMA Study) | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 802 | WA | University of Washington | 5R01MH131595-03 (MPI) | Attention allocation as a computational mechanism for altered sensory processing in autism | *See* FOR ALL GRANTS |
| 803 | WA | University of Washington | 5R01DE033016-03 (MPI) | Genetic underpinnings of craniofacial disorders explored with spatial sequencing | *See* FOR ALL GRANTS |
| 804 | WA | University of Washington | 5R01HD114505-03 (MPI) | T-cell activation and exhaustion in the HIV-positive female genital tract | *See* FOR ALL GRANTS |
| 805 | WA | University of Washington | 5K01MH131795-03 | Optimizing Engagement in Digital Mental Health Services among Sexual and Gender Minority Consumers | *See* FOR ALL GRANTS |
| 806 | WA | University of Washington | 5R01MH134663-03 | Myelin Content and Cognitive Trajectories in Young Adults Living with Virally Suppressed HIV | *See* FOR ALL GRANTS |
| 807 | WA | University of Washington | 5F30EY035113-03 | The Role of the Midbrain Reticular Nucleus in Vision and Perceptual Decision-Making | *See* FOR ALL GRANTS |
| 808 | WA | University of Washington | 5R33DA057600-03 (MPI) | Using data to drive action to reduce opioid overdoses in Seattle, WA | *See* FOR ALL GRANTS |
| 809 | WA | University of Washington | 5UG1CA275402-04 (MPI) | The CASCADE CLIMB: Cervical cancer prevention in women Living with HIV research Mobilization Base | *See* FOR ALL GRANTS |
| 810 | WA | University of Washington | 5K01AG073470-04 | Contribution of somatic mitochondrial DNA mutation to the transition from normal aging to Alzheimers disease | *See* FOR ALL GRANTS |
| 811 | WA | University of Washington | 5R01MH127531-04 (MPI) | Combining mHealth and nurse-delivered care to improve the outcomes of people with seriousmental illness in West Africa | *See* FOR ALL GRANTS |
| 812 | WA | University of Washington | 5R01HL162609-04 | Molecular mechanisms of mechanosensation in the cardiac pacemaker | *See* FOR ALL GRANTS |
| 813 | WA | University of Washington | 5R01MH127165-04 (MPI) | Genetic Risk for Serious Mental Illness and Development | *See* FOR ALL GRANTS |
| 814 | WA | University of Washington | 5R01MH125429-04 (MPI) | Explainable Machine Learning to Guide Prefrontal Brain Stimulation | *See* FOR ALL GRANTS |
| 815 | WA | University of Washington | 5R01MH130457-04 (MPI) | Caring for BRAIN pioneers: Understanding and enhancing family and researcher support in neural device trials | *See* FOR ALL GRANTS |
| 816 | WA | University of Washington | 5R01AG069024-10 | Health and Functioning in New Midlife Adults: Understanding the Role of Alcohol Use, Social Environments, and Preventive Intervention over the Life Course | *See* FOR ALL GRANTS |
| 817 | WA | University of Washington | 5UM1HG011966-05 (MPI) | Massively parallel characterization of variants and elements impacting transcriptional regulation in dynamic cellular systems | *See* FOR ALL GRANTS |
| 818 | WA | University of Washington | 5UM1HG011969-05 (MPI) | The Center for Actionable Variant Analysis; measuring variant function at scale | *See* FOR ALL GRANTS |
| 819 | WA | University of Washington | 5U19AI162583-05 (MPI) | Host Pathogen Variation & TB Pathogenesis | *See* FOR ALL GRANTS |
| 820 | WA | University of Washington | 5R01AI162152-05 | M. tuberculosis exosome detection for pediatric TB diagnosis | *See* FOR ALL GRANTS |
| 821 | WA | University of Washington | 5U24AG072122-05 (MPI) | National Alzheimer's Coordinating Center | *See* FOR ALL GRANTS |
| 822 | WA | University of Washington | 5K08HL157562-05 | Pulmonary gamma-delta T cells in lung infection | *See* FOR ALL GRANTS |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 823 | WA | University of Washington | 5R01AI163398-05 | Spatial Targeting and Adaptive Vector Control for Residual Transmission and Malaria Elimination in Urban African Settings | *See* FOR ALL GRANTS |
| 824 | WA | University of Washington | 5K23AI163371-05 | Clinical Impact and Epidemiology of Nonsteroidal Anti-inflammatory Drug Allergies | *See* FOR ALL GRANTS |
| 825 | WA | University of Washington | 5R01AI153191-05 | Mechanisms of IgM mediated activation of the complement system | *See* FOR ALL GRANTS |
| 826 | WA | University of Washington | 5R01HD104551-05 | Mobile WACh Empower: Mobile solutions to empower reproductive life planning for women living with HIV | *See* FOR ALL GRANTS |
| 827 | WA | University of Washington | 5K23AI153390-05 | Protection of at-risk low birth weight infants against influenza via maternal antibody | *See* FOR ALL GRANTS |
| 828 | WA | University of Washington | 5P30DA048736-07 | University of Washington Center of Excellence in Opioid Addiction Research | *See* FOR ALL GRANTS |
| 829 | WA | University of Washington | 5RM1HG010461-07 (MPI) | Technology to understand genetic variant effects in context | *See* FOR ALL GRANTS |
| 830 | WA | University of Washington | 5R01HL136868-07 | Impact of Interventions on Future Trends in Subnational Burden of Cardiovascular Diseases in the US | *See* FOR ALL GRANTS |
| 831 | WA | University of Washington | 5R01HG010169-07 | Sequence resolution of complex human genome structural variation | *See* FOR ALL GRANTS |
| 832 | WA | University of Washington | 5R35GM126942-08 | ncRNA: structure, function and inhibition | *See* FOR ALL GRANTS |
| 833 | WA | University of Washington | 5R01EY027323-08 | Function, diversity, and circuitry of parallel retinal ganglion cell pathways | *See* FOR ALL GRANTS |
| 834 | WA | University of Washington | 5R01EY027859-08 | University of Washington/Fred Hutch Center for AIDS Research | *See* FOR ALL GRANTS |
| 835 | WA | University of Washington | 5R01MH112355-10 | University of Washington/Fred Hutch Center for AIDS Research | *See* FOR ALL GRANTS |
| 836 | WA | University of Washington | 5P30AI027757-38 | University of Washington/Fred Hutch Center for AIDS Research | *See* FOR ALL GRANTS |
| 837 | WI | UW-Madison | F31AG080941 | Characterizing Alzheimers Disease and Serious Mental Illness Co-Occurrence Among Nursing Home Residents and Relationship to Symptomatology and Care Practices | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 838 | WI | University of Pittsburgh (Sub to UW-Madison) | R01AI180382 | Predictive Modeling of Estradiol Effects and Sex Differences on Immunopathology during Influenza Infection | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 839 | WI | Columbia University (Sub to UW-Madison) | 4R01AI160961-04 | Engineering protease-resistant antiviral peptide inhibitors for SARS-CoV-2 | *See* FOR ALL GRANTS |
| 840 | WI | UW-Madison | R01DC020447 | Talking Late in Two Languages | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 841 | WI | UW-Madison | K99AG083131 | Preparing for Blood-Based Alzheimer's Disease Biomarker Testing in Diverse Populations: Development of a Decision-Support Tool for Primary Care | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 842 | WI | UW-Madison | R00AG076966 | Improving Access to Alzheimer's disease and Related Dementias care services for Latinx individuals at Community Health Clinics. A multiphase mixed methods study. | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 843 | WI | UW-Madison | R01EY035994 | Leveraging Artificial Intelligence to Prevent Vision Loss from Diabetes Among Socioeconomically Disadvantaged Communities | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 844 | WI | UW-Madison | T32HD007014 | Center for Demography and Ecology predoctoral training | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 845 | WI | UW-Madison | 3R01GM147652-02S1 | Theory and Modeling of Functional Conformational Changes of RNA Polymerases_Diversity Supplement | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 846 | WI | UW-Madison | 3R01CA261937-03S1 | Functional and Therapeutic Significance of PLK4 in Melanoma | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 847 | WI | UW-Milwaukee | R25AG076406 | UW-Milwaukee Promoting Equity, Diversity, and Academic Success Through Aging Research Program (UWM STAR) | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |
| 848 | WI | UW-Milwaukee | R25GM142031 | Learning and Discovery in Experimental Environmental Health Science: On the Path from Data to Knowledge | *See* FOR ALL GRANTS; the Challenged Directives and their implementation as to DEI, including through the non-renewal of this grant and program termination, are also contrary to statute: 42 U.S.C. §§283p, 284(b)(1)(A), 284(b)(2)(A). |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-10814-WGY |

