**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number: 25cv10814-WGY

USCA Docket Number: 25-1612

COMMONWEALTH OF MASSACHUSETTS ET AL

v.

ROBERT F. KENNEDY, JR. ET AL

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed _____ paper documents __X__ electronic documents:

**Main Documents:**

Document Numbers: ECF NO. 160

**Other Documents:**

Sealed Records:

Document Numbers: _____

*Ex parte* Records:

Document Numbers: _____

are to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on JUNE 24, 2025.

ROBERT M. FARRELL
Clerk of Court

By: /s/MATTHEW A. PAINE
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:25−cv−10814−WGY</u>

| | |
|---|---|
| Commonwealth of Massachusetts et al v. Kennedy, Jr. et al | Date Filed: 04/04/2025 |
| Assigned to: Judge William G. Young | Jury Demand: None |
| related Case:  1:25−cv−10787−WGY | Nature of Suit: 899 Other Statutes: |
| Case in other court:  USCA − First Circuit, 25−01612 | Administrative Procedures Act/Review or |
| Cause: 05:702 Administrative Procedure Act | Appeal of Agency Decision |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Commonwealth of Massachusetts**                      represented by    **Gerard J. Cedrone**
Massachusetts Attorney General's Office
One Ashburton Place
20th Floor
Boston, MA 02108
617−963−2282
Email: <u>gerard.cedrone@mass.gov</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson T Slater**
Massachusetts Attorney General's Office
1 Ashburton Place
Boston, MA 02108
617−727−2200
Email: <u>allyson.slater@mass.gov</u>
*ATTORNEY TO BE NOTICED*

**Chris Pappavaselio**
Massachusetts Attorney General's Office
One Ashburton Place
Boston, MA 02108
213−219−0765
Email: <u>chris.pappavaselio2@mass.gov</u>
*ATTORNEY TO BE NOTICED*

**Katherine B. Dirks**
Massachusetts Attorney General's Office
1 Ashburton Pl.
Ste 20th Floor
Boston, MA 02478
617−963−2277
Email: <u>katherine.dirks@mass.gov</u>
*ATTORNEY TO BE NOTICED*

**Phoebe Lockhart**
Massachusetts Attorney General's Office

1

One Ashburton Place
Boston, MA 02108
617–963–2663
Email: phoebe.lockhart@mass.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617–963–2382
Email: rachel.brown@mass.gov
*ATTORNEY TO BE NOTICED*

**Vanessa Azniv Arslanian**
Office of Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
617–963–2107
Email: vanessa.arslanian@mass.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**    represented by    **Daniel Ambar**
Office of The Attorney General
Healthcare Rights and Access Section
300 S. Spring St.
Suite 1702
Los Angeles, CA 90013
213–453–3598
Email: daniel.ambar@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Hilary Ann Burke Chan**
Office of The Attorney General
Public Rights Division
1515 Clay Street
Oakland, CA 94612
510–879–1499
Email: hilary.chan@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia TonNu**
Office of The Attorney General
Healthcare Rights & Access
455 Golden Gate Avenue
Suite #11000

2

San Francisco, CA 94102
415−510−3529
Email: sophia.tonnu@doj.ca.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Emilio Eugene Varanini , IV**
Office of the California Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415−703−5908
Email: emilio.varanini@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Kathleen Boergers**
Office of The Attorney General
1515 Clay Street
Ste 20th Floor
Oakland, CA 94612
510−879−0011
Email: kathleen.boergers@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Ketakee Rajiv Kane**
Office of The Attorney General
1515 Clay Street
Oakland, CA 94612
510−879−1519
Email: ketakee.kane@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Nimrod Pitsker Elias**
Office of the Attorney General
1515 Clay Street
Ste. 2000
Oakland, CA 94612
510−879−0012
Email: nimrod.elias@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Maryland**                     represented by  **James C. Luh**
Office of the Attorney General− State of
Maryland
200 Saint Paul Place
Baltimore, MD 21202

3

410−576−6411
Email: jluh@oag.state.md.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Washington                     represented by  **Andrew R.W. Hughes**
                                                        State of Washington Attorney General's
                                                        Office
                                                        Complex Litigation
                                                        800 Fifth Avenue
                                                        Suite 2000
                                                        Seattle, WA 98104
                                                        206−464−7744
                                                        Email: andrew.hughes@atg.wa.gov
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rachel M. Brown**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Tyler S. Roberts**
                                                        State of Washington Attorney General's
                                                        Office
                                                        800 Fifth Avenue
                                                        Suite 2000
                                                        Seattle, WA 98104
                                                        206−521−3683
                                                        Fax: 206−587−4229
                                                        Email: tyler.roberts@atg.wa.gov
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Arizona                        represented by  **Joshua Nomkin**
                                                        Arizona Attorney General's Office
                                                        2005 N. Central Avenue
                                                        Phoenix, AZ 85004
                                                        602−542−4288
                                                        Fax: 602−542−8308
                                                        Email: joshua.nomkin@azag.gov
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Rachel M. Brown**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

4

**State of Colorado**                                          represented by   **Shannon Wells Stevenson**
Colorado Department of Law
Office of the Attorney General
1300 Broadway
Denver, CO 80203
720–508–6749
Email: shannon.stevenson@coag.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Kelsey Peach**
Colorado Department of Law
1300 Broadway, 6th Floor
Denver, CO 80203
720–508–6156
Fax: 720–508–6041
Email: lauren.peach@coag.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**                                          represented by   **Ian Liston**
Delaware Department of Justice
Fraud and Consumer Protection Division,
White Collar Crime U
820 North French Street
Wilmington, DE 19801
302–683–8875
Email: ian.liston@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Vanessa L Kassab**
Delaware Department of Justice
Division of Fraud and Consumer
Protection
Carvel State Building
820 N. French St.
Wilmington, DE 19801
302–683–8881
Email: vanessa.kassab@delaware.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**                    represented by    **David Dana Day**
State of Hawaii – Department of the
Attorney General
Appellate Division
425 Queen Street
Honolulu, HI 96813
808−586−1346
Email: david.d.day@hawaii.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kalikoonalani Diara Fernandes**
Department of the Attorney General, State
of Hawaii
425 Queen Street
Honolulu, HI 96813
808−586−1360
Email: kaliko.d.fernandes@hawaii.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**                    represented by    **Peter Farrell**
Office of the Minnesota Attorney General
445 Minnesota Street
Suite 600
St. Paul, MN 55101−2127
651−757−1424
Email: peter.farrell@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**                    represented by    **Heidi Parry Stern**
Nevada Attorney General's Office
Solicitor General
1 State of Nevada Way
Ste 100
Las Vegas, NV 89119

702−486−3594
Email: hstern@ag.nv.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of New Jersey** | represented by | **Bryce Kelly Hurst** |
| | | New Jersey Office of the Attorney General |
| | | 25 Market Street |
| | | P.O. Box 112 |
| | | Trenton, NJ 08625 |
| | | 609−376−2960 |
| | | Email: bryce.hurst@law.njoag.gov |
| | | *ATTORNEY TO BE NOTICED* |

**Nancy Trasande**
New Jersey Office of the Attorney General
124 Halsey Street
Ste 5th Floor
Newark, NJ 07102
609−696−5371
Email: nancy.trasande@law.njoag.gov
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of New Mexico** | represented by | **Astrid Carrete** |
| | | New Mexico Department of Justice |
| | | 201 3rd Street |
| | | Ste 300 |
| | | Albuquerque, NM 87102 |
| | | 505−859−6356 |
| | | Email: acarrete@nmdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **State of New York** | represented by | **Molly Thomas−Jensen** |
| | | NYS Office of The Attorney General |
| | | 28 Liberty Street |

18th Floor
New York, NY 10005
212–416–8679
Email: molly.thomas–jensen@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rabia Muqaddam**
NYS Office of The Attorney General
28 Liberty St.
New York, NY 10005
917–715–4172
Email: rabia.muqaddam@ag.ny.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Oregon                    represented by   **Christina Beatty–Walters**
Oregon Department of Justice
100 SW Market St
Portland, OR 97201
971–673–1880
Email: tina.beattywalters@doj.oregon.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

State of Rhode Island              represented by   **Jordan Broadbent**
RI Department of Attorney General
150 South Main Street
Providence, RI 02903
401–274–4400
Email: jbroadbent@riag.ri.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Wisconsin**                    represented by    **Lynn Kristine Lodahl**
Wisconsin Department of Justice
17 West Main Street
Madison, WI 53703
608–264–6219
Email: lodahllk@doj.state.wi.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Rachel M. Brown**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robert F. Kennedy, Jr.**                represented by    **Thomas Ports , Jr**
*in his official capacity as Secretary of*                  DOJ–Enrd
*Health and Human Services*                                P.O. Box 875
Ben Franklin Station
Washington, DC 20044
202–307–1105
Email: thomas.ports@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617–823–6325
Email: Anuj.Khetarpal@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Department of Health**    represented by    **Thomas Ports , Jr**
**and Human Services**                                     (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jayanta Bhattacharya**                  represented by    **Thomas Ports , Jr**
*in his official capacity as Director of the*              (See above for address)
*National Institutes of Health*                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institutes of Health          represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Cancer Institute          represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Eye Institute          represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Heart, Lung, and Blood
Institute          represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Human Genome Research
Institute          represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute on Aging                    represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute on Alcohol Abuse            represented by   **Thomas Ports , Jr**
and Alcoholism                                                  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute of Allergy and              represented by   **Thomas Ports , Jr**
Infectious Diseases                                             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute of Arthritis and            represented by   **Thomas Ports , Jr**
Musculoskeletal and Skin Diseases                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute of Biomedical               represented by   **Thomas Ports , Jr**
Imaging and Bioengineering                                      (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Eunice Kennedy Shriver National
Institute of Child Health and Human
Development**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Deafness and
Other Communication Disorders**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Dental and
Craniofacial Research**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Diabetes and
Digestive and Kidney Diseases**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Drug Abuse**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Environmental Health Sciences**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of General Medical Sciences**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Mental Health**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute on Minority Health and Health Disparities**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Institute of Neurological Disorders and Stroke**

represented by **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Institute of Nursing Research        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Library of Medicine        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Center for Advancing
Translational Sciences        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

