No. 25-1612

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

COMMONWEALTH OF MASSACHUSETTS, *et al.*,

*Plaintiffs-Appellees,*

v.

ROBERT F. KENNEDY, JR., *et al.*,

*Defendants-Appellants.*

On Appeal from a Judgment of the United States
District Court for the District of Massachusetts

### PLAINTIFF STATES' OPPOSITION TO DEFENDANTS' REQUEST FOR AN IMMEDIATE ADMINISTRATIVE STAY

Defendants' emergency motion seeks both (1) a stay pending appeal and (2) an immediate administrative stay. *See* Defs.' Mot. 1–2. Plaintiffs submit this opposition to explain why the Court should deny the latter request.

Defendants' motion fails to develop any argument in support of their request for an immediate administrative stay (as distinct from their request for a stay pending appeal more generally), and their dilatory conduct belies the need for such extraordinary relief. The district court

announced its decision from the bench on June 16 (Defs.' App. 332–347); it formally entered judgment on June 23 (Defs.' App. 352–353); and it denied defendants' motion for a stay pending appeal on June 24 (Defs.' App. 359–364). Yet defendants waited more than a week after the district court's denial of a stay—until the close of business before a Friday federal holiday, no less—to ask this Court for the supposedly "time sensitive" relief they now seek. In the face of defendants' delay, there is no justification for the entry of an administrative stay. This Court's rules make clear that "[m]otions for stay, or other emergency relief, may be denied for failure to present promptly." 1st Cir. R. 27.0(b). The Court should apply that rule and deny defendants' motion insofar as it seeks an immediate administrative stay.

As for defendants' primary request (*i.e.*, their request for a stay pending appeal), plaintiffs respectfully propose that the Court set Friday, July 11, as the deadline for plaintiffs to file their opposition papers. That timeframe is less than both (1) the nine days it took defendants, following the district court's denial of a stay, to file the present motion and (2) the ten days to which plaintiffs are otherwise entitled under Appellate Rule 27(a)(3)(A). In other words, receiving plaintiffs' opposition on July 11 will

more than fairly balance defendants' asserted interest in prompt action against plaintiffs' interest in a full and fair opportunity to respond to defendants' motion.

Accordingly, plaintiffs request that the Court deny defendants' motion insofar as it seeks an immediate administrative stay and set July 11 as the deadline for plaintiffs' opposition.

July 3, 2025						Respectfully submitted.

**ANDREA JOY CAMPBELL**
  *Attorney General of Massachusetts*

 /s/ *Gerard J. Cedrone*
David C. Kravitz
  *State Solicitor*
Gerard J. Cedrone
  *Deputy State Solicitor*
Katherine B. Dirks
  *Chief State Trial Counsel*
Rachel M. Brown
Vanessa A. Arslanian
Phoebe M. Lockhart
  *Assistant Attorneys General*
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2282
gerard.cedrone@mass.gov

*Counsel for Massachusetts*

(Listing of counsel continued on next page)

**ROB BONTA**
  *Attorney General of California*

Emilio Varanini
  *Supervising Deputy Atty. Gen.*
Daniel D. Ambar
  *Deputy Attorney General*
455 Golden Gate Avenue
San Francisco, CA 94102
(415) 510-3541
emilio.varanini@doj.ca.gov

*Counsel for California*

**ANTHONY G. BROWN**
  *Attorney General of Maryland*

Michael Drezner*
James C. Luh*
  *Senior Asst. Attorneys General*
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
(410) 576-6959
mdrezner@oag.state.md.us

*Counsel for Maryland*

**NICHOLAS W. BROWN**
  *Attorney General of Washington*

Andrew Hughes
  *Assistant Attorney General*
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
andrew.hughes@atg.wa.gov

*Counsel for Washington*

**KRISTIN K. MAYES**
  *Attorney General of Arizona*

Joshua G. Nomkin
  *Assistant Attorney General*
2005 N. Central Avenue
Phoenix, AZ 85004
(602) 542-3333
joshua.nomkin@azag.gov

*Counsel for Arizona*

(Listing of counsel continued on next page)

**PHILIP J. WEISER**
  *Attorney General of Colorado*

Shannon Stevenson
  *Solicitor General*
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6000
shannon.stevenson@coag.gov

*Counsel for Colorado*

**KATHLEEN JENNINGS**
  *Attorney General of Delaware*

Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
820 N. French Street
Wilmington, DE 19801
(302) 683-8899
vanessa.kassab@delaware.gov

*Counsel for Delaware*

**ANNE E. LOPEZ**
  *Attorney General of Hawaiʻi*

David D. Day*
  *Special Asst. to the Atty. Gen.*
Kalikoʻonālani D. Fernandes*
  *Solicitor General*
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
kaliko.d.fernandes@hawaii.gov

*Counsel for Hawaiʻi*

**KEITH ELLISON**
  *Attorney General of Minnesota*

Elizabeth Kramer
  *Solicitor General*
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

*Counsel for the State of Minnesota*

(Listing of counsel continued on next page)

**AARON D. FORD**
 *Attorney General of Nevada*

Heidi Parry Stern*
 *Solicitor General*
1 State of Nevada Way, Suite 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Counsel for Nevada*

**MATTHEW J. PLATKIN**
 *Attorney General of New Jersey*

Nancy Trasande*
Bryce Hurst*
 *Deputy Attorneys General*
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 954-2368
nancy.trasande@law.njoag.gov

*Counsel for New Jersey*

**RAÚL TORREZ**
 *Attorney General of New Mexico*

Astrid Carrete*
 *Assistant Attorney General*
408 Galisteo Street
Santa Fe, NM 87501
(505) 270-4332
acarrete@nmdoj.gov

*Counsel for New Mexico*

**LETITIA JAMES**
 *Attorney General of New York*

Judith N. Vale
 *Deputy Solicitor General*
28 Liberty Street
New York, NY 10005
(212) 416-6274
judith.vale@ag.ny.gov

*Counsel for New York*

(Listing of counsel continued on next page)

**DAN RAYFIELD**
  *Attorney General of Oregon*

Robert Koch
  *Senior Asst. Attorney General*
1162 Court Street, NE
Salem, OR 97301
(503) 378-4402
robert.a.koch@doj.oregon.gov

*Counsel for Oregon*

**PETER F. NERONHA**
  *Attorney General of Rhode Island*

Jordan Broadbent
  *Special Asst. Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2060
jbroadbent@riag.ri.gov

*Counsel for Rhode Island*

**JOSHUA L. KAUL**
  *Attorney General of Wisconsin*

Lynn K. Lodahl*
  *Assistant Attorney General*
17 West Main Street
P.O. Box 7857
Madison, WI 53707
(608) 264-6219
lodahllk@doj.state.wi.us

*Counsel for Wisconsin*


* Entry of appearance forthcoming