# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

No. 25-1612     **Short Title:** Mass. et al v. Kennedy, et al

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
See attached                                                                 as the

[✓] appellant(s)         [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Daniel Tenny                          7/1/2025
Signature                                 Date

Daniel Tenny
Name

Department of Justice                     202-514-1838
Firm Name (if applicable)                 Telephone Number

950 Pennsylvania Ave, NW
Address                                   Fax Number

Washington, DC 20530                      daniel.tenny@usdoj.gov
City, State, Zip Code                     Email (required)

Court of Appeals Bar Number: 1140199

Has this case or any related case previously been on appeal?

[ ] No     [✓] Yes    Court of Appeals No. 25-1611

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

| Appellants | Attorneys |
|---|---|
| Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| United States Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| Jayanta Bhattacharya in his official capacity as Director of the National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |
| National Institutes of Health<br>    National Cancer Institute<br>    National Eye Institute<br>    National Heart, Lung, and Blood Institute<br>    National Human Genome Research Institute<br>    National Institute on Aging<br>    National Institute on Alcohol Abuse and Alcoholism<br>    National Institute of Allergy and Infectious Diseases<br>    National Institute of Arthritis and Musculoskeletal and Skin Diseases<br>    National Institute of Biomedical Imaging and Bioengineering<br>    Eunice Kennedy Shriver National Institute of Child Health and Human Development<br>    National Institute on Deafness and Other Communication Disorders<br>    National Institute of Dental and Craniofacial Research<br>    National Institute of Diabetes and Digestive and Kidney Diseases<br>    National Institute on Drug Abuse<br>    National Institute of Environmental Health Sciences<br>    National Institute of General Medical Sciences<br>    National Institute of Mental Health<br>    National Institute on Minority Health and Health Disparities<br>    National Institute of Neurological Disorders and Stroke<br>    National Institute of Nursing Research | Daniel Tenny<br>Benjamin C. Wei<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>202-616-2875 |

| | |
|---|---|
| National Library of Medicine<br>National Center for Advancing Translational Sciences<br>John E. Fogarty International Center for Advanced Study in the Health Sciences<br>National Center for Complementary and Integrative Health<br>NIH Center for Scientific Review<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |