# United States Court of Appeals
## For the First Circuit

No. 25-1612

COMMONWEALTH OF MASSACHUSETTS; STATE OF CALIFORNIA; STATE OF MARYLAND; STATE OF WASHINGTON; STATE OF ARIZONA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF RHODE ISLAND; STATE OF WISCONSIN,

Plaintiffs - Appellees,

v.

ROBERT F. KENNEDY, JR., in their official capacity as Secretary of Health and Human Services; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; JAY BHATTACHARYA, in their official capacity as Director of the National Institutes of Health; NATIONAL INSTITUTES OF HEALTH; NATIONAL CANCER INSTITUTE; NATIONAL EYE INSTITUTE; NATIONAL HEART LUNG & BLOOD INSTITUTE; NATIONAL HUMAN GENOME RESEARCH INSTITUTE; NATIONAL INSTITUTE ON AGING; NATIONAL INSTITUTE ON ALCOHOL ABUSE & ALCOHOLISM; NATIONAL INSTITUTE OF ALLERGY & INFECTIOUS DISEASES; NATIONAL INSTITUTE OF ARTHRITIS & MUSCULOSKELETAL & SKIN DISEASES; NATIONAL INSTITUTE OF BIOMEDICAL IMAGING & BIOENGINEERING; EUNICE KENNEDY SHRIVER NATIONAL INSTITUTE OF CHILD HEALTH & HUMAN DEVELOPMENT; NATIONAL INSTITUTE ON DEAFNESS & OTHER COMMUNICATION DISORDERS; NATIONAL INSTITUTE OF DENTAL & CRANIOFACIAL RESEARCH; NATIONAL INSTITUTE OF DIABETES & DIGESTIVE AND KIDNEY DISEASES; NATIONAL INSTITUTE ON DRUG ABUSE; NATIONAL INSTITUTE OF ENVIRONMENTAL HEALTH SCIENCES; NATIONAL INSTITUTE OF GENERAL MEDICAL SCIENCES; NATIONAL INSTITUTE OF MENTAL HEALTH; NATIONAL INSTITUTE ON MINORITY HEALTH & HEALTH DISPARITIES; NATIONAL INSTITUTE OF NEUROLOGICAL DISORDERS & STROKE; NATIONAL INSTITUTE OF NURSING RESEARCH; NATIONAL LIBRARY OF MEDICINE; NATIONAL CENTER FOR ADVANCING TRANSLATIONAL SCIENCES; JOHN E. FOGARTY INTERNATIONAL CENTER FOR ADVANCED STUDY IN THE HEALTH SCIENCES; NATIONAL CENTER FOR COMPLEMENTARY & INTEGRATIVE HEALTH; NIH CENTER FOR SCIENTIFIC REVIEW,

Defendants - Appellants.

**ORDER OF COURT**

Entered: July 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Appellants are presently in default for failure to file a docketing statement and transcript report/order form.

It is ordered that if a docketing statement and transcript report/order form are not filed on or before **July 23, 2025**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Daniel Ambar, Vanessa Arslanian, Christina L. Beatty-Walters, Kathleen Boergers, Robert Bonta, Jordan Broadbent, Anthony G. Brown, Nicholas W. Brown, Rachel M. Brown, Angela Cai, Astrid Carrete, Gerard J. Cedrone, Hilary Ann Burke Chan, David Dana Day, Katherine B. Dirks, Julia Doyle, Michael Drezner, Nimrod Pitsker Elias, Keith Ellison, Peter J. Farrell, Kalikoonalani Diara Fernandes, Aaron D. Ford, Abraham R. George, Andrew R.W. Hughes, Bryce Kelly Hurst, Letitia James, Kathleen Jennings, Ketakee Rajiv Kane, Vanessa L. Kassab, Joshua L. Kaul, Anuj K. Khetarpal, Adam D. Kirschner, Robert A. Koch, Elizabeth C. Kramer, David C. Kravitz, Ian R. Liston, Donald Campbell Lockhart, Phoebe Lockhart, Lynn Kristine Lodahl, Anne E. Lopez, James C. Luh, Kristin K. Mayes, Rabia Muqaddam, Peter F. Neronha, Joshua Nomkin, Chris Pappavaselio, Lauren Kelsey Peach, Matthew J. Platkin, Thomas W. Ports Jr., Daniel A. Rayfield, Tyler S. Roberts, Amish Aajay Shah, Allyson T. Slater, Heidi Parry Stern, Shannon Wells Stevenson, Daniel Tenny, Molly Thomas-Jensen, Sophia TonNu, Raul Torrez, Nancy Trasande, Judith Vale, Emilio Eugene Varanini IV, Stephanie A. Webster, Benjamin C. Wei, Philip J. Weiser