# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 25-1612    **Short Title:** Massachusetts et al v. Kennedy, Jr. et al

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from 6/23/2025
   2. Date this notice of appeal filed 6/23/2025
      If cross appeal, date first notice of appeal filed_____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b)_____
   4. Date of entry of order deciding above post-judgment motion_____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b)_____
      Time extended to_____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [✓] Yes  [ ] No
         If yes, explain Partial final judgment reversing grant terminations.
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
         If yes, explain_____

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

Related Case:

*American Public Health Association, et al. v. National Institutes of Health, et al.* (D. Mass.)
Case No. 25-1611

This case involves the same issues and the district court consolidated it with this case for trial. The court issued virtually the same Rule 54(b) judgment in both cases, with the only operative difference being the specific grant terminations that the court was ordering be reversed.

E. Were there any in-court proceedings below? ☑ Yes ☐ No
   If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
   If yes, is transcript already on file with district court? ☑ Yes ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party  See Attached _____
      Attorney _____
      Address _____
      Telephone _____

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

   3. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name  See Attached _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   2. Appellant's name _____
      Address _____
      Telephone _____

      Attorney's name _____
      Firm _____
      Address _____
      Telephone _____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)   ☑ Yes   ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  Benjamin Wei
Date  7/1/2025

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

| Adverse Party | Attorneys |
|---|---|
| Commonwealth of Massachusetts | Katherine B. Dirks (BBO No. 673674)<br>Chief State Trial Counsel<br>Gerard J. Cedrone (BBO No. 699674)<br>Deputy State Solicitor<br>Allyson Slater (BBO No. 704545)<br>Deputy Director, Reproductive Justice Unit<br>Rachel M. Brown (BBO No. 667369)<br>Vanessa A. Arslanian (BBO No. 688099)<br>Chris Pappavaselio (BBO No. 713519)<br>Assistant Attorneys General<br>Office of the Attorney General<br>One Ashburton Place, 20th Floor<br>Boston, MA 02108<br>(617) 963-2282<br>gerard.cedrone@mass.gov |
| State of California | Neli Palma<br>Senior Assistant Attorney General<br>Emilio Varanini<br>Kathleen Boergers<br>Supervising Deputy Attorneys General<br>Nimrod Pitsker Elias<br>Daniel D. Ambar<br>Ketakee R. Kane<br>Sophia TonNu<br>Hilary Chan<br>Deputy Attorneys General<br>455 Golden Gate Avenue<br>San Francisco, CA 94102<br>(415) 510-3541<br>emilio.varanini@doj.ca.gov |
| State of Maryland | Michael Drezner<br>James C. Luh<br>Senior Assistant Attorneys General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>(410) 576-6959<br>mdrezner@oag.state.md.us |
| State of Washington | Andrew Hughes<br>Tyler Roberts<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104-3188 |

| | |
|---|---|
| | (206) 464-7744<br>andrew.hughes@atg.wa.gov |
| State of Arizona | Joshua G. Nomkin<br>Assistant Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004<br>(602) 542-3333<br>joshua.nomkin@azag |
| State of Colorado | Shannon Stevenson<br>Solicitor General<br>Lauren Peach<br>First Assistant Attorney General<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>Lauren.Peach@coag.gov |
| State of Delaware | Ian R. Liston<br>Director of Impact Litigation<br>Vanessa L. Kassab<br>Deputy Attorney General<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |
| State of Hawaii | David D. Day<br>Special Assistant to the Attorney General<br>Kalikoʻonālani D. Fernandes<br>Solicitor General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>kaliko.d.fernandes@hawaii.gov |
| State of Minnesota | Peter J. Farrell<br>Deputy Solicitor General<br>445 Minnesota Street, Suite 600<br>St. Paul, Minnesota, 55101<br>(651) 757-1424<br>peter.farrell@ag.state.mn.us |
| State of Neveda | Heidi Parry Stern<br>Solicitor General<br>1 State of Nevada Way, Suite 100<br>Las Vegas, NV 89119<br>hstern@ag.nv.gov |
| State of New Jersey | Nancy Trasande<br>Bryce Hurst |

|  | Deputy Attorneys General<br>Office of the Attorney General<br>124 Halsey Street, 5th Floor<br>Newark, NJ 07101<br>(609) 954-2368<br>Nancy.Trasande@law.njo |
|---|---|
| State of New Mexico | Astrid Carrete<br>Assistant Attorney General<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>(505) 270-4332<br>acarrete@nmdoj.gov |
| State of New York | Rabia Muqaddam<br>Special Counsel for Federal Initiatives<br>Molly Thomas-Jensen<br>Special Counsel<br>28 Liberty Street<br>New York, NY 10005<br>(929) 638-0447<br>rabia.muqaddam@ag.ny.gov |
| State of Oregon | Christina L. Beatty-Walters<br>Senior Assistant Attorney General<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>Tina.BeattyWalters@doj.oregon.gov |
| State of Rhode Island | Jordan Broadbent<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2060<br>jbroadbent@riag.ri.gov |
| State of Wisconsin | Lynn K. Lodahl<br>Assistant Attorney General<br>17 West Main Street<br>Post Office Box 7857<br>Madison, WI 53707<br>(608) 264-6219<br>lodahllk@doj.state.wi.us |

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel.  Attach additional page if necessary.

| Appellants | Attorneys |
|---|---|
| Robert F. Kennedy, Jr. in his official capacity as Secretary of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| United States Department of Health and Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20201 | |
| Jayanta Bhattacharya in his official capacity as Director of the National Institutes of Health<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |
| National Institutes of Health<ul><li>National Cancer Institute</li><li>National Eye Institute</li><li>National Heart, Lung, and Blood Institute</li><li>National Human Genome Research Institute</li><li>National Institute on Aging</li><li>National Institute on Alcohol Abuse and Alcoholism</li><li>National Institute of Allergy and Infectious Diseases</li><li>National Institute of Arthritis and Musculoskeletal and Skin Diseases</li><li>National Institute of Biomedical Imaging and Bioengineering</li><li>Eunice Kennedy Shriver National Institute of Child Health and Human Development</li><li>National Institute on Deafness and Other Communication Disorders</li><li>National Institute of Dental and Craniofacial Research</li><li>National Institute of Diabetes and Digestive and Kidney Diseases</li><li>National Institute on Drug Abuse</li><li>National Institute of Environmental Health Sciences</li><li>National Institute of General Medical Sciences</li><li>National Institute of Mental Health</li><li>National Institute on Minority Health and Health Disparities</li><li>National Institute of Neurological Disorders and Stroke</li></ul> | Daniel Tenny<br>Benjamin C. Wei<br>U.S. Department of Justice<br>950 Pennsylvania Ave, NW<br>Washington, DC 20530<br>202-616-2875 |

| | |
|---|---|
| National Institute of Nursing Research<br>National Library of Medicine<br>National Center for Advancing Translational Sciences<br>John E. Fogarty International Center for Advanced Study in the Health Sciences<br>National Center for Complementary and Integrative Health<br>NIH Center for Scientific Review<br>9000 Rockville Pike<br>Bethesda, Maryland 20892<br>301-496-4000 | |