# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1612     **Short Title:** Massachusetts v. Kennedy

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Delaware</u> as the

[ ] appellant(s)     [✔] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)     [ ] intervenor(s)

<u>/s/ Ian R. Liston</u>     <u>10/20/2025</u>
Signature                                    Date

<u>Ian R. Liston</u>
Name

<u>Delaware Department of Justice</u>     <u>(302) 683-8800</u>
Firm Name (if applicable)              Telephone Number

<u>820 N. French Street</u>     <u>(302) 577-6499</u>
Address                                      Fax Number

<u>Wilmington, DE 19801</u>     <u>ian.liston@delaware.gov</u>
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: <u>1215682</u>

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes     Court of Appeals No. <u>                                          </u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).