## <u>NOTICE OF APPEAL</u>

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, all defendants[1]

hereby appeal to the United States Court of Appeals for the First Circuit from the order and

partial final judgment entered in this case on June 23, 2025, Doc No. 151, as well as from all

other interlocutory orders merged into that order and judgment.

---

[1] Defendants Robert F. Kennedy, Jr., in his official capacity as Secretary of Health and Human Services; United States Department of Health and Human Services; Jayanta Bhattacharya, in his official capacity as the Director of the National Institutes of Health; National Institutes of Health; National Cancer Institute; National Eye Institute; National Heart, Lung, and Blood Institute; National Human Genome Research Institute; National Institute on Aging; National Institute on Alcohol Abuse and Alcoholism; National Institute of Allergy and Infectious Diseases; National Institute of Arthritis and Musculoskeletal and Skin Diseases; National Institute of Biomedical Imaging and Bioengineering; Eunice Kennedy Shriver National Institute of Child Health and Human Development; National Institute on Deafness and Other Communication Disorders; National Institute of Dental and Craniofacial Research; National Institute of Diabetes and Digestive and Kidney Diseases; National Institute on Drug Abuse; National Institute of Environmental Health Sciences; National Institute of General Medical Sciences; National Institute of Mental Health; National Institute on Minority Health and Health Disparities; National Institute of Neurological Disorders and Stroke; National Institute of Nursing Research; National Library of Medicine; National Center for Advancing Translational Sciences; John E. Fogarty International Center for Advanced Study in the Health Sciences; National Center for Complementary and Integrative Health; and Center for Scientific Review.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LEAH B. FOLEY
United States Attorney

KIRK T. MANHARDT
Director

MICHAEL J. QUINN
Senior Litigation Counsel

Dated: June 23, 2025                    */s/ Thomas W. Ports, Jr.*

THOMAS W. PORTS, Jr. (Va. Bar No. 84321)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1105
Email: thomas.ports@usdoj.gov

ANUJ KHETARPAL
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3658
Anuj.Khetarpal@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 23, 2025                     */s/ Thomas W. Ports, Jr.*
                                            Thomas W. Ports, Jr.

3