John E. Fogarty International Center
for Advanced Study in the Health
Sciences        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

National Center for Complementary
and Integrative Health        represented by    **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NIH Center for Scientific Review**                represented by   **Thomas Ports , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Anuj K. Khetarpal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of American Medical**            represented by   **Amish Aajay Shah**
**Colleges (AAMC)**                                                 Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Washington, DC 20006
202–508–4791
Email: amish.shah@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
Ropes & Gray LLP
2099 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006–6807
202–508–4859
Fax: 202–383–9334
Email: stephanie.webster@ropesgray.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**The American Association of State**              represented by   **Amish Aajay Shah**
**Colleges and Universities (AASCU)**                               (See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The American Council on Education**             represented by   **Amish Aajay Shah**
**(ACE)**                                                          (See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of American
Universities (AAU)**

represented by **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of Governing Boards
of Universities and Colleges (AGB)**

represented by **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Association of Public and
Land–Grant Universities (APLU)**

represented by **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**COGR**

represented by **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The National Association of
Independent Colleges and Universities
(NAICU)**

represented by **Amish Aajay Shah**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephanie A. Webster**
(See above for address)
*ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2025 | 1 | COMPLAINT *For Declaratory and Injunctive Relief* against All Defendants Filing fee: $ 405, receipt number AMADC–10933014 (Fee Status: Filing Fee paid), filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Civil Cover Sheet, # 2 Category Form)(Cedrone, Gerard) Modified on 4/4/2025 to correct docket text (SP). (Entered: 04/04/2025) |
| 04/04/2025 | 2 | ELECTRONIC NOTICE of Case Assignment. Judge Brian E. Murphy assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (NMC) (Entered: 04/04/2025) |
| 04/04/2025 | 3 | Summons Issued as to All Defendants. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (SP) (Entered: 04/04/2025) |
| 04/04/2025 | 4 | NOTICE of Appearance by Rachel M. Brown on behalf of Commonwealth of Massachusetts (Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 5 | NOTICE of Appearance by Chris Pappavaselio on behalf of Commonwealth of Massachusetts (Pappavaselio, Chris) (Entered: 04/04/2025) |
| 04/04/2025 | 6 | NOTICE of Appearance by Vanessa Azniv Arslanian on behalf of Commonwealth of Massachusetts (Arslanian, Vanessa) (Entered: 04/04/2025) |
| 04/04/2025 | 7 | NOTICE of Appearance by Allyson T Slater on behalf of Commonwealth of Massachusetts (Slater, Allyson) (Entered: 04/04/2025) |
| 04/04/2025 | 8 | Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Attachments: # 1 Text of Proposed Order)(Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 9 | MEMORANDUM in Support re 8 Emergency MOTION for Temporary Restraining Order filed by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 10 | MOTION for Leave to File Excess Pages *(re ECF No. 9, Memorandum in Support of Motion for Temproary Restraining Order)* by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii.(Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 11 | NOTICE of Appearance by Katherine B. Dirks on behalf of Commonwealth of Massachusetts (Dirks, Katherine) (Entered: 04/04/2025) |
| 04/04/2025 | 12 | |

| | | |
|---|---|---|
| | | DECLARATION re 8 Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii. (Attachments: # 1 Exhibit 1, EO 14151, # 2 Exhibit 2, EO 14168, # 3 Exhibit 3, EO 14173, # 4 Exhibit 4, HHS Directive 2.10.25, # 5 Exhibit 5, Lauer Memo 2.12.25, # 6 Exhibit 6, NIH Guidance 2.13.25, # 7 Exhibit 7, DOGE Tweet 2.28.25, # 8 Exhibit 8, DEI Staff Guidance 3.4.25, # 9 Exhibit 9, Bulls Email 3.13.25, # 10 Exhibit 10, Staff Guidance and Appendices 3.25.25, # 11 Exhibit 11, NIHGPS Excerpts, # 12 Exhibit 12, MA Barton Dec., # 13 Exhibit 13, AZ Wilder Dec., # 14 Exhibit 14, CA Madanat Dec., # 15 Exhibit 15, CA Raman Dec., # 16 Exhibit 16, DE Garcia−Diaz Dec., # 17 Exhibit 17, HI Syrmos Dec., # 18 Exhibit 18, MD Pines Dec., # 19 Exhibit 19, MD Jarrell Dec., # 20 Exhibit 20, NJ Farmer Dec., # 21 Exhibit 21, NV Tracy Dec., # 22 Exhibit 22, NV Hatchett Dec., # 23 Exhibit 23, NY Murphy Dec., # 24 Exhibit 24, NY Shurtleff Dec., # 25 Exhibit 25, NY Hequembourg Dec., # 26 Exhibit 26, RI Jenkins Dec., # 27 Exhibit 27, WA Ostendorf Dec., # 28 Exhibit 28, WA Supp. Ostendorf Dec., # 29 Exhibit 29, WI Grejner−Brzezinska Dec., # 30 Exhibit 30, WI Moreno Dec., # 31 Exhibit 31, WI Nambisan Dec., # 32 Exhibit 32, WI OConnor Dec., # 33 Exhibit 33, WI Shorey Dec., # 34 Exhibit 34, OR Barr−Gillespie Dec., # 35 Exhibit 35, SF Philip Dec., # 36 Exhibit 36, CA Maldonado Dec., # 37 Exhibit 37, Berg Dec., # 38 Exhibit 38, Jaime Dec.)(Pappavaselio, Chris) (Entered: 04/04/2025) |
| 04/04/2025 | 13 | NOTICE of Appearance by Gerard J. Cedrone on behalf of Commonwealth of Massachusetts (Cedrone, Gerard) (Entered: 04/04/2025) |
| 04/04/2025 | 14 | Judge Brian E. Murphy: ELECTRONIC ORDER granting 10 Motion for Leave to File Excess Pages. (BIB) (Entered: 04/04/2025) |
| 04/04/2025 | 15 | Judge Brian E. Murphy: SHORT ORDER OF NOTICE...Plaintiffs' Complaint, Motion for Temporary Restraining Order and all supporting documents filed in this case shall be served on the Defendants, with a copy of this Order no later than Monday, April 7, 2025. Defendants shall file a response to the 8 Motion for Temporary Restraining Order no later than Wednesday, April 9, 2025.<br><br>A hearing is SCHEDULED for Tuesday, April 15, 2025 at 2:00 p.m. in Courtroom #12 before Judge Brian E. Murphy. (BIB) (Entered: 04/04/2025) |
| 04/04/2025 | 16 | MOTION for Leave to Appear Pro Hac Vice for admission of James C. Luh and Michael Drezner Filing fee: $ 250, receipt number AMADC−10934368 by State of Maryland.(Brown, Rachel) (Additional attachment(s) added on 4/4/2025: # 1 Certificate of James C. Luh, # 2 Certificate of Michael Drezner) (MBM). (Entered: 04/04/2025) |
| 04/04/2025 | 17 | MOTION for Leave to Appear Pro Hac Vice for admission of Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane Filing fee: $ 625, receipt number AMADC−10934443 by State of California. (Attachments: # 1 Certificate of Daniel Ambar, # 2 Certificate of Emilio Varanini, # 3 Certificate of Ketakee R. Kane, # 4 Certificate of Nimrod Pitsker Elias, # 5 Certificate of Sophia T. Tonnu)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 18 | MOTION for Leave to Appear Pro Hac Vice for admission of Peter J. Farrell Filing fee: $ 125, receipt number AMADC−10934469 by State of Minnesota. (Attachments: # 1 Certificate of Peter J. Farrell)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 19 | Judge Brian E. Murphy: AMENDED SHORT ORDER OF NOTICE...Plaintiffs shall file a reply brief no later than 3:00 p.m. on Friday, April 11, 2025. (BIB) (Entered: 04/04/2025) |

| 04/04/2025 | 20 | MOTION for Leave to Appear Pro Hac Vice for admission of Shannon Stevenson and Lauren Peach Filing fee: $ 250, receipt number AMADC–10934509 by State of Colorado. (Attachments: # 1 Certificate of Shannon Stevenson, # 2 Certificate of Lauren Peach)(Brown, Rachel) (Entered: 04/04/2025) |
|---|---|---|
| 04/04/2025 | 21 | MOTION for Leave to Appear Pro Hac Vice for admission of Molly Thomas–Jensen and Rabia Muqaddam Filing fee: $ 250, receipt number AMADC–10934710 by State of New York. (Attachments: # 1 Certificate of Molly Thomas–Jensen, # 2 Certificate of Rabia Muqaddam)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 22 | MOTION for Leave to Appear Pro Hac Vice for admission of Christina L. Beatty–Walters Filing fee: $ 125, receipt number AMADC–10934742 by State of Oregon. (Attachments: # 1 Certificate of Christina L. Beatty–Walters)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 23 | MOTION for Leave to Appear Pro Hac Vice for admission of Andrew R.W. Hughes and Tyler S. Roberts Filing fee: $ 250, receipt number AMADC–10934780 by State of Washington. (Attachments: # 1 Certificate of Andrew R. W. Hughes, # 2 Certificate of Tyler S. Roberts)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 24 | MOTION for Leave to Appear Pro Hac Vice for admission of Hilary Chan Filing fee: $ 125, receipt number AMADC–10934896 by State of California. (Attachments: # 1 Certificate of Hilary Chan)(Brown, Rachel) (Entered: 04/04/2025) |
| 04/04/2025 | 25 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 16 Motion for Leave to Appear Pro Hac Vice Added James C. Luh and Michael Drezner.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/04/2025) |
| 04/07/2025 | 26 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 18 Motion for Leave to Appear Pro Hac Vice Added Peter J. Farrell.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney. |

| | | |
|---|---|---|
| | | (MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 27 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 22 Motion for Leave to Appear Pro Hac Vice Added Christina L. Beatty−Walters.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 28 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 23 Motion for Leave to Appear Pro Hac Vice Added Andrew R.W. Hughes and Tyler S. Roberts.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 29 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 24 Motion for Leave to Appear Pro Hac Vice Added Hilary Chan.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 30 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 20 Motion for Leave to Appear Pro Hac Vice Added Shannon Stevenson and Lauren Peach.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register** |

| | | |
|---|---|---|
| | | for a PACER account, go the Pacer website at **https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 31 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 21 Motion for Leave to Appear Pro Hac Vice Added Molly Thomas–Jensen and Rabia Muqaddam.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 32 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 17 Motion for Leave to Appear Pro Hac Vice Added Emilio Varanini, Sophia T. Tonnu, Daniel D. Ambar, Nimrod Pitsker Elias, and Ketakee R. Kane.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 33 | NOTICE of Appearance by James C. Luh on behalf of State of Maryland (Luh, James) (Entered: 04/07/2025) |
| 04/07/2025 | 34 | NOTICE of Appearance by Anuj K. Khetarpal on behalf of Robert F. Kennedy, Jr., United States Department of Health and Human Services, Jayanta Bhattacharya, National Institutes of Health, National Cancer Institute, National Eye Institute, National Heart, Lung, and Blood |

| | | |
|---|---|---|
| | | Institute, National Human Genome Research Institute, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute on Deafness and Other Communication Disorders, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute on Drug Abuse, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute on Minority Health and Health Disparities, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Library of Medicine, National Center for Advancing Translational Sciences, John E. Fogarty International Center for Advanced Study in the Health Sciences, National Center for Complementary and Integrative Health, NIH Center for Scientific Review (Khetarpal, Anuj) (Entered: 04/07/2025) |
| 04/07/2025 | 35 | NOTICE of Appearance by Molly Thomas–Jensen on behalf of State of New York (Thomas–Jensen, Molly) (Entered: 04/07/2025) |
| 04/07/2025 | 36 | NOTICE of Appearance by Peter Farrell on behalf of State of Minnesota (Farrell, Peter) (Entered: 04/07/2025) |
| 04/07/2025 | 37 | MOTION for Leave to Appear Pro Hac Vice for admission of Joshua G. Nomkin Filing fee: $ 125, receipt number AMADC–10937197 by State of Arizona. (Attachments: # 1 Certificate of Joshua G. Nomkin)(Brown, Rachel) (Entered: 04/07/2025) |
| 04/07/2025 | 38 | NOTICE of Appearance by Daniel Ambar on behalf of State of California (Ambar, Daniel) (Entered: 04/07/2025) |
| 04/07/2025 | 39 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 37 Motion for Leave to Appear Pro Hac Vice Added Joshua G. Nomkin. <br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm. <br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br>(MBM) (Entered: 04/07/2025) |
| 04/07/2025 | 40 | NOTICE of Appearance by Rabia Muqaddam on behalf of State of New York (Muqaddam, Rabia) (Entered: 04/07/2025) |
| 04/07/2025 | 41 | NOTICE of Appearance by Sophia TonNu on behalf of State of California (TonNu, Sophia) (Entered: 04/07/2025) |
| 04/07/2025 | 42 | NOTICE of Appearance by Emilio Eugene Varanini, IV on behalf of State of California (Varanini, Emilio) (Entered: 04/07/2025) |
| 04/07/2025 | 43 | |

| | | |
|---|---|---|
| | | MOTION for Leave to Appear Pro Hac Vice for admission of Kathleen Boergers Filing fee: $ 125, receipt number AMADC–10938287 by State of California. (Attachments: # 1 Certificate of Kathleen Boergers)(Brown, Rachel) (Entered: 04/07/2025) |
| 04/08/2025 | 44 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 43 Motion for Leave to Appear Pro Hac Vice Added Kathleen Boergers.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/08/2025) |
| 04/08/2025 | 45 | NOTICE of Appearance by Lauren Kelsey Peach on behalf of State of Colorado (Peach, Lauren) (Entered: 04/08/2025) |
| 04/08/2025 | 46 | MOTION for Leave to Appear Pro Hac Vice for admission of Lynn K. Lodahl Filing fee: $ 125, receipt number AMADC–10939698 by State of Wisconsin. (Attachments: # 1 Certificate of Lynn K. Lodahl)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 47 | MOTION for Leave to Appear Pro Hac Vice for admission of Jordan Broadbent Filing fee: $ 125, receipt number AMADC–10939713 by State of Rhode Island. (Attachments: # 1 Certificate of Jordan Broadbent)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 48 | MOTION for Leave to Appear Pro Hac Vice for admission of Kalikoonlani D. Fernandes and David D. Day Filing fee: $ 250, receipt number AMADC–10940489 by State of Hawaii. (Attachments: # 1 Certificate of Kalikoonlani D. Fernandes, # 2 Certificate of David D. Day)(Brown, Rachel) (Entered: 04/08/2025) |
| 04/08/2025 | 49 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 46 Motion for Leave to Appear Pro Hac Vice Added Lynn K. Lodahl.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register–account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen–pro–hac–vice.htm.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/08/2025) |

| 04/08/2025 | 50 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>47</u> Motion for Leave to Appear Pro Hac Vice Added Jordan Broadbent.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(MBM) (Entered: 04/08/2025) |
| --- | --- | --- |
| 04/08/2025 | 51 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>48</u> Motion for Leave to Appear Pro Hac Vice Added Kalikoonlani D. Fernandes and David D. Day.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account.<br><br>(MBM) (Entered: 04/08/2025) |
| 04/08/2025 | 52 | NOTICE of Appearance by Jordan Broadbent on behalf of State of Rhode Island (Broadbent, Jordan) (Entered: 04/08/2025) |
| 04/08/2025 | 53 | NOTICE of Appearance by Joshua Nomkin on behalf of State of Arizona (Nomkin, Joshua) (Entered: 04/08/2025) |
| 04/08/2025 | 54 | SUMMONS Returned Executed by State of Delaware, State of California, Commonwealth of Massachusetts, State of Wisconsin, State of Oregon, State of Nevada, State of New Jersey, State of New York, State of Colorado, State of Maryland, State of Minnesota, State of New Mexico, State of Rhode Island, State of Hawaii, State of Washington, State of Arizona. (Attachments: # <u>1</u> Exhibit Declaration of Service)(Pappavaselio, Chris) (Entered: 04/08/2025) |
| 04/08/2025 | 55 | NOTICE of Appearance by Kalikoonalani Diara Fernandes on behalf of State of Hawaii (Fernandes, Kalikoonalani) (Entered: 04/08/2025) |
| 04/08/2025 | 56 | NOTICE of Appearance by David Dana Day on behalf of State of Hawaii (Day, David) (Entered: 04/08/2025) |
| 04/08/2025 | 57 | NOTICE of Appearance by Thomas Ports, Jr on behalf of Robert F. Kennedy, Jr., United States Department of Health and Human Services, Jayanta Bhattacharya, National Institutes of Health, National Cancer Institute, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute on Deafness and Other Communication Disorders, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute on Drug Abuse, National Institute of Environmental Health Sciences, National Institute of General Medical |

| | | |
|---|---|---|
| | | Sciences, National Institute of Mental Health, National Institute on Minority Health and Health Disparities, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Library of Medicine, National Center for Advancing Translational Sciences, John E. Fogarty International Center for Advanced Study in the Health Sciences, National Center for Complementary and Integrative Health, NIH Center for Scientific Review (Ports, Thomas) (Entered: 04/08/2025) |
| 04/08/2025 | 58 | Assented to MOTION to Set a Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and NOTICE of Withdrawal of Plaintiffs' Motion for a Temporary Restraining Order re 8 Emergency MOTION for Temporary Restraining Order by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota.(Cedrone, Gerard) (Entered: 04/09/2025) |
| 04/09/2025 | 59 | Judge Brian E. Murphy: ELECTRONIC ORDER GRANTING 58 Assented to MOTION to Set a Briefing Schedule on Plaintiffs' Motion for a Preliminary Injunction and NOTICE of Withdrawal of Plaintiffs' Motion for a Temporary Restraining Order. The 8 Emergency Motion for a Temporary Restraining Order is WITHDRAWN. Briefing schedule for the Motion for Preliminary Injunction is ADOPTED and hearing is set.<br><br>**BRIEFING SCHEDULE:**<br>Plaintiffs' Motion for Preliminary Injunction shall be filed 4/14/2025.<br>Oppositions to Motion for Preliminary Injunction shall be filed by 4/30/2025.<br>Replies shall be filed by 5/5/2025.<br><br>**NOTICE OF HEARING:**<br>Hearing on Motion for Preliminary Injunction is scheduled for 5/9/2025 at 1:30 p.m. in Courtroom 12 (In person only) before Judge Brian E. Murphy.<br>(BIB) (Entered: 04/09/2025) |
| 04/09/2025 | 60 | MOTION for Leave to Appear Pro Hac Vice for admission of Vanessa L. Kassab Filing fee: $ 125, receipt number AMADC–10942197 by State of Delaware. (Attachments: # 1 Certificate of Vanessa Kassab)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 61 | MOTION for Leave to Appear Pro Hac Vice for admission of Astrid Carrete Filing fee: $ 125, receipt number AMADC–10942213 by State of New Mexico. (Attachments: # 1 Certificate of Astrid Carrete)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 62 | NOTICE of Appearance by Nimrod Pitsker Elias on behalf of State of California (Elias, Nimrod) (Entered: 04/09/2025) |
| 04/09/2025 | 63 | NOTICE of Appearance by Tyler S. Roberts on behalf of State of Washington (Roberts, Tyler) (Entered: 04/09/2025) |
| 04/09/2025 | 64 | MOTION for Leave to Appear Pro Hac Vice for admission of Heidi Parry Stern Filing fee: $ 125, receipt number AMADC–10942950 by State of Nevada. (Attachments: # 1 Certificate of Heidi Parry Stern)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 65 | MOTION for Leave to Appear Pro Hac Vice for admission of Nancy Trasande and Bryce K. Hurst Filing fee: $ 250, receipt number AMADC–10942961 by State of New Jersey. (Attachments: # 1 Certificate of Nancy Trasande, # 2 Certificate of Bryce K. Hurst)(Brown, Rachel) (Entered: 04/09/2025) |
| 04/09/2025 | 66 | |

| | | |
|---|---|---|
| | | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>60</u> Motion for Leave to Appear Pro Hac Vice Added Vanessa L. Kassab.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at <u>https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account</u>.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 67 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>61</u> Motion for Leave to Appear Pro Hac Vice Added Astrid Carrete.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register−account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm</u>.<br><br>A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 68 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>64</u> Motion for Leave to Appear Pro Hac Vice Added Heidi Parry Stern.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at <u>https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account</u>.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 69 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting <u>65</u> Motion for Leave to Appear Pro Hac Vice Added Nancy Trasande and Bryce K. Hurst.<br><br>**Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at <u>https://pacer.uscourts.gov/register−account</u>. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.**<br><br>Pro Hac Vice Admission Request Instructions <u>https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm</u>. |

| | | |
|---|---|---|
| | | A Notice of Appearance must be entered on the docket by the newly admitted attorney.<br><br>(MBM) (Entered: 04/09/2025) |
| 04/09/2025 | 70 | NOTICE of Appearance by Hilary Ann Burke Chan on behalf of State of California (Burke Chan, Hilary) (Entered: 04/09/2025) |
| 04/10/2025 | 71 | NOTICE of Appearance by Shannon Wells Stevenson on behalf of State of Colorado (Stevenson, Shannon) (Entered: 04/10/2025) |
| 04/10/2025 | 72 | NOTICE of Appearance by Heidi Parry Stern on behalf of State of Nevada (Stern, Heidi) (Entered: 04/10/2025) |
| 04/14/2025 | 73 | NOTICE of Appearance by Bryce Kelly Hurst on behalf of State of New Jersey (Hurst, Bryce) (Entered: 04/14/2025) |
| 04/14/2025 | 74 | NOTICE of Appearance by Nancy Trasande on behalf of State of New Jersey (Trasande, Nancy) (Entered: 04/14/2025) |
| 04/14/2025 | 75 | AMENDED COMPLAINT *for Declaratory and Injunctive Relief* against All Defendants, filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Colorado, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Exhibit 1 (Notice Pause Directive), # 2 Exhibit 2 (Secretarial Directive), # 3 Exhibit 3 (Lauer Memorandum), # 4 Exhibit 4 (Supplemental Lauer Memorandum), # 5 Exhibit 5 (Priorities Directive), # 6 Exhibit 6 (Award Revision Guidance), # 7 Exhibit 7 (Revised Priorities Directive))(Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/14/2025 | 76 | MOTION for Preliminary Injunction by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Text of Proposed Order)(Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/14/2025 | 77 | DECLARATION re 76 MOTION for Preliminary Injunction by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Attachments: # 1 Exhibit 1, EO 14151, # 2 Exhibit 2, EO 14168, # 3 Exhibit 3, EO 14173, # 4 Exhibit 4, HHS Directive 2.10.25, # 5 Exhibit 5, Lauer Memo 2.12.25, # 6 Exhibit 6, NIH Guidance 2.13.25, # 7 Exhibit 7, DOGE Tweet 2.28.25, # 8 Exhibit 8, DEI Staff Guidance 3.4.25, # 9 Exhibit 9, Bulls Email 3.13.25, # 10 Exhibit 10, Staff Guidance and Appendices 3.25.25 (Updated), # 11 Exhibit 11, NIHGPS Excerpts (Updated), # 12 Exhibit 12, MA Barton Dec., # 13 Exhibit 13, AZ Wilder Dec., # 14 Exhibit 14, CA Madanat Dec., # 15 Exhibit 15, CA Raman Dec., # 16 Exhibit 16, DE Garcia–Diaz Dec., # 17 Exhibit 17, HI Syrmos Dec. (Updated), # 18 Exhibit 18, MD Pines Dec., # 19 Exhibit 19, MD Jarrell Dec. (Updated), # 20 Exhibit 20, NJ Farmer Dec., # 21 Exhibit 21, NV Tracy Dec., # 22 Exhibit 22, NV Hatchett Dec., # 23 Exhibit 23, NY Murphy Dec., # 24 Exhibit 24, NY Shurtleff Dec., # 25 Exhibit 25, NY Hequembourg Dec., # 26 Exhibit 26, RI Jenkins Dec., # 27 Exhibit 27, WA Ostendorf Dec., # 28 Exhibit 28, WA Supp. Ostendorf Dec., # 29 Exhibit 29, WI Grejner–Brzezinska Dec., # 30 Exhibit 30, WI Moreno Dec., # 31 Exhibit 31, WI Nambisan Dec., # 32 Exhibit 32, WI OConnor Dec., # 33 Exhibit 33, WI Shorey Dec., # 34 Exhibit 34, OR Barr–Gillespie Dec., # 35 Exhibit 35, SF Philip Dec., # 36 Exhibit 36, CA Maldonado Dec., # 37 Exhibit 37, Berg Dec., # 38 Exhibit 38, Jaime Dec., # 39 Exhibit 39 |

| | | |
|---|---|---|
| | | Jan 21 Pause Guidance, # <u>40</u> Exhibit 40 Hutchings Dec, # <u>41</u> Exhibit 41 Bulls Deposition, # <u>42</u> Exhibit 42 Atlantic Article, # <u>43</u> Exhibit 43 Advisory Council Agendas, # <u>44</u> Exhibit 44 AACR Article, # <u>45</u> Exhibit 45 MA Barton Supp Dec, # <u>46</u> Exhibit 46 AZ Morton Dec, # <u>47</u> Exhibit 47 AZ Wilder Supp Dec, # <u>48</u> Exhibit 48 CA Crawford Dec, # <u>49</u> Exhibit 49 CA Kitchell Dec, # <u>50</u> Exhibit 50 WI Pool Dec, # <u>51</u> Exhibit 51 NJ Kean Dec, # <u>52</u> Exhibit 52 NJ Pelesko Dec, # <u>53</u> Exhibit 53 NJ Farmer Supp Dec, # <u>54</u> Exhibit 54 NM Reddi Dec, # <u>55</u> Exhibit 55 NM Lusetti Dec, # <u>56</u> Exhibit 56 NM Richards Dec, # <u>57</u> Exhibit 57 OR Forrest Dec, # <u>58</u> Exhibit 58 OR Tankersly Dec, # <u>59</u> Exhibit 59 OR Razdan Dec, # <u>60</u> Exhibit 60 RI Jenkins Supp Dec, # <u>61</u> Exhibit 61 Berg Supp Dec, # <u>62</u> Exhibit 62 CA Raman Supp Dec, # <u>63</u> Exhibit 63 CA Riggs Supp Dec, # <u>64</u> Exhibit 64 MN Shashank Dec, # <u>65</u> Exhibit 65 CA Collard Dec)(Pappavaselio, Chris) (Entered: 04/14/2025) |
| 04/14/2025 | <u>78</u> | MEMORANDUM in Support re <u>76</u> MOTION for Preliminary Injunction filed by State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Wisconsin, Commonwealth of Massachusetts, State of California, State of Maryland, State of Washington, State of Arizona, State of Delaware, State of Hawaii, State of Minnesota. (Cedrone, Gerard) (Entered: 04/14/2025) |
| 04/17/2025 | <u>79</u> | MOTION for Leave to File *Amici Curiae Brief (unopposed)* by The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land–Grant Universities, The National Association of Independent Colleges and Universities, COGR. (Attachments: # <u>1</u> Proposed Brief of Amici Curiae)(Bueker, John) (Entered: 04/17/2025) |
| 04/17/2025 | 80 | Amicus Curiae APPEARANCE entered by John P. Bueker on behalf of The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land–Grant Universities, The National Association of Independent Colleges and Universities, COGR. (Bueker, John) (Entered: 04/17/2025) |
| 04/17/2025 | 81 | Amicus Curiae APPEARANCE entered by Douglas Hallward–Driemeier on behalf of The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land–Grant Universities, The National Association of Independent Colleges and Universities, COGR. (Hallward–Driemeier, Douglas) (Entered: 04/17/2025) |
| 04/17/2025 | 82 | MOTION for Leave to Appear Pro Hac Vice for admission of Stephanie A. Webster Filing fee: $ 125, receipt number AMADC–10959319 by The Association of American Medical Colleges, The American Association of State Colleges and Universities, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land–Grant Universities, The National Association of Independent Colleges and Universities, COGR.(Bueker, John) (Entered: 04/17/2025) |
| 04/17/2025 | 83 | MOTION for Leave to Appear Pro Hac Vice for admission of Amish A. Shah Filing fee: $ 125, receipt number AMADC–10959604 by The Association of American Medical Colleges, The American Council on Education, The Association of American Universities, The Association of Governing Boards of Universities and Colleges, The Association of Public and Land–Grant Universities, The National Association of Independent Colleges and |

| | | |
|---|---|---|
| | | Universities, COGR.(Bueker, John) (Entered: 04/17/2025) |
| 04/18/2025 | 84 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 79 Motion for Leave to File *Amici Curiae Brief* ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 85 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 82 Motion for Leave to Appear Pro Hac Vice Added Stephanie A. Webster. <br><br> **Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen−current−pacer−accounts.htm#link−account. <br><br> (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 86 | AMICUS BRIEF filed by The Association of American Medical Colleges (AAMC), The American Association of State Colleges and Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land−Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU) . (Bueker, John) (Entered: 04/18/2025) |
| 04/18/2025 | 87 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 83 Motion for Leave to Appear Pro Hac Vice Added Amish A. Shah. <br><br> **Attorneys admitted Pro Hac Vice must have an individual PACER account, not a shared firm account, to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account. You must put the docket number under ADDITIONAL FILER INFORMATION on your form when registering or it will be rejected.** <br><br> Pro Hac Vice Admission Request Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−hac−vice.htm. <br><br> A Notice of Appearance must be entered on the docket by the newly admitted attorney. <br><br> (MBM) (Entered: 04/18/2025) |
| 04/18/2025 | 88 | Amicus Curiae APPEARANCE entered by Stephanie A. Webster on behalf of The Association of American Medical Colleges (AAMC), The American Association of State Colleges and Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land−Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU). (Webster, Stephanie) (Entered: 04/18/2025) |
| 04/18/2025 | 89 | Amicus Curiae APPEARANCE entered by Amish Aajay Shah on behalf of The Association of American Medical Colleges (AAMC), The American Association of State Colleges and |

| | | |
|---|---|---|
| | | Universities (AASCU), The American Council on Education (ACE), The Association of American Universities (AAU), The Association of Governing Boards of Universities and Colleges (AGB), The Association of Public and Land–Grant Universities (APLU), COGR, The National Association of Independent Colleges and Universities (NAICU). (Shah, Amish) (Entered: 04/18/2025) |
| 04/22/2025 | 90 | NOTICE of Appearance by Ketakee Rajiv Kane on behalf of State of California (Kane, Ketakee) (Entered: 04/22/2025) |
| 04/24/2025 | 91 | NOTICE of Appearance by Lynn Kristine Lodahl on behalf of State of Wisconsin (Lodahl, Lynn) (Entered: 04/24/2025) |
| 04/28/2025 | 92 | NOTICE of Appearance by Astrid Carrete on behalf of State of New Mexico (Carrete, Astrid) (Entered: 04/28/2025) |
| 04/28/2025 | 93 | NOTICE of Appearance by Astrid Carrete on behalf of State of New Mexico (Carrete, Astrid) (Entered: 04/28/2025) |
| 04/28/2025 | 94 | NOTICE of Appearance by Andrew R.W. Hughes on behalf of State of Washington (Hughes, Andrew) (Entered: 04/28/2025) |
| 05/01/2025 | 95 | Opposition re 76 MOTION for Preliminary Injunction filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Attachments: # 1 Exhibit A – Examples of active, not terminated grants)(Ports, Thomas) (Entered: 05/01/2025) |
| 05/01/2025 | 96 | Consent MOTION for Extension of Time to May 1, 2025 to file opposition by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and |

| | | |
|---|---|---|
| | | Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services.(Ports, Thomas) (Entered: 05/01/2025) |
| 05/01/2025 | 97 | Judge Brian E. Murphy: ELECTRONIC ORDER entered granting 96 Consent MOTION for Extension of Time to May 1, 2025 to file opposition. (MBM) (Entered: 05/01/2025) |
| 05/01/2025 | 98 | Judge Brian E. Murphy: ELECTRONIC ORDER OF RECUSAL – In accordance with 28 U.S.C. § 455(a), I hereby recuse myself from this proceeding. The Clerk is directed to return the case for reassignment.<br>Associated Cases: 1:25–cv–10814–BEM, 1:25–cv–10787–BEM<br>(BIB) (Entered: 05/01/2025) |
| 05/01/2025 | 99 | ELECTRONIC NOTICE of Reassignment. Judge William G. Young added. Judge Brian E. Murphy no longer assigned to case. (CM) (Entered: 05/01/2025) |
| 05/02/2025 | 100 | ELECTRONIC NOTICE Resetting Hearing on Motion 76 MOTION for Preliminary Injunction : Motion Hearing reset for 5/8/2025 11:30 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young.<br>In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 05/02/2025) |
| 05/05/2025 | 101 | REPLY to Response to 76 MOTION for Preliminary Injunction filed by Commonwealth of Massachusetts, State of Arizona, State of California, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Attachments: # 1 Exhibit 1 (Declaration of Joshua Fessel), # 2 Exhibit 2 (Supp. Declaration of Ryan Hutchings), # 3 Exhibit 3 (Second Supp. Declaration of Jeremy M. Berg), # 4 Exhibit 4 (Supp. Declaration of Theresa A. Maldonado), # 5 Exhibit 5 (Declaration of Annika Barber))(Cedrone, Gerard) (Entered: 05/05/2025) |
| 05/06/2025 | 102 | NOTICE of Appearance by Kathleen Boergers on behalf of State of California (Boergers, Kathleen) (Entered: 05/06/2025) |
| 05/07/2025 | 103 | Notice of Supplemental Authorities re 76 MOTION for Preliminary Injunction (Attachments: # 1 Exhibit A – Decision in Rhode Island v. Trump)(Cedrone, Gerard) (Entered: 05/07/2025) |
| 05/08/2025 | 104 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Motion Hearing held on 5/8/2025 re 76 MOTION for Preliminary Injunction. Court hears argument on subject matter jurisdiction. Court takes the matter under advisement. If the Court determines it does have subject matter jurisdiction it will hold a case management conference May 13, 2025 at 2:00pm. Court requests plaintiffs to submit spreadsheet as discussed at the hearing by Tuesday, May 13th. Case Management Conference set for 5/13/2025 02:00 PM in Courtroom 18 (In person only with Remote Access Provided) before Judge William G. Young.). In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |

| | | |
|---|---|---|
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Gerard J. Cedrone, Chris Pappavaselio, Katherine B. Dirks, Rachel M. Brown, Vanessa Azniv Arslanian, and Sophia TonNu for plaintiffs and Thomas Ports, Jr, and Anuj K. Khetarpal for defendants) (KB) (Entered: 05/08/2025) |
| 05/12/2025 | 105 | **Judge William G. Young: ORDER entered.**<br><br>MEMORANDUM AND ORDER<br><br>ON SUBJECT MATTER JURISDICTION<br><br>(Sonnenberg, Elizabeth) (Entered: 05/12/2025) |
| 05/12/2025 | 106 | ELECTRONIC NOTICE of Hearing. Case Management Conference set for 5/13/2025 02:00 PM in Courtroom 18 (In person with remote access provided) before Judge William G. Young.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(KB) (Entered: 05/12/2025) |
| 05/12/2025 | 107 | Transcript of Preliminary Injunction held on May 8, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/2/2025. Redacted Transcript Deadline set for 6/12/2025. Release of Transcript Restriction set for 8/11/2025. (DRK) (Entered: 05/12/2025) |
| 05/12/2025 | 108 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/12/2025) |
| 05/13/2025 | 109 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Case Management Conference held on 5/13/2025. Court discusses next steps for the case. Court hears from the parties. The first portion of the case will focus on termination of grants. The defendants to file administrative records by June 2, 2025. Parties may file briefs. The Court sets a further hearing June 16, 2025 at 10:00am. The parties shall inform the Court if the June 16th hearing will be on the record submitted or if there is a dispute about whether evidence should be entered at the hearing. On the unreasonable delay issue the parties shall propose schedule(s) on this issue and the Court will set a further status conference on it. <Hearing set for 6/16/2025 10:00 AM in Courtroom 18 (In person with remote access provided) before Judge William G. Young. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |

| | | |
|---|---|---|
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>(Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Katherine Dirks, Rachel Brown, Daniel Ambar for the plaintiffs and Thomas Ports, Jr. and Anuj Khetarpal for the defendants) (KB) (Entered: 05/14/2025) |
| 05/16/2025 | 110 | Transcript of Case Management Conference held on May 13, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/6/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/14/2025. (DRK) (Entered: 05/19/2025) |
| 05/16/2025 | 111 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm (DRK) (Entered: 05/19/2025) |
| 05/23/2025 | 112 | ELECTRONIC NOTICE of Hearing. Status Conference re case management of related cases set for 6/3/2025 11:00 AM in Courtroom 18 (In person only) before Judge William G. Young. Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here.<br><br>Associated Cases: 1:25–cv–10787–WGY, 1:25–cv–10814–WGY(KB) (Entered: 05/23/2025) |
| 05/29/2025 | 113 | JOINT STATEMENT of counsel *regarding schedule for further proceedings*. (Cedrone, Gerard) (Entered: 05/29/2025) |
| 05/30/2025 | 114 | NOTICE of Appearance by Phoebe Lockhart on behalf of Commonwealth of Massachusetts (Lockhart, Phoebe) (Entered: 05/30/2025) |
| 06/02/2025 | 115 | NOTICE of Appearance by Vanessa L Kassab on behalf of State of Delaware (Kassab, Vanessa) (Entered: 06/02/2025) |
| 06/02/2025 | 116 | MOTION for Leave to Appear Pro Hac Vice for admission of Ian R. Liston Filing fee: $ 125, receipt number AMADC–11043181 by State of Delaware. (Attachments: # 1 Certificate of Ian R. Liston)(Brown, Rachel) (Entered: 06/02/2025) |
| 06/02/2025 | 117 | Judge William G. Young: ELECTRONIC ORDER entered granting 116 Motion for Leave to Appear Pro Hac Vice Added Ian R. Liston.<br><br>**Attorneys admitted Pro Hac Vice must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of Massachusetts. Counsel may need to link their CM/ECF account to their upgraded individual pacer account.** Instructions on how to link CM/ECF accounts to upgraded pacer account can be found at https://www.mad.uscourts.gov/caseinfo/nextgen–current–pacer–accounts.htm#link–account.<br><br>(MAP) (Entered: 06/02/2025) |

| | | |
|---|---|---|
| 06/02/2025 | 118 | NOTICE of Production of Administrative Record by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services (Attachments: # 1 Certification of Administrative Record)(Khetarpal, Anuj) (Entered: 06/02/2025) |
| 06/03/2025 | 119 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference held on 6/3/2025. Government has produced administrative record in both cases. The Court hears from parties in both cases regarding schedule and June 16th hearing. Court will hear argument on Phase 1 from 10am–1pm on June 16th in both cases. The Court adopts the proposed schedule filed in 25–cv–10814 Document 113 at page 2. The Court modifies the proposed schedule at page 4 as follows: By June 20, 2025, defendants may move to dismiss plaintiffs' claims related to alleged reasonable delay. By July 9, 2025, defendants must lodge the administrative record. Court and parties discuss phase II. Record to be supplemented as to the challenged directives as directed by the Court. If the case(s) were to resolve the parties shall inform the Clerk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Kenneth Parreno, Jessie Rossman, Olga Akselrod, Suzanne Schlossberg, Gerard Cedrone, Katherine Dirks, Phoebe Lockhart for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants) Associated Cases: 1:25–cv–10787–WGY, 1:25–cv–10814–WGY(KB) (Entered: 06/04/2025) |
| 06/04/2025 | 120 | NOTICE of Appearance by Ian Liston on behalf of State of Delaware (Liston, Ian) (Entered: 06/04/2025) |
| 06/05/2025 | 121 | Transcript of Status Conference held on June 3, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 6/26/2025. Redacted Transcript Deadline set for 7/7/2025. Release of Transcript Restriction set for 9/3/2025. Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY (DRK) (Entered: 06/05/2025) |
| 06/05/2025 | 122 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY(DRK) (Entered: 06/05/2025) |
| 06/05/2025 | 123 | STIPULATION *Regarding Phase One Schedule Modifications* by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, |

| | | |
|---|---|---|
| | | State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/05/2025) |
| 06/09/2025 | 124 | MOTION To Complete the Administrative Record by State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin.(Brown, Rachel) (Entered: 06/09/2025) |
| 06/09/2025 | 125 | TRIAL BRIEF by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/09/2025) |
| 06/09/2025 | 126 | MEMORANDUM OF LAW by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/09/2025) |
| 06/09/2025 | 127 | APPENDIX/EXHIBIT re 126 Memorandum of Law, *Proposed Order, Declaration, and Permanent Injunction* by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/09/2025) |
| 06/10/2025 | 128 | Judge William G. Young: ELECTRONIC ORDER entered **allowed** 124 MOTION To Complete the Administrative Record (MAP) (Entered: 06/10/2025) |
| 06/10/2025 | 129 | NOTICE by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin *regarding the June 16 Hearing* (Cedrone, Gerard) (Entered: 06/10/2025) |
| 06/11/2025 | 130 | ELECTRONIC NOTICE of Hearing. Final Pretrial Conference set for 6/12/2025 11:00 AM in Courtroom 18 (Remote only) before Judge William G. Young. Associated Cases: 1:25−cv−10787−WGY, 1:25−cv−10814−WGY(KB) (Entered: 06/11/2025) |
| 06/11/2025 | 131 | |

| | | |
|---|---|---|
| | | Certification of the Administrative Record (Updated) by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services re 118 Notice (Other),,,,,, (Attachments: # 1 Email, # 2 Certification, # 3 Ex A to certification, # 4 Ex B to certification, # 5 Ex C to certification, # 6 NIH_GRANTS_003825–3910, # 7 NIH_GRANTS_003911–3995, # 8 NIH_GRANTS_003996–4081, # 9 NIH_GRANTS_004082–4165, # 10 NIH_GRANTS_004166–4251, # 11 NIH_GRANTS_004252, # 12 NIH_GRANTS_004253–54, # 13 NIH_GRANTS_004255–57, # 14 NIH_GRANTS_004258–69, # 15 NIH_GRANTS_004270)(Ports, Thomas) Modified on 6/11/2025 (MAP). (Entered: 06/11/2025) |
| 06/12/2025 | 132 | Opposition re 124 MOTION To Complete the Administrative Record filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Attachments: # 1 Exhibit)(Khetarpal, Anuj) (Entered: 06/12/2025) |
| 06/12/2025 | 133 | Judge William G. Young: ELECTRONIC ORDER entered vacating 128 Order on 124 Motion to Complete Administrative Record. Motion allowed in part and denied in part as follows: A. Grants not terminated– Denied as moot B. Termination forms– Allowed. "Guidance" is not "deliberation." C. HHS and DOGE imput: Denied on the representation that such search has been made. D. AI Use: Allowed. E. Metadata: Denied without prejudice to seeking such discovery beyond the APA claims. F. Certification. Denied as moot. SO ORDERED(KB) (Entered: 06/12/2025) |
| 06/12/2025 | 136 | |

| | | |
|---|---|---|
| | | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Final Pretrial Conference held on 6/12/2025. Court and the parties discuss the record in the case. Court has administrative record as it has been provided. Plaintiffs have also filed records. Court hears parties on the matter. Court will review defendants' opposition to the motions to Complete Record. Court will hear oral argument on phase 1 of the case on Monday, June 16th at 10am. Each side will have one hour for argument (plaintiffs in both cases will have one hour combined). Parties to discuss proposed phase 2 schedule on Monday. Court has off the record portion of hearing regarding possibility of settlement. If the case were to settle in part or in whole the parties shall inform the Clerk. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Matthew Brinckerhoff, Jessie Rossman, Lisa Mankofsky, Max Roller Selver, Olga Akselrod, Rachel Anne Meeropol, Sydney Kathryn Zazzaro, Gerard Cedrone, Christopher Pappavaselio, Phoebe Lockhart, Rachel Brown, Vanessa Azniv Arslanian, Nimrod Pitsker Elias, Astrid Carrete, Jordan Broadbent for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants) Associated Cases: 1:25–cv–10787–WGY, 1:25–cv–10814–WGY(KB) (Entered: 06/13/2025) |
| 06/13/2025 | 134 | TRIAL BRIEF *in Response to Plaintiffs' Opening Briefs* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/13/2025) |
| 06/13/2025 | 135 | MEMORANDUM OF LAW by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin to 125 Trial Brief,,,,,. (Attachments: # 1 Appendix A – Plaintiffs' Response to Defendants' Identification of Grants)(Cedrone, Gerard) (Entered: 06/13/2025) |
| 06/13/2025 | 137 | Transcript of Final Pretrial held on June 12, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/7/2025. Redacted Transcript Deadline set for 7/14/2025. Release of Transcript Restriction set for 9/11/2025. Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY (DRK) (Entered: 06/13/2025) |
| 06/13/2025 | 138 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: |

| | | 1:25−cv−10814−WGY, 1:25-cv−10787−WGY(DRK) (Entered: 06/13/2025) |
|---|---|---|
| 06/13/2025 | 139 | NOTICE by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services *of Production of Administrative Record* (Attachments: # 1 Designation and Certification of Administrative Record)(Khetarpal, Anuj) (Entered: 06/13/2025) |
| 06/15/2025 | 140 | Joint MOTION for Protective Order by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin.(Cedrone, Gerard) (Entered: 06/15/2025) |
| 06/16/2025 | 141 | ELECTRONIC NOTICE of Hearing. Hearing set for 6/16/2025 at 2:00pm. (In person with remote access provided) Associated Cases: 1:25−cv−10787−WGY, 1:25−cv−10814−WGY(KB) (Entered: 06/16/2025) |
| 06/16/2025 | 142 | Judge William G. Young: STIPULATED PROTECTIVE ORDER entered. Granting (140) Joint Motion for Protective Order in case 1:25−cv−10814−WGY Associated Cases: 1:25−cv−10814−WGY, 1:25−cv−10787−WGY(KB) (Entered: 06/16/2025) |
| 06/16/2025 | 143 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial as to Phase 1 held on 6/16/2025.Court hears argument on Phase 1 of the case. Defendants ask Court to take Judicial Notice of the Federal Register Notices. Court takes Judicial Notice. Defendants move to admit into evidence 13 Certified records. No objection. Admitted as exhibit 1. Court takes the matter under advisement. Parties will inform the Court if they wish for the Court to reconvene in the afternoon or if they wish for the Court to hold off issuing a ruling as to Phase 1. The Court reconvenes in the afternoon. The Court announces the findings and rulings that it is able to make today. The challenged directives are vacated. A written order will issue. Defendants shall promptly comply with the order of the Court. Plaintiffs to submit a proposed partial but final judgment as to Phase 1 by June 17, 2025. The Court discusses evidence as to harm. The parties will meet and inform the Court if an evidentiary hearing regarding harm is necessary. (Court Reporter: Richard Romanow at rhr3tubas@aol.com.)(Attorneys present: Kenneth Parreno, Jessie Rossman, Olga Akselrod, Rachel Anne Meeropol, Gerard Cedrone, Rachel Brown, Nimrod Pitsker Elias for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants) Associated Cases: 1:25−cv−10787−WGY, 1:25−cv−10814−WGY(KB) (Entered: 06/17/2025) |
| 06/17/2025 | 144 | Proposed Document(s) submitted by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, |

| | | |
|---|---|---|
| | | State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. Document received: Proposed Rule 54(b) Final Judgment. (Cedrone, Gerard) (Entered: 06/17/2025) |
| 06/18/2025 | 145 | ELECTRONIC NOTICE of Hearing. Status Conference set for 6/18/2025 02:00 PM in Courtroom 18 (Remote only) before Judge William G. Young. |
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible. |
| | | Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact the session here. |
| | | Associated Cases: 1:25−cv−10787−WGY, 1:25−cv−10814−WGY(KB) (Entered: 06/18/2025) |
| 06/18/2025 | 146 | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Status Conference re proposed judgments held on 6/18/2025. The Court hears from parties regarding proposed judgments and modifies judgments as stated. Plaintiffs' counsel shall re−submit the proposed judgments as modified by the Court. (Attorneys present: Olga Akselrod, Lisa Mankofsky, Suzanne Schlossberg, Jessie J. Rossman, Gerard Cedrone, Chris Pappavaselio, Phoebe Lockhart, Rachel M. Brown for plaintiffs and Anuj Khetarpal and Thomas Ports, Jr. for defendants)(Court Reporter: Richard Romanow at rhr3tubas@aol.com.) Associated Cases: 1:25−cv−10787−WGY, 1:25−cv−10814−WGY(KB) (Entered: 06/18/2025) |
| 06/18/2025 | 147 | Proposed Document(s) submitted by Commonwealth of Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. Document received: Proposed Rule 54(b) Final Judgment (Revised per Court's Instructions). (Attachments: # 1 Exhibit A − Spreadsheet)(Cedrone, Gerard) (Entered: 06/18/2025) |
| 06/20/2025 | 148 | MOTION to Dismiss *and to set an expedited response deadline of June 26* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, |

| | | |
|---|---|---|
| | | National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) Modified on 6/22/2025 (MAP). (Entered: 06/20/2025) |
| 06/20/2025 | 149 | Opposition re 148 MOTION to Dismiss *and to set an expedited response deadline of June 26 (Opposition as to Motion to Expedite)* filed by Commonwealth Massachusetts, State of Arizona, State of California, State of Colorado, State of Delaware, State of Hawaii, State of Maryland, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of New York, State of Oregon, State of Rhode Island, State of Washington, State of Wisconsin. (Cedrone, Gerard) (Entered: 06/20/2025) |
| 06/22/2025 | 150 | MEMORANDUM in Support re 148 MOTION to Dismiss *and to set an expedited response deadline of June 26* filed by Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (MAP) (Entered: 06/22/2025) |
| 06/23/2025 | 151 | Judge William G. Young: <br><br> WGY RULE 54(b) FINAL JUDGMENT <br><br> (Sonnenberg, Elizabeth) <br><br> (Additional attachment(s) added on 6/23/2025: # 1 List of Grants) (MAP). (Main Document 151 replaced on 6/23/2025) (MAP). (Entered: 06/23/2025) |
| 06/23/2025 | 152 | NOTICE OF APPEAL as to 105 Memorandum & ORDER, 151 Order by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological |

| | | |
|---|---|---|
| | | Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. Fee Status: US Government.<br><br>NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 7/14/2025. (Ports, Thomas) (Entered: 06/23/2025)** |
| 06/23/2025 | 153 | MOTION to Stay *Pending Appeal* by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services.(Ports, Thomas) (Entered: 06/23/2025) |
| 06/23/2025 | 154 | MEMORANDUM in Support re 153 MOTION to Stay *Pending Appeal* filed by Jayanta Bhattacharya, Eunice Kennedy Shriver National Institute of Child Health and Human Development, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., NIH Center for Scientific Review, National Cancer Institute, National Center for Advancing Translational Sciences, National Center for Complementary and Integrative Health, National Eye Institute, National Heart, Lung, and Blood Institute, National Human Genome Research Institute, National Institute of Allergy and Infectious Diseases, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute of Biomedical Imaging and Bioengineering, National Institute of Dental and Craniofacial Research, National Institute of Diabetes and Digestive and Kidney Diseases, National Institute of Environmental Health Sciences, National Institute of General Medical Sciences, National Institute of Mental Health, National Institute of Neurological Disorders and Stroke, National Institute of Nursing Research, National Institute on Aging, National Institute on Alcohol Abuse and Alcoholism, National Institute on Deafness and Other Communication Disorders, National Institute on Drug Abuse, National Institute on Minority Health and Health Disparities, National Institutes of Health, National Library of Medicine, United States Department of Health and Human Services. (Ports, Thomas) (Entered: 06/23/2025) |

| 06/23/2025 | 155 | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 152 Notice of Appeal. (MAP) (Entered: 06/23/2025) |
|---|---|---|
| 06/23/2025 | 156 | Transcript of Bench Trial, Phase 1 (Closings) held on June 16, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/14/2025. Redacted Transcript Deadline set for 7/24/2025. Release of Transcript Restriction set for 9/22/2025. Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY (DRK) (Entered: 06/24/2025) |
| 06/23/2025 | 157 | Transcript of Status Conference held on June 18, 2025, before Judge William G. Young. The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Court Reporter Name and Contact Information: Richard Romanow at rhr3tubas@aol.com. Redaction Request due 7/14/2025. Redacted Transcript Deadline set for 7/24/2025. Release of Transcript Restriction set for 9/22/2025. Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY (DRK) (Entered: 06/24/2025) |
| 06/23/2025 | 158 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above–captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at https://www.mad.uscourts.gov/caseinfo/transcripts.htm Associated Cases: 1:25–cv–10814–WGY, 1:25–cv–10787–WGY (DRK) (Entered: 06/24/2025) |
| 06/24/2025 | 159 | USCA Case Number 25–1612 for 152 Notice of Appeal, filed by National Institutes of Health, National Institute on Aging, Jayanta Bhattacharya, National Institute on Minority Health and Health Disparities, United States Department of Health and Human Services, National Institute of Mental Health, National Eye Institute, National Institute of Arthritis and Musculoskeletal and Skin Diseases, National Institute on Drug Abuse, National Institute of Diabetes and Digestive and Kidney Diseases, National Center for Advancing Translational Sciences, National Cancer Institute, National Heart, Lung, and Blood Institute, National Institute of Environmental Health Sciences, National Center for Complementary and Integrative Health, National Library of Medicine, Eunice Kennedy Shriver National Institute of Child Health and Human Development, National Institute of Nursing Research, National Institute of Neurological Disorders and Stroke, National Institute of General Medical Sciences, John E. Fogarty International Center for Advanced Study in the Health Sciences, Robert F. Kennedy, Jr., National Institute on Deafness and Other Communication Disorders, National Institute of Biomedical Imaging and Bioengineering, NIH Center for Scientific Review, National Human Genome Research Institute, National Institute of Dental and Craniofacial Research, National Institute on Alcohol Abuse and Alcoholism, National Institute of Allergy and Infectious Diseases. (MAP) (Entered: 06/24/2025) |
| 06/24/2025 | 160 | Judge William G. Young: ORDER entered. (Sonnenberg, Elizabeth) (Entered: 06/24/2025) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
AMERICAN PUBLIC HEALTH ASSOCIATION; )
IBIS REPRODUCTIVE HEALTH;           )
INTERNATIONAL UNION, UNITED         )
AUTOMOBILE, AEROSPACE, AND          )
AGRICULTURAL IMPLEMENT              )
WORKERS (UAW); BRITTANY CHARLTON;   )
KATIE EDWARDS; PETER LURIE; and     )
NICOLE MAPHIS,                      )
                                    )
                Plaintiffs,         )   CIVIL ACTION NO.
        v.                          )   25-10787-WGY
                                    )
NATIONAL INSTITUTES OF HEALTH;      )
JAY BHATTACHARYA, in his official   )
capacity as Director of the         )
National Institutes of Health;      )
UNITED STATES DEPARTMENT OF HEALTH  )
AND HUMAN SERVICES; and ROBERT F.   )
KENNEDY, JR., in his official       )
capacity as Secretary of the        )
United States Department of Health  )
and Human Services,                 )
                                    )
                Defendants.         )
                                    )
```

```
                                    )
COMMONWEALTH OF MASSACHUSETTS;      )
STATE OF CALIFORNIA; STATE OF       )
MARYLAND; STATE OF WASHINGTON;      )
STATE OF ARIZONA; STATE OF          )
COLORADO; STATE OF DELAWARE;        )
STATE OF HAWAI'I; STATE OF          )
MINNESOTA; STATE OF NEVADA;         )
STATE OF NEW JERSEY; STATE OF       )
NEW MEXICO; STATE OF NEW YORK;      )
STATE OF OREGON; STATE OF RHODE     )
ISLAND; and STATE OF WISCONSIN,     )
                                    )
                                    )
                                    )
```

[1]

```
                    Plaintiffs,    )    CIVIL ACTION NO.
          v.                       )    25-10814-WGY
                                   )
                                   )
ROBERT F. KENNEDY, JR., in his     )
official capacity as Secretary of  )
Health and Human Services;         )
UNITED STATES DEPARTMENT OF        )
HEALTH AND HUMAN SERVICES;         )
JAYANTA BHATTACHARYA, in his       )
official capacity as Director of   )
the National Institutes of Health; )
NATIONAL INSTITUTES OF HEALTH;     )
NATIONAL CANCER INSTITUTE;         )
NATIONAL EYE INSTITUTE;            )
NATIONAL HEART, LUNG, AND BLOOD    )
INSTITUTE; NATIONAL HUMAN GENOME   )
RESEARCH INSTITUTE; NATIONAL       )
INSTITUTE ON AGING; NATIONAL       )
INSTITUTE ON ALCOHOL ABUSE AND     )
ALCOHOLISM; NATIONAL INSTITUTE     )
OF ALLERGY AND INFECTIOUS          )
DISEASES; NATIONAL INSTITUTE OF    )
ARTHRITIS AND MUSCULOSKELETAL AND  )
SKIN DISEASES; NATIONAL            )
INSTITUTE OF BIOMEDICAL IMAGING    )
AND BIOENGINEERING; EUNICE KENNEDY )
SHRIVER NATIONAL INSTITUTE OF      )
CHILD HEALTH AND HUMAN             )
DEVELOPMENT; NATIONAL INSTITUTE    )
ON DEAFNESS AND OTHER              )
COMMUNICATION DISORDERS;           )
NATIONAL INSTITUTE OF DENTAL       )
AND CRANIOFACIAL RESEARCH;         )
NATIONAL INSTITUTE OF DIABETES     )
AND DIGESTIVE AND KIDNEY           )
DISEASES; NATIONAL INSTITUTE       )
ON DRUG ABUSE; NATIONAL            )
INSTITUTE OF ENVIRONMENTAL         )
HEALTH SCIENCES; NATIONAL          )
INSTITUTE OF GENERAL MEDICAL       )
SCIENCES; NATIONAL INSTITUTE OF    )
MENTAL HEALTH; NATIONAL INSTITUTE  )
ON MINORITY HEALTH AND HEALTH      )
DISPARITIES; NATIONAL INSTITUTE    )
OF NEUROLOGICAL DISORDERS AND      )
STROKE; NATIONAL INSTITUTE OF      )
NURSING RESEARCH; NATIONAL LIBRARY )
```

[2]

OF MEDICINE; NATIONAL CENTER FOR            )
ADVANCING TRANSLATIONAL SCIENCES;           )
JOHN E. FOGARTY INTERNATIONAL               )
CENTER FOR ADVANCED STUDY                   )
IN THE HEALTH SCIENCES; NATIONAL            )
CENTER FOR COMPLEMENTARY AND                )
INTEGRATIVE HEALTH; and CENTER              )
FOR SCIENTIFIC REVIEW,                      )
                                            )
                    Defendants.             )
_____)


YOUNG, D.J.                                    June 24, 2025


### ORDER

After careful consideration, the Court denies the motions for stay.

### 1. This Court has subject matter jurisdiction

The issue of this Court's subject matter jurisdiction has been fully addressed in its opinion <u>Massachusetts</u> v. <u>Kennedy</u>, No. CV 25-10814-WGY, 2025 WL 1371785, at *3 (D. Mass. May 12, 2025) and it would be superogatory to rehearse it here.

Significantly, the defendants raise no question about the full trial they have been accorded under the Administrative Procedure Act nor about either this Court's findings of fact[1]

_____

[1] *You have to listen to the bastards, Austin. They might just have something.*

-Hon. Franklin H. Ford

. . .
Judicial fact-finding is … rigorous.
Necessarily detailed, judicial fact-finding
must draw logical inferences from the

[3]

record, and, after lucidly presenting the
subsidiary facts, must apply the legal
frame-work in a transparent written or oral
analysis that leads to a relevant
conclusion. Such fact-finding is among the
most difficult of judicial tasks. It is
tedious and demanding, requiring the
entirety of the judge's attention, all her
powers of observation, organization, and
recall, and every ounce of analytic common
sense he possesses. Moreover, fact-finding
is the one judicial duty that may never be
delegated to law clerks or court staff.
Indeed, unlike legal analysis, many judges
will not even discuss fact-finding with
staff, lest the resulting conclusions morph
into judgment by committee rather than the
personal judgment of the duly constituted
judicial officer.

    Fair and impartial fact-finding is
supremely important to the judiciary…

    While trial court legal analysis is
appropriately constrained by statutes and
the doctrine of stare decisis, the true
glory of our trial courts, state and
federal, is their commitment to fair and
neutral fact-finding. Properly done, facts
found through jury investigation or judicial
analysis truly are "like flint."

    Yet there has been virtual abandonment
by the federal judiciary of any sense that
its fact-finding processes are exceptional,
or due any special deference. Federal
district court judges used to spend their
time on the bench learning from lawyers in
an adversarial atmosphere, and overseeing
fact-finding by juries or engaging in it
themselves. This was their job and they were
proud of it. Today, judges learn more
reflectively, reading and conferring with
law clerks in chambers. Their primary
challenge is the proper application of the
law to the facts—facts that are either taken
for granted, or sifted out of briefs and
affidavits, and, in the mode of the European
civil justice systems, scrutinized by judges

[4]

upon a comprehension and largely undisputed record of decision nor about this Court's rulings of law.[2]

### 2. A stay would cause irreparable harm to the plaintiffs

This is a case in equity concerning health research already bought and paid for by the Congress of the United States through funds appropriated for expenditure and properly allocated during this fiscal year. Even a day's delay further destroys the unmistakable legislative purpose from its accomplishment.

### 3. The balance of the equities strongly militates against a stay.

Again, it is worth noting that no question is here raised in the motions for stay about the scope of this Court's declarations under the APA. They are limited to the particular grants identified by the parties with standing before this Court which were arbitrarily and capriciously terminated by the defendants.[3]

---

> and clerks behind closed doors. While judges
> do talk to lawyers in formal hearings, these
> hearings can be short, and usually serve to
> test and confirm a judge's understanding
> rather than develop it.

William G. Young, A Lament for What Was Once and Yet Can Be, 32 B.C. Int. & Comp. L. Rev. 312-314 (2009) (footnotes omitted)

[2] The full written decision will soon follow.

[3] Indeed, the Court notes with approbation that the NIH and related defendants appear to be - now that the law is clearly declared - moving quietly and expeditiously (this Court said "forthwith") to restore the specific terminated grants, see https://www.masslive.com/news/2025/06/20-nih-grants-restored-to-umass-system-after-judge-rules-against-trump-admin.html.

While the grant of a stay would throw the entire process into limbo during the course of the appeal, its denial means only that the executive defendants must comply with the Act of Congress rather than sequestering funds (probably forever) during the course of the appeal.

Far, far better were the defendants to seek expedited briefing and review so that a precedential decision may issue with ramifications beyond these parties and these grants.

SO ORDERED.

William G. Young

WILLIAM G. YOUNG
JUDGE
of the
UNITED STATES[4]

---

This is how our government ought function without demeaning injunctive orders.

[4] This is how my predecessor, Peleg Sprague (D. Mass. 1841-1865), would sign official documents. Now that I'm a Senior District Judge I adopt this format in honor of all the judicial colleagues, state and federal, with whom I have had the privilege to serve over the past 47 years.

[6]